

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 6 2025

TAMMY H. DOWNS, CLERK
By:
PLAINTIFFS                          DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ERIC PERKEY**                                                   **PLAINTIFFS**

**VS.**                            CASE NO.  3:25-cv-215-LPR

This case assigned to District Judge **Rudofsky**
and to Magistrate Judge **Moore**

**STATE AUTOMOBILE MUTUAL**
**INSURANCE COMPANY**                                          **DEFENDANT**

## NOTICE OF REMOVAL

TO:   The United States District Court
      Eastern District of Arkansas
      Northern Division

      The Circuit Clerk of Sharp County, Arkansas
      718 Ash Flat Drive North
      Ash Flat, Arkansas 72513

      NATIONAL INSURANCE ADVOCATES, LLP
      Anthony Pastor, Bar 2025015
      6330 Manor Lane, Suite 200
      Miami, FL 33143
      Ph: (833) 701-4110
      Email: anthony@nia.law

Please take notice that, in accordance with 28 U.S.C. §§ 1441 and 1446, the above-caststioned case, filed as Case No. 68CV-25-191 in the Circuit Court of Sharp County, Arkansas, has hereby been duly removed to the United States District Court for the Eastern District of Arkansas, Northern Division. Defendant, State Automobile Mutual Insurance Company (hereinafter "State Auto"), files this Notice of Removal and states that removal jurisdiction is based upon diversity of citizenship, 28 U.S.C. § 1332, demonstrated by the following:

1.      This action was commenced by the filing of a Complaint in the Circuit Court of Sharp County, Arkansas, on August 25, 2025, and was assigned Case No. 68CV-25-191. A copy of the Complaint and all pleadings currently on file with the Sharp County Circuit Court are

attached as <u>Exhibit "A"</u> to the Notice of Removal. State Auto was served on September 8, 2025, and this removal is being filed within 30 days of same pursuant to 28 U.S.C. § 1446.

2.     State Auto is an Ohio corporation with its principal place of business located in the State of Ohio.

3.     Plaintiff Eric Perkey (hereinafter referred to as "Plaintiff") is a single person residing in Sharp County, Arkansas.

4.     The parties are completely diverse.

5.     Plaintiff seeks over $750,000.00 in compensatory as well as statutory damages together with reasonable attorney's fees for the prosecution. *See* Plaintiff's Complaint, ¶¶ 20, 41, 57, "Wherefore" (first), "Wherefore" (second), 1-5, and Exhibits to Plaintiff's Complaint.

6.     Therefore, this action is one over which a federal district court has original jurisdiction because there is complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332, and this case is removable pursuant to 28 U.S.C. § 1441(a) under the procedures set forth in 28 U.S.C. § 1446.

7.     The United States District Court for the Eastern District of Arkansas, Northern Division, embraces the county in which the state court action is now pending. This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

8.     In accordance with 28 U.S.C. § 1446(d), Defendant will file a copy of this Notice of Removal with the Circuit Clerk of Sharp County, Arkansas, and is serving a copy of the Notice of Removal on counsel for Plaintiff.

9.     No admission of fact, law, or liability is intended by the filing of this notice, and all defenses, motions, and pleas are expressing reserved.

WHEREFORE, Defendant State Automobile Mutual Insurance Company, gives notice that this case has been removed from the Circuit Court of Sharp County, Arkansas, Civil Division, to the United States District Court for the Eastern District of Arkansas, Northern Division.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Ste. 200
Rogers, Arkansas 72758
Telephone: (479) 464-5669
erunyon@mwlaw.com
smiller@mwlaw.com

BY: _____
EMILY M. RUNYON, BAR #AR2005172
STUART P. MILLER, BAR #AR88137

## CERTIFICATE OF SERVICE

I, Emily M. Runyon, do hereby certify that I served a copy of the foregoing to the below

named persons via the Court's electronic filing system on the 6th day of October 2025:

NATIONAL INSURANCE ADVOCATES, LLP
Anthony Pastor, Bar 2025015
6330 Manor Lane, Suite 200
Miami, FL 33143
Ph: (833) 701-4110
Email: anthony@nia.law

*Attorneys for Plaintiff*

_____
EMILY M. RUNYON

**FILED**

**AUG 2 5 2025**

ALISA BLACK, CLERK
BY AC 3·06 D.C.

IN THE CIRCUIT COURT FOR THE 3RD JUDICIAL
CIRCUIT OF SHARP COUNTY, ARKANSAS

ERIC PERKEY                                          GENERAL JURISDICTION

Plaintiff

v.

STATE AUTOMOBILE MUTUAL                    CASE NO.: 68CV-25-191
INSURANCE COMPANY

Defendant.

_____/

## COMPLAINT

COMES NOW, ERIC PERKEY, (hereinafter "Plaintiff") by and through the undersigned

counsel, and hereby file this Complaint against STATE AUTOMOBILE MUTUAL

INSURANCE COMPANY ("Defendant") and in support thereof allege the following:

## PARTIES

1.      Plaintiff is an individual residing in the State of Arkansas. Plaintiff is the owner of

the real property or properties located at 576 Puckett Rd, Cave City, AR 72521 in Sharp County,

Texas.

2.      Defendant is a foreign corporation registered and licensed to sell insurance in the

State of Arkansas. Defendant's principal address is 175 Berkeley Street, Boston, MA 02116, and

its registered agent for service of process in Arkansas is Corporation Service Company, located

at 300 S Spring St., Ste. 900, Little Rock, AR 72201.

## JURISDICTION & VENUE

3.      This Court has subject matter jurisdiction over this action pursuant to Article 7,

Section 11 of the Arkansas Constitution and Ark. Code Ann. § 16-13-201(a), which grant the

Circuit Courts of this State original jurisdiction over all justiciable matters not otherwise assigned by law.

4.      Venue is proper in this Court pursuant to Ark. Code Ann. § 16-60-101 and § 16-60-104 because the real property that is the subject of this action is located in this County, and/or a substantial part of the events or omissions giving rise to the claims occurred in this County, and/or the Defendant does business or may be served with process in this County.

5.      Defendant is subject to personal jurisdiction in the State of Arkansas because it conducts business within the State, including the issuance and administration of insurance policies to Arkansas residents, and the claims at issue arise from such business activities.

## BASIC PREMISE

6.      This is a breach of contract case which arises from a property insurance policy contract entered into by Plaintiff and Defendant. Plaintiff is an insured under the subject insurance policy. Said underlying insurance policy contract contains property insurance coverage for wind and hail. Despite Plaintiff's demand to Defendant to pay Plaintiff their full benefits consistent with the damages to their property, Defendant has refused Plaintiff's request and demand.

## FACTUAL BACKGROUND

7.      This lawsuit arises out of the following transactions, acts, omissions, and/or events.

8.      In consideration for the premium paid by Plaintiff to Defendant, Defendant provided property insurance coverage to Plaintiff for the property or properties (hereafter referred to as the "Properties") listed under the insurance policy bearing number 10147389FR

(hereafter referred to as the "Policy"). Please see attached hereto as Exhibit A the Policy. Plaintiff reserves the right to supplement this Complaint by attaching a full copy of the policy.

9.      The Policy purchased by Plaintiff covers direct physical loss of or damage to scheduled Buildings, Business Income and Extra Expense.

10.      All payments on the policy were current, and the Policy was in full force and effect between the dates of 09/09/24 through 09/09/25, and during the subject date of loss.

11.      On or about 03-30-2025 during the policy period, the Plaintiff's insured property at 576 Puckett Rd, Cave City, AR 72521 sustained severe wind and hail damage. These perils are covered under the policy.

12.      Upon discovery of the damages, and in accordance with the terms of the Policy, Plaintiff promptly reported the claim.

13.      Defendant assigned claim number PR-558635 to the loss, and assigned Darryl Rader to investigate and adjust the claim.

14.      Defendant scheduled and inspected the property on 04-11-2025, where Plaintiff allowed Defendant's field adjuster access to the property.

15.      Plaintiff and/or their representatives did not prevent or obstruct the Defendant's field adjuster from inspecting and documenting the damages at the property.

16.      Plaintiff complied with any and all of Defendant's requests for information, and provided Defendant with all information necessary for them to render a coverage decision in favor of Plaintiff.

17.      Following the initial inspection, Plaintiff followed up with Defendant for updates and offers of assistance.

18.     Despite there being visible and documented damage from a covered peril, the Defendant has breached the Policy by failing to pay Plaintiff their full benefits due and owing under the Policy.

19.     As a result, Plaintiff sent Defendant a notice of intent to sue letter on or about , which was set to expire on or about .

20.     Included in Plaintiff's Notice of Intent to Sue was an estimate for damages totaling $753,696.78. See attached as Exhibit B Plaintiff's Estimate of Damages.

21.     Defendant let Plaintiff's Notice of Intent to Sue letter expire without curing their breach.

22.     To date Defendant has failed to: 1) conduct a reasonable investigation into the cause of loss; 2) issue timely payment for the undisputed damages; 3) issue payment for all lines of coverage owed under the policy; and 4) failed to confirm or deny the claim within a reasonable amount of time.

23.     Plaintiff has attempted to obtain full and complete payment for the covered damages pursuant to the insurance policy.

24.     Defendant, acting through its agents, servants, representatives, and employees has failed to properly investigate, evaluate, and adjust Plaintiff's claim for benefits in good faith and has further failed to deal fairly with Plaintiff.

25.     Defendant has failed to pay for all covered damages on a timely basis as required by the insurance contract and as required by the Arkansas Insurance Code. Instead, Defendant has denied coverage for the damage when coverage for those damages under the policy was reasonably clear.

26.     Plaintiff has cooperated with every request made by Defendant and has displayed, at reasonable times, all their relevant records, documents, buildings and contents that are the subject of this loss.

27.     Defendant has persisted in delay or denial to pay the full amounts due to Plaintiff even though a person of ordinary prudence and care would have done otherwise.

28.     No reasonable basis exists for Defendant to delay and/or refuse to provide covered benefits due and owing under the insurance policy in question.

29.     No reasonable basis exists for Defendant to delay and/or refuse to pay covered benefits due and owing under the insurance policy in question.

30.     Defendant has misrepresented to Plaintiff that the damage to the property was not due to the covered peril from the storms of 03-30-2025, even though the damages were caused by the covered peril.

31.     Defendant failed to settle the claim in a fair manner, although Defendant was aware of liability to Plaintiff under the Policy, in violation of the Arkansas Insurance Code.

32.     Defendant refused and/or failed to properly evaluate the covered damage to Plaintiff's Properties, forcing Plaintiff to hire their own experts and incur additional expenses.

33.     Defendant refused to fully compensate Plaintiff, under the terms of the Policy because the Defendant failed to conduct a reasonable investigation, in violation of the Arkansas Insurance Code.

34.     Defendant performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair and inequitable evaluation of Plaintiff's losses on the Properties. Defendant's conduct constitutes violations of the Arkansas Insurance Code.

35.     Defendant failed to meet its obligations under the Arkansas Insurance Code regarding payment of claims without delay. Specifically, Defendant has delayed full payment of claims longer than allowed and to date Plaintiff has not yet received full payment for the claim.

36.     From and after the time Plaintiff's claim was presented to Defendant, its liability to pay the full claims in accordance with the terms of the Policy was reasonably clear. However, Defendant has refused to pay Plaintiff in full, despite there being no basis whatsoever on which a reasonable insurance company would have relied on to deny the full payment. Defendant's conduct constitutes a breach of the common law duty of good faith and fair dealing.

37.     As a result of Defendant's acts and omissions, Plaintiff was forced to retain the undersigned attorney who represents Plaintiff in this cause of action.

38.     Plaintiff's experience is not an isolated case. The acts and omissions committed by Defendant, in this case, or similar acts and omissions, occur with such frequency that they constitute a general business practice of Defendant, with regard to handling these types of claims. Defendant's entire process is unfairly designed to reach favorable outcomes for the insurance company at the expense of the policyholder.

39.     Plaintiff has complied with all post-loss obligations under the Policy and the Defendant was not prejudiced in its investigation.

40.     Plaintiff satisfied all conditions precedent required before filing the instant action.

41.     Defendant's delay in paying the amounts due and owing to Plaintiff subjects Defendant to payment for accrued interest, attorney fees, and any other relief provided for by law.

## COUNT I– BREACH OF CONTRACT

42.     Plaintiff hereby re-alleges the allegations contained in paragraph 1 through 41 as set forth above, and incorporates the same herein by reference.

43.     This is a cause of action for damages by Plaintiff against Defendant for Breach of the subject insurance contract.

44.     Plaintiff and Defendant executed a valid and enforceable written insurance contract providing insurance coverage to the insured locations at:

    a.   576 Puckett Rd, Cave City, AR 72521

    b.   195 Flat Rock Rd, Cave City, AR 72521

45.     The insurance contract provided coverage for the perils of wind and hail among other perils. Defendant has a complete copy of the Policy in its possession.

46.     All damages and loss to Plaintiff's property were the direct result of a peril for which Plaintiff's insured pursuant to the Policy herein, wind and hail.

47.     Defendant sold the Policy insuring the Property in its "as is" condition.

48.     Plaintiff suffered a loss with respect to the property at issue and additional expenses as a result of the hail and wind damage.

49.     Plaintiff submitted a claim to Defendant pursuant to the contract of insurance for damages as a result of the hail and wind damage.

50.     Plaintiff provided Defendant with proper notice of damage to the Property.

51.     Defendant by and through its agents failed to properly evaluate the damage resulting from the covered cause of loss, hail and wind.

52.     Defendant by and through its agents failed to retain the appropriate experts and/or consultants to evaluate the hail and wind damage to the subject property.

53.     As of this date, Defendant has failed to pay for the hail and wind damages to Plaintiff.

54.     Plaintiff has attempted to obtain full and complete payment for covered losses pursuant to Defendant's Policy.

55.     Defendant, acting through its agents, servants, representatives, and employees, has failed to properly investigate, evaluate and adjust Plaintiff's claim for benefits in good faith and has further failed to deal fairly with Plaintiff.

56.     Defendant has failed and refused to evaluate the information surrounding facts regarding Plaintiff's covered claim, choosing instead to hide behind palpably incorrect assumptions and conclusions of its agents, employees, or consultants.

57.     As a direct result of Defendant's breach of the Policy, Plaintiff was required to hire the undersigned attorney and has become obligated to pay attorneys' fees and costs in connection with the prosecution of this action.

**WHEREFORE**, Plaintiff prays that this Honorable Court enter an award against Defendant for compensatory damages, pre-judgment interest, attorneys' fees, and costs, and all other and further relief this Honorable Court deems just and proper.

## KNOWLEDGE AND INTENT

58.     Each of the acts described above, together and singularly, was done "knowingly" and "intentionally" and was a producing cause of Plaintiff's damages described herein.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury for those issues that are so triable against Defendant pursuant to law.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant, and award the following relief:

1. Actual damages for breach of contract, including all insurance benefits owed under the policy;

2. Consequential damages resulting from Defendant's failure to pay covered benefits, including but not limited to any indirect or resulting losses proximately caused by the breach;

3. In addition to the amount of the loss, twelve percent (12%) damages upon the amount of the loss, together with all reasonable attorney's fees for the prosecution and collection of the loss pursuant to Ark. Code Ann. § 23-79-208, for Defendant's failure to pay the loss within the time prescribed by law;

4. Pre-judgment and post-judgment interest as allowed by law;

5. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

**NATIONAL INSURANCE ADVOCATES, LLP**
*/s/ Anthony Pastor, Esq.*

Bar No.: 2025015
*Attorneys for Plaintiff*
6330 Manor Lane
Suite 200
Miami, Fl 33143
Primary Email: service@nia.law
Secondary Email: anthony@nia.law
PH: (833) 701-4110

# EXHIBIT A



**BUSINESS RECORDS**
**CERTIFICATE OF AUTHENTICITY**

I, Samantha Smith, act as a Policy Archivist for State Auto Property & Casualty Insurance Company and I am familiar with the type of documents and records received, created, and relied upon by State Automobile Mutual Insurance Company in the ordinary course of its business.

The Documents and Records provided include the following: Certified Copy of the policy for **ERIC PERKEY 1014739FR 09/09/2024 – 09/09/2025**

I further certify that:

A) such records were made at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;
B) such records were kept in the course of a regularly conducted business activity;
C) the business activity made such records as a regular practice; and
D) if such record is not an original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Samantha Smith*    SIGNATURE    04/17/2025    DATE

**Corporate Headquarters** 518 East Broad Street, Columbus, Ohio 43215 614.464.5000 StateAuto.com

Corporate Headquarters
518 East Broad Street
Columbus, OH 43218-2822

# POLICY INFORMATION

| Insured | Agency |
|---|---|
| ERIC PERKEY<br>576 Puckett Rd<br>CAVE CITY, AR 72521 | Kavan Maybee Insurance Agency Inc<br>107 Younes Dr<br>Harrison, AR 72601-2228 |

**ENCLOSED DOCUMENTS ARE POLICY INFORMATION ONLY.**

Your policy documents are enclosed. Please contact your agent if you have any questions. Your bill will be sent separately.

# STATEMENT OF ACCOUNT

| Total Premium | Pay Plan | Due Date |
|---|---|---|
| $18,617.09 | Agency Bill Full Pay | 09/09/2024 |

**Thank you for letting us serve your insurance needs.**





*Corporate Office:*
*State Auto Insurance Companies*
*518 East Broad Street*
*Columbus Ohio 43215 - 3876*
*(614) 464-5000*

*Issuing Office:*
*State Automobile Mutual Insurance Company*
*P.O. Box 182822*
*Columbus, Ohio 43218*

## *Your Farm and Ranch Policy*

**CONDITIONS APPLICABLE TO STATE AUTOMOBILE MUTUAL INSURANCE COMPANY**

**DIVIDENDS**
*You are entitled to the proportionate part of any policyholder's dividend if declared by our Board of Directors in accordance with its By-Laws.*

**NOTICE OF POLICYHOLDERS MEETINGS**
*While your policy is in force, you are one of our members and are entitled, in person or by proxy, to one vote at all meetings of the members. The annual meeting of the members is held at 9 o'clock A.M., Columbus time, on the first Friday of March of each year at our Home Office at 518 East Broad Street, Columbus, Ohio.*

**NON-ASSESSABLE**
*This policy is non-assessable and the insured shall not be liable for the payment of any assessment nor for the payment of any premium other than that stated in this policy.*

*IN WITNESS WHEREOF, we have caused this policy to be signed by our Secretary and President at Columbus, Ohio, and countersigned on the Declarations page by an authorized agent of the State Auto Insurance Companies.*

Damon Hart
Secretary

Hamid Mirza
President

**ILN016 (09/03)**

# ARKANSAS FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**IMPORTANT NOTICE TO POLICYHOLDER**

**EXCLUSION – PFC/PFAS**

Dear Valued Policyholder,

Thank you for selecting us as your carrier for insurance. We appreciate your business and the trust you place in us for your insurance needs.

Please read your policy, including all endorsements, and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provision of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

If you have any questions after reviewing this notice, please contact the agent identified on your declarations page.

This notice does not form a part of your insurance contract. The notice is designed to alert you to a coverage change and/or clarification in your policy.

This notice provides information concerning the Exclusion – PFC/PFAS which is attached to your renewal policy being issued by us.

The PFC/PFAS endorsement is attached to your policy, coverage is excluded for liability arising out of perfluorinated compounds or per- and polyfluoroalkyl substances.

Thank you for your business.

**FN59 (10/23)**

# IMPORTANT NOTICE

If a fire loss occurs, we are required by state law (Arkansas Code 12-13-303) to furnish relevant information relating to the loss to any state or federal law enforcement or other agency that has responsibility for investigation of fires, if:

*   The agency requests the information, or
*   After investigating the fire, we have reason to believe it was not of accidental origin.

If we provide information to a fire investigation agency, we will:

*   Notify you of that action within 90 days; and
*   Send you a copy of the report, if an authorized agency commences civil action or criminal prosecution.

Any information furnished to any authorized agency is to be held in confidence by the authorized agency and only released for use in a civil or criminal proceeding as authorized by a court of competent jurisdiction.

AU97 (04/04) Page 1 of 1

**IMPORTANT NOTICE TO POLICYHOLDER**
**STATEMENT REGARDING EARTHQUAKE COVERAGE**
**ARKANSAS**

The possibility of a major earthquake occurring in the state poses a serious threat to citizens of Arkansas. Most homeowner (including renter and condominium owners), farmowner and dwelling fire policies do not provide earthquake coverage or may provide less than 100% coverage for damage due to an earthquake. You should review your policy or talk with your agent to determine whether you have earthquake coverage.

The market for residential earthquake coverage in Arkansas has declined over the past several years. In response to these market conditions, a Market Assistance Program (MAP) has been developed to assist consumers in obtaining residential earthquake coverage. Individuals qualify to purchase residential earthquake coverage through the MAP simply by having underlying homeowners, farmowners or dwelling fire coverage that excludes the earthquake peril.

A list of insurers participating in the MAP may be obtained by contacting your agent or calling 1-800-852-5494. You may also elect to maintain earthquake coverage which you may have already purchased.

This notice does not provide you with earthquake coverage nor does it increase any amounts of earthquake coverage you may have.

FI2678 (11/12) Page 1 of 1

# IMPORTANT NOTICE TO POLICYHOLDERS

> NO COVERAGE IS PROVIDED BY THIS NOTICE; NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISION OF YOUR POLICY.
> IF THERE IS A CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, THE POLICY SHALL PREVAIL.

You should read your policy and review your Declarations page for complete information on the coverages you are provided. This is to advise regarding changes to your policy. The areas within the policy that broaden, reduce or clarify coverage are highlighted below. This notice does not reference every editorial change made in your policy.

Mandatory coverage provisions should appear on your policy. Optional coverages may or may not appear on your policy. Please refer to the forms listing on the Declarations page to determine which optional coverages affect your policy.

## MANDATORY ENDORSEMENTS

The following form changes refer to mandatory coverage provisions which should appear on your policy.

1.  FR1 (01/24) Farm and Ranch Policy replaces FR1 (01/18) A special loss settlement provision that applies to metal roofs or metal siding of Farm Outbuildings and Structures under Coverage O is included in your policy. This loss settlement provision limits the initial payment for loss to metal roofs or siding caused by hail to 25% of the total cost to repair or replace the damaged part(s) of the building or structure less any applicable deductible. After the completion of the repair or replacement of the damaged part(s) of the building or structure, this provision no longer applies.

## REVISED OPTIONAL ENDORSEMENTS

The following form changes refer to coverages, which may or may not appear on your policy. Please refer to the forms listing on the declarations page to determine if these changes will affect your policy:

1.  FR381 (01/24) Replacement Cost Farm Outbuildings and Structures replaces FR381 (01/18) A special loss settlement provision that applies to metal roofs or metal siding of Farm Outbuildings and Structures under Coverage O is included in the FR381. This loss settlement provision limits the initial payment for loss to metal roofs or siding caused by hail to 25% of the total cost to repair or replace the damaged part(s) of the building or structure less any applicable deductible. After the completion of the repair or replacement of the damaged part(s) of the building or structure, this provision no longer applies.

If you have any questions regarding these changes, you should contact your agent.

# WE APPRECIATE YOUR CONTINUED BUSINESS

# CANNABIS EXCLUSION WITH INDUSTRIAL HEMP EXCEPTION

This endorsement modifies insurance provided under the FR1:

**A.** SECTION I- PROPERTY COVERAGES, COVERAGE C- PERSONAL PROPERTY, Property not covered is amended as follows:
"Cannabis" is added to Property Not Covered.

**B.** COVERAGE E – BLANKET FARM PERSONAL PROPERTY COVERAGE AND COVERAGE F – SCHEDULED FARM PERSONAL PROPERTY COVERAGE, Property Not Covered – Coverage E Only:
Item 7 is deleted and replaced by the following:

   7. "Industrial hemp", tobacco, cotton, vegetables, root crops, potatoes, bulbs, fruit, or nursery stock;

**C.** The following exclusion is added to SECTION I – EXCLUSIONS:
   "Cannabis". However, this exclusion does not apply to "Industrial Hemp".

**D.** SECTION II – EXCLUSIONS, 1. Coverage G- Farm Personal Liability and Coverage H – Medical Payment to Others –
Exclusion s. Controlled Substances is deleted and replaced by the following:

   s. Controlled Substances
   Arising out of the use, production, cultivation, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled substances include but are not limited to cocaine, LSD, marijuana or "cannabis", and all narcotic drugs. However, this exclusion does not apply to:
   1) The legitimate use of prescription drugs by an "insured" following the orders of a licensed physician; or
   2) The "farming" of "industrial hemp" provided that such operations comply with all governmental authority statutes, guidelines, rules and regulations.

**E.** SECTION II – EXCLUSIONS:
   1. The following exclusion is added to Coverage G- Farm Personal Liability:
   "Personal Injury" or "Advertising Injury":
   Arising out of, or allegedly arising out of, the cultivation, growing harvesting, manufacture, processing, storage, packaging, testing, distribution, sale, serving, furnishing, delivery, transfer, possession, or disposal of "Cannabis".
   2. The following exclusion is added to Coverage I- Farm Employers Liability and Coverage J- Farm Employees: Medical Payments, does not apply to "bodily injury" to any "farm employee":
   Arising out of, or allegedly arising out of, the cultivation, growing harvesting, manufacture, processing, storage, packaging, testing, distribution, sale, serving, furnishing, delivery, transfer, possession, or disposal of "Cannabis".

   Exclusions E.1 and E.2, above, do not apply to "farming" of "industrial hemp" provided that such operations comply with all governmental authority statutes, guidelines, rules and regulations.

**F.** The following definitions are added to DEFINITIONS:
   1. "Cannabis" means all parts or derivatives of the plant of the genus Cannabis L. and all its species including, but not limited to, any of the following:
      a. Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots
      b. Any compound, byproduct, extract, derivative, mixture or combination thereof, including, but not limited to, the following:
         i. Resin, oil or way
         ii. Hash or industrial hemp; or
         iii. Infused liquid or edible substance, good, or product containing cannabis,
             Whether or not derived from any plant or part of any plant set forth in Paragraph a. directly above; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

    c.   Any substance, good or product that contains a synthetic cannabinoid.

2.   "Industrial Hemp" means all parts of the plant Cannabis L. that contains tetrahydrocannabinol (THC) levels on a dry weight basis of 0.3% or less unless such hemp is illegal under applicable state or federal law.

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Privacy Statement
Effective May-2024



# We protect you and your personal information

At State Auto®, we believe that having the right insurance means knowing you are protected in case the worst happens. As part of this commitment, we treat your personal information responsibly. Our privacy statement explains how we collect, use, share and protect your personal information.

## Collecting personal information

We may collect your personal information to provide our products and services. We collect personal information when you apply for insurance, file a claim, pay your insurance premium and conduct other transactions with us or your independent agent. We also collect your personal information from our affiliates, your independent insurance agent, government entities, consumer reporting agencies and other sources.

Here are some examples of the personal information that we collect:

- Name and address
- Social Security Number
- Credit and motor vehicle reports
- Claims and vehicle history
- Property information

## Sharing your personal information

State Auto does not sell your personal information to anyone. We may share your personal information with your independent agent and other companies to provide you with products and services that you request or expect from us. We also share your personal information as required or permitted by law. We may share your personal information for the following purposes:

- Service your policy or process a transaction you request
- Investigate and pay claims
- Comply with federal and state regulatory requests
- Market our products to you

State Auto shares personal information with nonaffiliated companies without your prior authorization as permitted or required by law. They may use it to investigate fraud, respond to court orders or conduct actuarial studies. We also share it with insurance regulatory authorities, law enforcement and consumer reporting agencies. We obtain reports prepared by an insurance-support organization. The insurance-support organization keeps copies and discloses them to others.

## Sharing your personal information for marketing

State Auto may share your personal information with other State Auto affiliates, including information we receive from a credit reporting agency, such as insurance score and claims history. State Auto does not share your personal information with other nonaffiliated companies so they can market their own products to you.

## Securing your personal information

At State Auto, we protect your personal information from unauthorized access and use by implementing security measures that comply with federal and state laws. Some of these security measures include computer safeguards, procedures, and secured files and buildings. We limit access to your personal information to those who need it to do their jobs.

*Continued on back*

StateAuto.com

AU303 (03/24) Page 1 of 2

## Accessing your personal information

You can always ask us or your independent agent for a copy of your personal information. To correct personal information provided by another company, like a credit agency, you must contact those companies directly. To correct personal information on your policy, you may contact your independent insurance agent or State Auto. When requesting a correction please include your name, address and policy number.

A request may be made to State Auto by contacting us as described below.

Calling: 800-344-0197

Email:  Privacy@libertymutual.com

Online: Libertymutualgroup.com/privacy-policy/data-request

Mail:   Liberty Mutual Insurance Company
        175 Berkeley St., 6th Floor
        Boston, MA 02116
        Attn: Privacy Office

Our Privacy Statement applies to current and former customers of the State Automobile Mutual Insurance Company and the affiliates and subsidiaries that offer insurance. These include:

- State Auto Property and Casualty Insurance Company
- Meridian Security Insurance Company
- Milbank Insurance Company
- Patrons Mutual Insurance Company of Connecticut
- Rockhill Insurance Company
- Plaza Insurance Company
- State Auto Insurance Company of Ohio
- State Auto Insurance Company of Wisconsin
- American Compensation Insurance Company
- Bloomington Compensation Insurance Company

POLICYHOLDER NOTICE
STATE AUTO'S IDENTITY THEFT PROTECTION PROGRAM

State Auto Farm Insurance is here to help if your identity is compromised. State Auto's Identity Theft Protection Program is automatically provided to you at no additional cost with your Farm and Ranch policy.

Identity Theft Recovery Service

If you become a victim of identity theft; a fraud specialist will work with you to restore your identity. Designed to minimize your damage, stress, and lost time, these services help return your life to normal as quickly as possible and can include:
* Assistance with credit reports
* Help with credit bureaus, collectors, government agencies, and law enforcement
* Help rebuilding your identity after a disaster such as flood, a hurricane or tornado

Identity Theft Education and Prevention Assistance

We provide you with access to resources and fraud specialists to help prevent identity theft from happening. Even if you haven't had your identity stolen, you can contact us with questions. Any situation or life event involving the use of personal information can expose you to identity thieves, for example:
* Home break-in
* Marriage or divorce
* Active military duty
* Moving to a new home

Identity Fraud Expense Coverage
At no additional charge, you have up to $15,000 of coverage to pay for certain expenses resulting from identity fraud. This coverage is subject to a $500 deductible and includes:
* Attorney fees
* Costs to notarize fraud affidavits and send certified mail
* Lost income for time off work to meet with law enforcement, credit agencies, and legal counsel (maximum up to $200 per day/$5,000 total)

Please call us at 800-444-9950 if:
* You'd like to be connected to a fraud specialist
* You believe your identity has been compromised
* You have a question about our Identity Theft Program

Visit StateAuto.com for more information about identity theft.

This notice is intended for general information purposes only and is not a part of your insurance policy. Coverages described are subject to definitions, limitation, and conditions. Please read the actual policy forms and endorsements for details.

FR2650 (02/22) Page 1 of 1

## SPECIAL CONTACT INFORMATION
## FOR ARKANSAS POLICYHOLDERS

### PLEASE ATTACH TO YOUR POLICY

Arkansas law (Act 197 of 1987, A.C.A. Section 23-79-138) requires that insurers provide policyholders with the name, address, and telephone number of their agent and company–plus the address and telephone number of the Arkansas Insurance Department. Pursuant to Arkansas regulations, this information is to be provided with every policy issued or renewed. While agent information is listed in the Declarations, company and Insurance Department information appears below.

For questions or additional information, please contact your agent or the company office listed below.

Corporate Communications
State Auto Insurance Companies

| Mailing Address | P.O. Box 182822 Columbus, OH 43218-2822 | 518 East Broad Street Columbus, OH 43215 | Physical Address |

Telephone No.: 800-444-9950

Policyholders have the right to file a complaint with the Arkansas Insurance Department (AID).  You may call AID to request a complaint form at (800) 852-5494 or (501) 371-2640 or write the Department at:

Arkansas Insurance Department
1 Commerce Way, Suite 102
Little Rock, AR  72202

AU370 (06/20)  Page 1 of 1

# IMPORTANT NOTICE TO POLICYHOLDERS

# ARKANSAS

> NO COVERAGE IS PROVIDED BY THIS NOTICE; NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISION OF YOUR POLICY.
> IF THERE IS A CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, THE POLICY SHALL PREVAIL.

You should read your policy and review your Declarations page for complete information on the coverages you are provided. This is to advise regarding changes to your policy. The areas within the policy that broaden, reduce or clarify coverage are highlighted below. This notice does not reference every editorial change made in your policy.

Mandatory coverage provisions should appear on your policy. Optional coverages may or may not appear on your policy. Please refer to the forms listing on the Declarations page to determine which optional coverages affect your policy.

### NEW OPTIONAL ENDORSEMENTS

The following new form refers to optional coverage, which may or may not appear on your policy. Please refer to the forms listing on the declarations page to determine if this form will affect your policy:

1. FR140 (01/23) Percentage Windstorm/Hail Deductible – This new form provides the option for a percentage windstorm/hail deductible where the deductible is calculated separately for, and applies separately to each building. This form does not include a minimum or maximum per occurrence deductible provision. The form includes an Application of Deductible section, which provides examples of how the deductible is applied.

### REVISED OPTIONAL ENDORSEMENTS

The following form changes refer to optional coverages, which may or may not appear on your policy. Please refer to the forms listing on the declarations page to determine if these changes will affect your policy:

1. FR3 (01/23) Percentage Windstorm/Hail Deductible replaces FR3 (01/18) – Windstorm/Hail Deductible – The form name was changed. The provision that required the windstorm/hail deductible to be greater than or equal to the All Peril deductible was removed. Also, an Application of Deductible section was added which provides examples of how the deductible is applied.

2. FR4576 (07/22) Contract Growers Coverage replaces FR4576 (01/18) – Revises the Special Deductible Applicable To This Endorsement. Removes the $500 deductible for each "occurrence" and advises the applicable deductible will be the lesser of 10% of the loss or $5,000.

If you have any questions regarding these changes, you should contact your agent.

# WE APPRECIATE YOUR CONTINUED BUSINESS

 STATE AUTO
Insurance Companies

# Common Policy Declaration
### Farm and Ranch Policy
### Renewal Declaration

**Kavan Maybee Insurance Agency Inc**
107 Younes Dr
Harrison, AR 72601-2228
(870) 741-1823

## Total Policy Premium
## $18,617.09

**Named Insured and Mailing Address:**

ERIC PERKEY
576 Puckett Rd
CAVE CITY, AR 72521

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 10147389FR | 09/09/24 - 09/09/25 | State Automobile Mutual Insurance Company |

The coverage and these declarations are effective at 12:01 a.m. standard time on 09/09/2024 at the above mailing address.


StateAuto.com

**Questions?**

Visit us at **StateAuto.com**
or call **(800) 288-4425 for**
customer service.

**Contact your independent
agent at (870) 741-1823.**

## Farm and Ranch Information

| Primary Farm Type | Entity Type |
|---|---|
| Confinement | Sole Proprietorship / Individual |

*In return for the payment of the premium when due, and subject to all the terms of the policy, we agree with you to provide the insurance as stated by this policy. This premium may be subject to adjustment.*

Issue Date: 07/04/2024
DECOV-FR (08/22)

Agency 0111707

 **STATE AUTO** Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $18,617.09**

## Location Details

| Location # | Address | County |
|---|---|---|
| 1 | 576 Puckett Rd, Cave City, AR 72521-9389 | SHARP |
| 2 | 987 Grange Rd, Cave City, AR 72521-9386 | SHARP |
| 3 | 195 Flat Rock Rd, Cave City, AR 72521-9565 | SHARP |

# Property Coverages

*Coverages provided by your Farm and Ranch Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.*

### Location 1: 576 PUCKETT RD                                       County: SHARP
### CAVE CITY, AR 72521-9389

| Dwelling 1: | Residence Type: Single Family Dwelling | Year Built: 1994 | Occupancy: Owner Occupied |
|---|---|---|---|
| All Peril Deductible: $1,000 | | | Windstorm/Hail Deductible: N/A |

| Coverage | Loss Settlement | Perils | Limit | Premium |
|---|---|---|---|---|
| A. Dwelling | Replacement Cost | Special | 100% of Replacement Cost - $247,580 | $3,441.36 |
| B. Private Structures | Replacement Cost | Special | $24,758 | Included |
| C. Personal Property | Replacement Cost | Broad | $173,306 | $294.84 |
| D. Loss of Use | | | $74,274 | Included |

### Additional Options

| Coverage | General Information | Limit | Premium |
|---|---|---|---|
| Backup of Sewers and Drains | | $10,000 | $39.30 |
| **Location 1 - Total Dwelling Premium** | | | **$3,775.50** |

### Farm Structures

| Bldg | Structure Type | Year | Limit | Perils | All Peril Deductible | Windstorm/Hail Deductible | Premium |
|---|---|---|---|---|---|---|---|
| 1 | One-Story Layer | 2004 | $332,282 | Broad | $5,000 | 1% of the Limit: $3,322 | $3,438.52 |
| 2 | One-Story Layer | 2004 | $332,282 | Broad | $5,000 | 1% of the Limit: $3,322 | $3,438.52 |
| 3 | Bulk Fertilizer Storage - LITTER SHED | 2004 | $42,292 | Broad | $2,500 | 1% of the Limit: $422 | $563.10 |
| 4 | Barn Special Purpose - COMPOST BUILDING | 2004 | $26,433 | Broad | $2,500 | 1% of the Limit: $264 | $389.75 |



**Policy Number: 10147389FR**
**Total Policy Premium $18,617.09**

| Bldg | Structure Type | Year | Limit | Perils | All Peril Deductible | Windstorm/Hail Deductible | Premium |
|---|---|---|---|---|---|---|---|
| 5 | Well Pump - WELL HOUSE AND WELL PUMP | | $24,513 | Broad | $1,000 | 1% of the Limit: $245 | $412.38 |
| 6 | Farm Implement Shed - SHOP BUILDING | 2004 | $42,292 | Broad | $2,500 | 1% of the Limit: $422 | $550.11 |
| 7 | Barn Special Purpose - BARN | 2004 | $31,719 | Broad | $5,000 | 1% of the Limit: $317 | $422.36 |
| 8 | Not Otherwise Classified - GENERATOR AND GENERATOR SHED | 2004 | $43,454 | Broad | $1,000 | 1% of the Limit: $434 | $993.07 |

### Additional Options

| Coverage | General Information | Applies to building | Premium |
|---|---|---|---|
| Replacement Cost | | 5, 8 | |
| Cosmetic Loss or Damage to Metal Roof Exclusion | | 1, 2, 3, 4, 6, 7, 8 | |

| Discounts/Surcharges | | Applies to building | |
|---|---|---|---|
| Smart / Connected Structure | 1, 2, 8 | | |
| Protective Devices Credit | 1, 2, 8 | | |

| **Location 1 Total Farm Structure Premium** | | | **$10,207.81** |
|---|---|---|---|

## Location 2: 987 GRANGE RD
### CAVE CITY, AR 72521-9386

County: SHARP

### Farm Structures

| Bldg | Structure Type | Year | Limit | Perils | All Peril Deductible | Windstorm/Hail Deductible | Premium |
|---|---|---|---|---|---|---|---|
| 1 | One-Story Layer | 2015 | $421,172 | Broad | $5,000 | 1% of the Limit: $4,211 | $2,753.81 |
| 2 | Bulk Fertilizer Storage - LITTER SHED | 2015 | $44,568 | Broad | $2,500 | 1% of the Limit: $445 | $547.41 |
| 3 | Well Pump - WELL PUMP AND WELL HOUSE | | $24,513 | Broad | $1,000 | 1% of the Limit: $245 | $412.38 |

### Additional Options

| Coverage | General Information | Applies to building | Premium |
|---|---|---|---|
| Replacement Cost | | 1, 2, 3 | |
| Cosmetic Loss or Damage to Metal Roof Exclusion | | 1, 2 | |

| Discounts/Surcharges | | Applies to building | |
|---|---|---|---|
| Smart / Connected Structure | 1 | | |



**Policy Number: 10147389FR**
**Total Policy Premium $18,617.09**

| Discounts/Surcharges | Applies to building |
|---|---|
| *Protective Devices Credit* | *1* |
| **Location 2 Total Farm Structure Premium** | **$3,713.60** |

# Farm Personal Property

**Scheduled Farm Personal Property**

| Class | Description | Replacement Cost | Deductible | Limit | Premium |
|---|---|---|---|---|---|
| *Miscellaneous Equipment* | *MISCELLANEOUS TOOLS AND EQUIP* | | *$1,000* | *$10,000* | *$167.63* |
| **Total Farm Personal Property Premium** | | | | | **$167.63** |

# Liability Coverages

*Coverages provided by your Farm and Ranch Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.*

**Total Acreage: 119**

| Coverage | General Information | Premium |
|---|---|---|
| G.  Farm Personal Liability | $1,000,000 / $2,000,000 per Occurrence/ Aggregate Limit | Included |
| H.  Medical Payments to Others | $5,000 each person | Included |
| I.  Farm Employers Liability<br>J.  Farm Employees' Medical Payments | # of Full-Time (working 181-365 days): 1<br># of Part-Time (working 41-180 days): 1<br># of Short-Time (working 1-40 days): 1 | $423.69 |
| **Total Liability Premium** | | **$423.69** |

# Policy Options - Property

| Coverage | General Information | Deductible | Limit | Premium |
|---|---|---|---|---|
| *Farm Equipment Breakdown* | | | | *$176.10* |
| *Identity Fraud Expense* | | | | *N/A* |
| *Private Power and Light Poles Increased Limits* | | | *$2,500* | *$0.00* |
| *Exclusion of Terrorism* | | | | *N/A* |
| **Total Policy Options Property Premium** | | | | **$176.10** |

Issue Date: 07/04/2024

 **STATE AUTO** Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $18,617.09**

## Policy Options - Liability

*Coverages shown below are provided at a limit of $1,000,000 per occurrence / $2,000,000 aggregate unless otherwise noted*

| Coverage | General Information | Limit | Premium |
|---|---|---|---|
| *Fire Legal Liability Coverage* | | $100,000 | $0.00 |
| *Additional Residence Rented to Others(if Residence is not insured on this policy)* | 897<br>GRANGE RD<br>CAVE CITY, AR 72521<br>3 Family Unit(s) Rented | | $50.92 |
| *Additional Residence Rented to Others(if Residence is not insured on this policy)* | 576 C<br>PUCKETT RD<br>CAVE CITY, AR 72521<br>3 Family Unit(s) Rented | | $50.92 |
| *Additional Residence Rented to Others(if Residence is not insured on this policy)* | 576 B<br>PUCKETT RD<br>CAVE CITY, AR 72521<br>3 Family Unit(s) Rented | | $50.92 |
| *Exclusion of Terrorism* | | | NA |

| Total Policy Options Liability Premium | $152.76 |
|---|---|

## Policyholder Notices

| Number | Edition Date | Name |
|---|---|---|
| SOA001 | 11/23 | Statement of Account |
| SI 90 01 | 05/22 | Common Policy Jacket |
| FI2678 | 11/12 | Important Notice To Policyholder Statement Regarding Earthquake Coverage Arkansas |
| FN66 | 01/24 | Important Notice to Policyholders |
| FN14 | 10/23 | Important Notice to Policyholders Arkansas |
| FN59 | 10/23 | Important Notice to Policyholders Exclusion - PFC/PFAS |
| AU303 | 03/24 | Notice Of The Policies And Practices Of The Disclosure Of Nonpublic Personal Information |
| FR2650 | 02/22 | Policyholder Notice State Auto's Identity Theft Protection Program |
| AU370 | 06/20 | Special Contact Information For Arkansas Policyholders |

## Forms and Endorsements

| Number | Edition Date | Name |
|---|---|---|
| FR374 | 01/18 | Additional Residence Rented To Others |
| FR35 | 07/22 | Arkansas Changes |
| FR0181 | 01/18 | Arkansas Changes- Terrorism |
| ILN016 | 09/03 | Arkansas Fraud Statement |

**STATE AUTO** Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $18,617.09**

| Number | Edition Date | Name |
|--------|--------------|------|
| FR588 | 01/18 | Back Up Of Sewers And Drains |
| FR139 | 02/22 | Cannabis Exclusion with Industrial Hemp Exception |
| FR4590 | 01/18 | Cosmetic Loss Or Damage To Metal Roof Exclusion |
| FR4701 | 10/23 | Exclusion - PFC/PFAS |
| FR4010 | 01/18 | Exclusion Of Terrorism |
| FR1 | 01/24 | Farm And Ranch Policy |
| FR41 | 01/18 | Farm Equipment Breakdown Coverage (Including Electric Circuitry Impairment) |
| FR455 | 01/18 | Identity Fraud Expense Coverage |
| AU97 | 04/04 | Important Notice |
| FR17 | 01/18 | Oil Or Gas Operations Exclusion |
| FR140 | 01/23 | Percentage Windstorm/Hail Deductible |
| FR32 | 01/18 | Private Power And Light Poles Increased Limits |
| FR380 | 01/18 | Replacement Cost Coverage C - Personal Property |
| FR381 | 01/24 | Replacement Cost Farm Outbuildings And Structures |

## Mortgagee, its successors and/or assigns:

| Name | Address | Loan# | Interest |
|------|---------|-------|----------|
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Dwelling 1: 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 1: OneStoryLayer; 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 1: OneStoryLayer; 2: 987 GRANGE RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 2: OneStoryLayer; 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 2: BulkFertilizerStorage; 2: 987 GRANGE RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 3: BulkFertilizerStorage; 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 4: BarnSpecialPurpose; 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 6: FarmImplementShed; 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 7: BarnSpecialPurpose; 1: 576 PUCKETT RD, CAVE CITY, AR |

FARM AND RANCH POLICY

QUICK REFERENCE INDEX

PAGE NUMBER

| | |
|---|---|
| AGREEMENT | 2 |
| | |
| SECTION I - PROPERTY COVERAGES | 2 |
| Coverage A – Dwelling | 2 |
| Coverage B – Private Structures | 2 |
| Coverage C – Personal Property | 3 |
| Coverage D – Loss of Use | 4 |
| Coverage E – Blanket Farm Personal Property | 4 |
| Coverage F – Scheduled Farm Personal Property | 4 |
| Coverage O – Farm Outbuildings and Structures | 6 |
| | |
| SECTION I - PERILS INSURED AGAINST | 6 |
| Basic Perils | 6 |
| Broad Perils | 8 |
| Special Perils | 9 |
| | |
| SECTION I ADDITIONAL COVERAGES | 11 |
| | |
| SECTION I EXCLUSIONS | 15 |
| | |
| SECTION I CONDITIONS | 16 |
| | |
| SECTION II - COMPREHENSIVE FARM LIABILITY | 20 |
| Coverage G - Farm Personal Liability | 20 |
| Coverage H - Medical Payments to Others | 20 |
| Coverage I - Farm Employers Liability | 20 |
| Coverage J - Farm Employees Medical Payments | 20 |
| | |
| SECTION II ADDITIONAL COVERAGES | 21 |
| | |
| SECTION II EXCLUSIONS | 22 |
| Coverage G - Farm Personal Liability and Coverage H - Medical Payments to Others (do not apply to bodily injury or property) | 22 |
| Coverage G - Farm Personal Liability and Coverage H - Medical Payments to Others (do not apply to bodily injury) | 26 |
| Coverage G - Farm Personal Liability and Coverage H - Medical Payments to Others (do not apply to property damage) | 26 |
| Coverage G - Farm Personal Liability | 27 |
| Coverage H - Medical Payments to Others | 28 |
| Coverage I - Farm Employers Liability/Coverage J Farm Employees Medical Payments | 28 |
| | |
| SECTION II CONDITIONS | 29 |
| | |
| GENERAL CONDITIONS | 30 |
| | |
| DEFINITIONS | 32 |

---

## AGREEMENT

---

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. Read the entire policy carefully to determine rights, duties and what is and is not covered.

In this policy, you and your refer to the named "insured" shown in the Declarations. If the "insured" is an individual you and your also refer to the spouse if a resident of the same household. We, us, and our, refer to the company providing this insurance. In addition, certain other words and phrases that appear in quotations marks have special meaning. Refer to the DEFINITIONS section

---

## SECTION I - PROPERTY COVERAGES

---

**COVERAGE A – DWELLING**
Covered Property:
1.  Any described dwelling shown in the Declarations used as a private residence, including structures attached to the dwelling;
2.  Materials and supplies located on or next to the "residence premises" used to construct, alter, or repair the dwelling;
3.  Building equipment, fixtures, and outdoor equipment all pertaining to the service of the dwelling on the "residence premises".
Property Not Covered:
1.  Land, including land on which the dwelling is located except as provided under SECTION I – ADDITIONAL COVERAGES;
2.  Water; or
3.  Trees, shrubs, plants or lawns; outdoor radio equipment, TV antennas and satellite dishes; and private power and light poles except as provided under SECTION I – ADDITIONAL COVERAGES.

**COVERAGE B - PRIVATE STRUCTURES**
Covered Property:
Private structure(s) you own, including related building materials and supplies on the "residence premises", used as a private garage, utility building, or swimming pool or used solely to service a Coverage A - Dwelling described in this policy provided the structure is:
1.  At the same location as the dwelling; and
2.  Separated from the dwelling by clear space; or
3.  Attached to it only by a fence, utility line or similar connection.
Property not Covered:
1.  Land (including land on which the private structures are located) except as provided under SECTION I – ADDITIONAL COVERAGES;
2.  Water;
3.  Structures used for "farming", commercial use or living quarters but, this does not apply to private garages used for "farming". For purposes of this exclusion 3, a private garage is defined as a structure primarily designed and constructed to house private passenger type vehicles;
4.  Structures designed and constructed for "farming" and or commercial use or as living quarters that are "vacant" "unoccupied" or are no longer being used for their intended purpose;
5.  Trees, shrubs, plants or lawns; outdoor radio equipment, TV antennas and satellite dishes; and private power and light poles except as provided under SECTION I – ADDITIONAL COVERAGES; or
6.  Buildings or structures separately described and specifically covered in whole or in part under another coverage of this or any other policy.
Coverage applicable:
1.  We will pay for direct loss or damage to private structures as defined above caused by the perils applicable to Coverage A;
2.  SECTION I – EXCLUSIONS and SECTION I – CONDITIONS applicable to Coverage A apply to Coverage B;
3.  Any coverage modification to Coverage A will apply to Coverage B including modifications by separate endorsement or shown on the Declarations.
Limit of Insurance:
The most we will pay under the coverage provided by this endorsement for loss or damage in any one occurrence is the Limit of Insurance that is shown on the Declaration page that applies to Coverage B – Private Structures. This limit of insurance is a separate amount of additional insurance and does not reduce or increase the Coverage A limit of liability, regardless of the actual value of or existence of such other structures.

COVERAGE C - PERSONAL PROPERTY

Covered Property:

We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

1. A guest while the property is on the part of the "residence premises" occupied by an "insured";
2. A "residence employee" while in the service of the "insured" and while the property is on any "residence premises" occupied by an "insured" or while the property is in the custody of the "residence employee" and while in the "insured's" employ.

Our limit of liability for personal property located:

1. At an "insured's" residence, other than the "residence premises", is 20 percent of the limit of liability for Coverage C. This limit does not apply to an "insured" as defined under DEFINITIONS item 13.,a.,1),c). Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there;
2. Elsewhere on an "insured location", other than the Coverage A - Dwelling or Coverage B - Private Structures, is 20 percent of the limit of liability for Coverage C.
3. At a storage facility away from an "insured location" is 20 percent of the limit of liability for Coverage C.

Special Limits of Liability:

These limits do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. $1,000 on money, banknotes, bullion, gold other than goldware, silver other than silverware, platinum, coins, and medals;
2. $2,000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets, and stamps;
3. $2,000 on watercraft, including their equipment, furnishings, outboard motors, and trailers;
4. $3,000 on trailers not used with watercraft or for "farming" operations; and
5. In the event of loss by theft:
   a. $2,500 on furs, jewelry, precious and semiprecious stones, and watches;
   b. $3,000 on goldware, goldplated ware, silverware, silverplated ware, and pewterware; this property includes plateware, flatware, hollowware, tea sets, trays, trophies, and the like; also other utilitarian items made of or containing silver, gold, or pewter; and
   c. $10,000 on firearms including accessories and related equipment including but not limited to such items as magazines, scopes, holsters, tripods, bipods, ammunition and safes.
6. $1,500 for loss of electronic devices or apparatus, while in or upon a "motor vehicle" or other motorized land conveyance, if the electronic device or apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic devices and apparatus includes:
   a. Accessories and antennas; and
   b. Tapes, wires, records, discs and other media;

Property Not Covered:

1. Articles separately described and specifically covered under this or any other insurance;
2. Aircraft and aircraft parts, except model or hobby aircraft not used or designed to carry an operator, other person or cargo.
3. Any "motor vehicle" or motorized land conveyance including its equipment, accessories, tires or uninstalled parts.
   But Covered Property includes:
   a. Supplies, such as oil, transmission fluid, filters or similar items, used for regular maintenance.
   b. Vehicles not licensed for road use that are:
      1) Used only for servicing an "insured's" dwelling or "residence premises";
      2) Designed and used for assisting a physically or mentally disabled person;
4. "Recreational motor vehicles"
5. Animals, insects, or arachnids;
6. "Business" property;
7. Magnetic recording or storage media for electronic data processing, such as cell, disc, drum, film, and tape, over or above their replacement value:
   a. As prepackaged software programs; or
   b. In unexposed or blank form, whichever is greater;

8.  Electronic devices or apparatus designed to be operated solely by power from the electrical system of "motor vehicles" or motorized land conveyances of any kind, including:
    a.  Accessories and antennas; and
    b.  Tapes, wires, records, discs, or other media for use with any such device or apparatus;
    This exclusion applies only while the property is in or upon the vehicle or conveyance.
9.  "Farm personal property," other than office fixtures, furniture, and office equipment;
10. The following property unless specifically scheduled on this policy:
    a.  Property rented or held for rental to others or furnished for "farm employees" by the "insured";
    b.  Property of roomers, boarders, and other tenants not related to an "insured";
    c.  Property rented or held for rental to others off the "residence premises";
    d.  Property held or carried as samples or for sale or for delivery after sale.
11. Credit cards or electronic fund transfer cards or devices.
12. Cellular phones or other portable personal communication devices and related equipment, which allows voice or data transmission, owned by an "insured".
13. Outdoor radio equipment, TV antennas and satellite dishes.

COVERAGE D - LOSS OF USE
The limit of liability for Coverage D is the total limit for all the coverages that follow.
1.  Additional Living Expense
    If a loss covered under Coverage A or Coverage C makes the dwelling in which you reside uninhabitable, we will pay any necessary increase in living expense you incur so that your household can maintain its normal standard of living, provided the uninhabitable quarters are located in:
    a.  A "residence premises" covered under Coverage A of this policy; or
    b.  A "residence premises" in which Coverage C - Personal Property is located, if you are a tenant.
    Payment under this additional coverage will be for the shortest time required to repair or replace the damaged property or, if you permanently relocate, the shortest time required for your household to settle elsewhere.
2.  Fair Rental Value
    If a loss covered under Coverage A or Coverage C makes the dwelling which you rent to others or hold for rental to others as a residence uninhabitable, we will pay the Fair Rental Value loss you sustain, provided the uninhabitable quarters are located in a "residence premises" covered under Coverage A of this policy.
    We will not pay for any expenses that do not continue while the rental portion of the described dwelling is uninhabitable. Payment under this additional coverage will be for the shortest time required for repair or replacement of the damaged property.
3.  Loss and Expense Due to Emergency Prohibition Against Occupancy
    We will pay for the additional living expense or fair rental value loss you sustain if a civil authority prevents use of the "residence premises" because of direct damage to neighboring premises by a covered peril, provided the "residence premises" is covered under Coverage A of this policy. We will not pay parts of such loss or expense that are incurred:
    a.  After a period of two weeks has elapsed; or
    b.  Due to cancellation of a lease or agreement.
The period of our liability under Loss of Use is not limited by the expiration of this policy.
No deductible applies to Coverage D.

COVERAGE E - BLANKET FARM PERSONAL PROPERTY COVERAGE AND COVERAGE F - SCHEDULED FARM PERSONAL PROPERTY COVERAGE
Covered Property:
"Farm personal property" usual and incidental to a "farming" operation, if shown in the Declarations of this policy and while on an "insured location."
Items Covered Away From An "Insured Location".
The following items of "farm personal property" are also covered away from an "insured location":
1.  Grain, ground feed, fertilizer, fodder, hay, herbicides, manufactured and blended "livestock" feed, pesticides, silage, straw, threshed beans, and threshed seeds, except while:
    a.  Being stored or processed in commercial drying plants, manufacturing plants, public elevators, seed houses, or warehouses; or
    b.  In the custody of a common or contract carrier except as provided in SECTION I – ADDITIONAL COVERAGES;

2. "Livestock," except while:
   a. In the custody of a common or contract carrier except as provided in SECTION I – ADDITIONAL COVERAGES;
   b. At public stock yards, sales barns, or sales yards; or
   c. At packing plants or slaughterhouses;
3. "Farm machinery", equipment, implements, tools, and supplies but, excluding coverage while in the custody of a common or contract carrier except as provided under SECTION I – ADDITIONAL COVERAGES.

Property Not Covered - Coverage E Only:
1. Household personal property usual or incidental to a dwelling;
2. Magnetic recording or storage media for electronic data processing, such as a USB drive, cell, disc, drum, file, and tape, over or above their replacement value:
   a. As prepackaged software programs;
   b. In unexposed or blank form;
   whichever is greater.
3. Animals other than "livestock";
4. Poultry, birds, bees, fish, or worms;
5. Racehorses, show horses, or show ponies;
6. Trees, plants, shrubs, or lawns;
7. Tobacco, cotton, vegetables, root crops, potatoes, bulbs, fruit, or nursery stock;
8. Crops in the open (harvested or unharvested) except as provided in the supplemental coverage;
9 Permanently installed contents of chicken fryer or broiler houses, laying houses, poultry brooder, or duck or turkey houses usual to their operation;
10. Automobiles, trucks, motorcycles, motorized bicycles or tricycles, mopeds, dirt bikes, snowmobiles, all-terrain vehicles, mobile homes, house trailers, vehicles primarily designed or licensed for road use (other than farm wagons or farm trailers not licensed for road use), watercraft or aircraft, or the equipment, tires, or parts of any of these. Supplies, such as oil, transmission fluid, filters or similar items, used for regular maintenance are covered.
11. Permanent fences, windmills, or wind chargers or their towers;
12. Bulk milk tanks, bulk feed tanks, or bins attached to buildings or structures; barn cleaners, pasteurizers, or boilers; any permanent fixtures within or attached to a building;
13. Outdoor radio equipment, TV antennas and satellite dishes;
14. Portable buildings or portable structures;
15. Irrigation equipment; sawmill equipment;
16. Property separately described and specifically covered in whole or in part under another coverage of this or any other policy;
17. Land including permanent buildings and structures.
18 Any property listed on the Declarations as excluded or on attached document under Coverage E Blanket Farm Personal Property - Excluded Property.
Special Provisions and Limits - Coverage E Only:
The following supplemental coverages do not increase our limit of liability.
1. You may apply the limit of insurance specified in the following:
   a. Unharvested corn, wheat, oats, barley, rye, and other grains, flax, and soy beans (but not seed or forage crops, straw, or stubble) but only for the perils of fire, lightning or vehicles. We will pay no more than $10,000;
   b. Grain in stacks, swaths, or piles in the open. We will pay no more than $10,000;
   c. Hay and straw in stacks, windrows, and bales in the open. We will pay no more than $50,000 on any one stack of hay, straw or fodder; or
   d. Silage, fodder and ensilage in stacks or bags in the open (not in a silo or bunker). We will pay no more than $50,000 on any one stack or cluster of bags.
   Fire or lightning, windstorm or hail, vandalism, vehicles and theft are the only covered perils for items b., c. and d. A stack or cluster of bags means grain, hay, straw, silage, fodder or ensilage in one area separated by a clear space of 100 feet or more from any other grain, hay, straw, silage, fodder or ensilage in the open.
2. The most we will pay for loss of or damage to "livestock" insured under Coverage E is $5,000 on any one head.
Coinsurance Clause - Coverage E Only:
You must maintain insurance on all covered property for at least 80 percent of the total actual cash value of all covered property at the time of loss. If you fail to do this, we will only pay the percentage of loss determined by dividing the amount of insurance carried by the amount you should have carried to comply with this clause. When determining the actual cash value of all covered farm personal property, we will allow the following exceptions:

1. Newly acquired "farm machinery", equipment and vehicles will not be included in the value until 60 days after the date acquired.
2. If a total claim under Coverage E is less than $50,000, we will not require a special inventory or appraisal of the damaged property. This waiver does not change your obligation to maintain the amount of insurance described above.

In no event will we pay more than the amount necessary for repair or replacement.

Special Provisions and Limits - Coverage F Only:

Under Coverage F, certain individual items of farm personal property are subject to special limits or provisions. These limits or provisions are part of and not in addition to limits of insurance shown in the Declarations and apply in excess of any applicable deductible.

1. The most we will pay on any item of miscellaneous farm equipment is $5,000.
2. The most we will pay for loss of or damage to any one head of "livestock" (other than animals individually described and specifically covered under this coverage) is the least of the following amounts:
    a. 120 percent of the amount obtained by dividing the total insurance on the class and type of animal involved by the number of head of that class and type owned by you at the time of loss;
    b. The market value of the animal at the time it is destroyed or damaged; or
    c. $5,000.
3. When coverage is shown in the Declarations for poultry the most we will pay for loss to any one bird is its market value at the time of loss.

COVERAGE O - FARM OUTBUILDINGS AND STRUCTURES

Property Covered:

We cover the following items when listed under Coverage O of this policy:

1. Barns, farm buildings, additional farm dwellings used for storage, silos and other structures, including any attached sheds, permanent fixtures, foundations and electric wiring;
2. Permanently attached ventilating equipment, plumbing, pumps (including well pumps), and tanks;
3. Unless specifically insured, parts of milking equipment which are attached to a building which include any pumps, motors, stanchions, barn cleaners, pasteurizers, or any piping and bulk tanks;
4. Materials and supplies on or next to an "insured location" which are to be used for the construction, alteration, or repair of any barn, building, or structure listed under Coverage O of this policy;
5. "Improvements and betterments". If you are a tenant, we cover your interest in the "improvements and betterments" you make at your expense to a building you do not own at the "insured location".
6. Portable buildings and portable structures;
7. All corrals, pens, chutes and fences (except field or pasture fences)

Property Not Covered:

1. Land including land on which a building or structure is located except as provided under SECTION I – ADDITIONAL COVERAGES;
2. Water;
3. Field or pasture fence; or
4. Silos (including silo unloaders) whether or not attached to buildings listed under Coverage O, unless individually described under Coverage O;
5. Outdoor radio equipment, TV antennas and satellite dishes;
6. Irrigation equipment.
7. Private Power and Light Poles

---

## SECTION I - PERILS INSURED AGAINST

Basic Perils

We will pay for direct loss or damage to Covered Property described for those perils listed below, and subject to all conditions, exclusions, and special limits described in Section I of this policy. These perils apply to Coverage A – Dwelling, Coverage B – Private Structures, Coverage C – Personal Property, Coverage D – Loss of Use,

Coverage E – Blanket Farm Personal Property, Coverage F – Scheduled Farm Personal Property, and Coverage O – Farm Outbuildings and Structures.

1. Fire or lightning.
2. Windstorm or hail, but not including:
    a. Frost or cold weather;
    b. Ice (other than hail), snow, or sleet, whether driven by wind or not; or
    c. Loss of or damage to:

1) The interior of any building or structure, or the property inside a building or structure, caused by rain, snow, sleet, sand, or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sleet, sand, or dust enters; or

2) Watercraft or their trailers, furnishings, equipment, or outboard motors unless within a fully enclosed building;

3) Under Coverage E or Coverage F:
   a) "Livestock" or poultry when caused by running into streams, ponds, or ditches or against fences or other objects, or from smothering or resulting directly or indirectly from fright;
   b) "Livestock" or poultry when caused by freezing or smothering in blizzards or snowstorms; or
   c) Dairy or farm products in the open other than hay, straw, or fodder.

3. Explosion, but under Coverage E, F, and O this peril does not include loss or damage caused by or resulting from:
   a. Explosion of alcohol stills, steam boilers, steam pipes, steam engines, or steam turbines owned or leased by you or operated under your control;
   b. Electric arcing;
   c. Rupture or bursting water pipes;
   d. Rupture, bursting, or operation of pressure relief devices;
   e. Rupture or bursting due to swelling of the contents of any building or structure caused by water.

4. Riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft; only direct loss from actual physical contact with covered property is covered. This also includes contact from objects falling from aircraft.

6. Vehicles, including an object thrown up by a vehicle. This does not include loss to fences, driveways, or walks. We will pay for loss if the fence, driveway or walk is appurtenant to a covered dwelling and the vehicle that caused the loss was not owned or operated by a resident of the dwelling.

7. Smoke, meaning sudden and accidental damage from smoke including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment. This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. Vandalism. This peril does not include loss of or damage to covered property if the "residence premises" or other buildings and structures on an "insured location" have been "vacant" for more than 30 consecutive days immediately before the loss.

9. Theft, including attempted theft and loss of property from a known place when it is likely that the property has been stolen. This peril does not include loss:
   a. Committed by an "insured";
   b. In or from a building or structure under construction or of materials and supplies for use in the construction until the building or structure is finished and occupied; or
   c. From that part of your "residence premises" which you rent to someone who is not an "insured";
   d. By taking inventory;
   e. Due to wrongful conversion or embezzlement;
   f. Due to escape or disappearance of any "farm personal property" unless there is evidence that the property was stolen;
   g. Due to acceptance of counterfeit money, fraudulent post office or express money orders, or checks or promissory notes not paid upon presentation; or credit cards that are illegally obtained and or used;
   h. Due to unauthorized instructions to transfer property to any person or to any place;
   i. Due to the infidelity of your employee or persons to whom the insured property is entrusted.
   j. With respect to personal property away from the "insured location":
      1) Property at any residence owned by, rented to, or occupied by, an "insured," except while an "insured" is temporarily residing there. But property of a student who is an "insured" is covered at a residence away from home provided the student has been there at any time during the 45 days immediately preceding the loss;
      2) Any watercraft, its furnishings, equipment, or outboard motors; or
      3) Trailers or campers.

10. Sinkhole collapse. We will pay for loss or damage caused by the sudden sinking or collapsing of earth supporting covered property. This sudden sinking or collapsing must result from subterranean voids created by the action of water on limestone or similar rock formation.
    We do not cover:
    a. The cost of filling the sinkhole: or
    b. Sinking or collapsing of land into manmade underground cavities.

11. Volcanic action, meaning direct loss or damage resulting from the eruption of a volcano from:
    a. Airborne volcanic blast or airborne shock waves;
    b. Ash, dust or particulate matter; or
    c. Lava flow.
    We do not cover removal of ash, dust, or particulate matter that does not cause direct physical loss to covered property.
12. Collision or overturn. We will pay for loss of covered "livestock" caused by:
    a. Collision or overturn of a vehicle on which the "livestock" are being transported. Collision means accidental contact of that vehicle with another vehicle or object; or
    b. "Livestock" running into or being struck by a vehicle while the "livestock" are crossing, moving along, or standing in a public road.
    But we will not pay for loss if a vehicle owned or operated by an "insured":
    a. Collides with the vehicle on which the "livestock" are being transported; or
    b. Strikes "livestock" crossing, moving along, or standing in a public road.
    We will pay for loss of or damage to "farm personal property" or personal property covered under Coverages C, E, and F caused by accidental collision or overturn of a transporting vehicle. Collision or overturn also includes loss arising from collapsing of bridges or culverts that are part of streets, roads or lanes.
13. Death or destruction of covered "livestock" or other insured animals, caused by or resulting from:
    a. Electrocution;
    b. Attacks by dogs or wild animals. This peril does not include loss or damage:
        1) To sheep; or
        2) Caused by dogs or wild animals owned by you, your employees, or other persons residing on the "insured location";
    c. Accidental shooting. This peril does not include loss or damage caused by you, any other "insured," your employees, or other persons residing on the "insured location";
    d. Drowning. This cause of loss does not include loss resulting from the drowning of swine under 30 days old;
    e. Loading/unloading accidents, meaning sudden, unforeseen and unintended events causing death to or the resulting destruction of "livestock" while being loaded on or unloaded from vehicles used, or to be used, to transport the "livestock". This cause of loss does not include loss caused by or resulting from disease; or
    f. Flood, meaning only loss or damage caused by or resulting from flood, surface water, waves (including tidal waves and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge). This cause of loss does not include loss to swine under 30 days old;

Broad Perils
The following perils apply only to property covered under Coverages A, B, C, and D if resulting from a loss covered under Coverage A or C. These perils may apply to farm outbuildings and structures covered under Coverage O, but only to those buildings shown in the Declarations of this policy and indicated as having broad perils coverage.
14. Breakage of glass or safety glazing material that is part of a building or structure, storm door, or storm window. Under this peril, we will not pay for loss if the building or structure which contained the glass, including door or window glass, has been "vacant" for more than 30 consecutive days immediately before the loss.
15. Falling objects. But we will not pay for loss or damage to:
    a. Personal property in the open;
    b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object; or
    c. The falling object itself.
16. Weight of ice, snow, or sleet, causing damage to a building or to any property inside a building. But under this peril insured against, we will not pay for loss by pressure or weight of water in any form, whether driven by wind or not, to any:
    a. Foundation or retaining wall;
    b. Pavement or patio;
    c. Awning;
    d. Fence;
    e. Outdoor equipment;
    f. Swimming pool; or
    g. Bulkhead, dock, pier, or wharf.

17. "Collapse" of dwelling and buildings. But we will not pay for loss or damage to:
    a. Outdoor equipment;
    b. Awnings;
    c. Fences;
    d. Pavements;
    e. Patios or decks;
    f. Swimming pools;
    g. Underground pipes, flues, drains, cesspools, and septic tanks;
    h. Foundations, retaining walls;
    i. Bulkheads, piers, wharves, or docks;
    except as the direct result of the "collapse" of a covered dwelling or building.
    "Collapse" does not include settling, cracking, shrinkage, bulging, or expansion.
18. Sudden and accidental tearing apart, cracking, burning, or bulging of a steam or hot water heating system, an air-conditioning or heating system, or automatic fire protective system, or an appliance for heating water. We will not pay for loss or damage caused by or resulting from freezing.
19. Accidental discharge or overflow of water or steam from within a plumbing, heating, air- conditioning, or automatic fire protective sprinkler system or from within a household appliance. This includes coverage for those parts of a building or structure that must be torn out and replaced so that repairs can be made to the damaged system or appliance.
    This peril does not include loss:
    a. To the system or appliance from which the water or steam escaped;
    b. Caused by or resulting from freezing;
    c. Caused by continuous or repeated seepage or leakage over a period of weeks, months, or years;
    d. Caused by accidental discharge or overflow occurring off an insured location;
    e. If the dwelling or building covered had been "vacant" more than 30 consecutive days immediately before the loss.
    For this peril a plumbing system does not include a sump, sump pump and related equipment.
20. Freezing of plumbing, heating, air- conditioning, or automatic fire protective system or of a household appliance. Under this peril, we will not pay for loss or damage which occurs while a building or structure is "vacant," "unoccupied," or being constructed, unless you have used reasonable care to:
    a. Maintain heat in the building or structure; or
    b. Shut off the water supply and drain the system or appliance of water.
    However, if a building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.
21. Sudden and accidental damage from artificially generated electrical current. This peril does not include loss to:
    a. Tubes, transistors, or integrated circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus. Integrated circuitry includes, but is not limited to, chips, transformers, resistors, diodes, wafers and rectifiers.
    b. Laser or infrared devices used to operate or assist in the operation of any appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

Special Perils

When indicated on the Declarations we will insure against risks of direct physical loss of or damage to buildings, structures or contents insured under Coverage A, B, C, and O subject to the exclusions and conditions which follow. Coverage is excluded for the following causes of loss:

1. Loss excluded in SECTION I – EXCLUSIONS of this policy;
2. Wear and tear, deterioration, inherent vice, hidden or latent defect, rust, mold or other fungi, corrosion, decay, wet or dry rot, bacteria;
3. Contamination, smog, smoke from agricultural smudging, or industrial operations;
4. Settling, cracking, shrinkage, expansion, rupture, bursting, or implosion including resultant cracking of pavements, patios, foundations, walls, floors, roofs or ceilings;
5. Birds, vermin, rodents, insects, or animals;
6. Marring or scratching;
7. Mechanical breakdown;
8. Freezing, thawing, or pressure of weight of water or ice whether or not driven by wind, to any:
    a. Foundation or retaining wall;
    b. Pavement or patio;

    c. Fence;
    d. Swimming pool; or
    e. Bulkhead, dock, pier or wharf.

9. Seepage or leakage on a repeated or continuous basis of liquids or steam from within a plumbing, heating, air-conditioning, or automatic sprinkler system; water heater; or household appliance.

10. Freezing of a plumbing, heating, air conditioning, automatic fire protective system or of a household appliance or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the building is "vacant", "unoccupied," or being constructed unless the "insured" has used reasonable care to:
    a. Maintain heat in the building; or
    b. Shut off the water supply and drain the water from the plumbing, air conditioning, heating systems or appliance.
    However, if a building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

11. Theft of building materials and supplies from any structure under construction and not occupied for its intended use.

12. Discharge, dispersal, seepage, migration, release, or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release, or escape is itself caused by one or more of the Perils Insured Against.

13. Vandalism and malicious mischief or glass breakage to any building "vacant" for more than 30 consecutive days prior to any loss. A building under construction is not considered "vacant".

14. Dishonest or criminal acts committed by an "insured";

We will cover loss by fire, explosion, smoke (except from agricultural smudging or industrial operations), "collapse" of a building, glass breakage, or water (except as excluded in item 1 above) and resulting from items 2 through 11 above.

In the event of water damage not otherwise excluded, from a plumbing heating, air conditioning, or home appliance, we:

1. Will pay the necessary cost of tearing out and replacing any part of the covered dwelling so that the damaged system or appliance can be repaired.

2. Will not pay the cost to repair any defect of the system or appliance.

Under Coverage C - Personal Property:

1. Involving "collapse", other than as provided in Broad Perils - 17. "Collapse". However, any ensuing loss to property described in Coverage C not excluded or excepted in this policy is covered.

2. Breakage of:
    a) Eyeglasses, glassware, statuary, marble;
    b) Bric-a-brac, porcelains and similar fragile articles other than jewelry, watches, bronzes, camera and photographic lenses.
    There is coverage for breakage of the property by or resulting from:
    a) Fire, lightning, windstorm, hail;
    b) Smoke, other than smoke from agricultural smudging or industrial operations;
    c) Explosion, riot, civil commotion;
    d) Aircraft, vehicles, vandalism and malicious mischief, earthquake or volcanic eruption;
    e) "Collapse" of a building or any part of a building;
    f) Water not otherwise excluded;
    g) Theft or attempted theft, or
    h) Sudden and accidental tearing apart, cracking, burning or bulging of:
        1) A steam or hot water heating system;
        2) An air conditioning or automatic fire protective sprinkler system; or
        3) An appliance for heating water;

3. Dampness of atmosphere or extremes of temperature unless the direct cause of loss is rain, snow sleet or hail;

4. Refinishing, renovating or repairing property other than watches, jewelry and furs;

5. Collision, other than collision with a land vehicle, sinking, swamping or stranding of watercraft, including their trailers, furnishings, equipment and outboard engines or motors;

6. Destruction, confiscation or seizure by order of any government or public authority; or

SECTION I – EXCLUSIONS item 3. Water Damage is amended as follows:

The following paragraphs are added:

Water damage to property described in Coverage C away from a premises or location owned, rented, occupied or controlled by an "insured" is covered.

Water damage to property described in Coverage C on a premises or location owned, rented, occupied or controlled by an "insured" is excluded even if weather contributed in any way to produce the loss.

## SECTION I - ADDITIONAL COVERAGES

1. Debris Removal. We will pay your reasonable expense for the removal of:
   a. Debris of covered property if a peril insured against that applies to the damaged property causes the loss; or
   b. Ash, dust, or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5 percent of that limit of liability is available for debris removal expense. This coverage does not include costs to extract "pollutants" from land or water; or remove, restore, or replace polluted land or water. The same deductible that applies to the damaged property applies to debris removal.

   We will also pay the reasonable expense to remove the debris from trees felled by any of the Basic Perils plus the weight of ice, snow, or sleet. The most we will pay in any one loss regardless of the number of fallen trees is $2,500. No more than $1,000 of this limit will be paid for the removal of debris from any one tree. This is additional coverage. This coverage does not apply to trees covered under Trees, Shrubs, Plants, and Lawns additional coverage item 5. No deductible applies to the debris removal for trees.

2. Reasonable Repairs. In the event that covered property is damaged by an applicable peril insured against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable peril insured against. This coverage does not increase the limit of liability that applies to the covered property.

3. Outdoor Radio and TV Equipment. We will pay up to $1,500 for loss to outdoor radio equipment, TV antennas, and satellite dishes attached to, next to or that services an insured dwelling or outbuilding. Special perils coverage applies. No deductible applies to this coverage.

4. Refrigerated Products. We will pay up to $1,500 for loss of or damage to contents of a freezer or refrigerated unit on an "insured location" caused by a change in temperature due to:
   a. Interruption of electrical service to refrigeration equipment, caused by damage to generation or transmission equipment; or
   b. Mechanical or electrical breakdown of a refrigeration system.

   We will not pay for loss or damage:
   a. To property not owned by you; or
   b. If the refrigeration equipment is not maintained in proper working order.

   No deductible applies to this coverage.

5. Trees, Shrubs, Plants, and Lawns. We cover trees, shrubs, plants, and lawns located within 250 feet of a covered dwelling for loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned or operated by a resident of the "residence premises", vandalism; or theft. The most we will pay for all damaged or destroyed trees, shrubs, plants, or lawns is:
   a. 5% of the Coverage A limit of insurance; or
   b. 10% of the Coverage C limit if you are a tenant.

   We will not pay more than $1,000 of this limit for any one damaged or destroyed tree, shrub, plant or lawn. We will not cover property grown for "business" or "farming" purposes. This coverage is additional insurance.

6. Fire Department Service Charge. We will pay up to $2,500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a peril insured against. This coverage is additional insurance. No deductible applies to this coverage.

7. Glass Damage in Cabs. We will pay under Coverages E and F for damage or breakage to glass in cabs of "farm machinery".

   This includes but is not limited to:
   a. Cracks in the glass that may cause poor visibility; or
   b. Cause possible injury if not repaired.

   No deductible applies to this coverage.

8. Property Removed. We insure covered property against direct loss from any cause while being removed from a premises endangered by a peril insured against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed. We will also pay up to $500 for towing charges to move a covered mobile home that is in danger from a peril insured against.

9. Farm Operation Records. We will pay up to $5,000 for expenses you incur to research and obtain data to reproduce, replace, or restore your damaged farm operation records. This coverage is an additional amount of insurance. No deductible applies to this coverage.

10. Newly Acquired and Replacement "Farm Machinery". We will provide, under Coverage F, up to $250,000 for newly acquired and replacement "farm machinery" you acquire subject to the following:

    a.  Acquisition must take place during the policy period;

    b.  This coverage will end 60 days after the date of acquisition;

    c.  Terms and conditions for Coverage F apply;

    d.  The additional premium will be calculated from the date of acquisition;

    e.  This is excess insurance over any other valid or collectible insurance available.

    For replacement this extension of coverage applies as an additional amount of insurance to the limit of liability shown for the item scheduled on the Declarations.

11. "Farm Machinery" and "Mobile Equipment" of Others. We will provide coverage on "farm machinery" and "mobile equipment" not owned by the "insured" for a total amount not exceeding $50,000 as an additional amount of insurance while in the care, custody or control of the "insured". This is primary insurance. No coverage is provided in this additional coverage for leased or rented machinery or equipment.

12. Credit Card, Electronic Fund Transfer Card, Forgery, and Counterfeit Money. We will pay up to $1,500 for:

    a.  The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

    b.  Loss resulting from theft or unauthorized use of an electronic fund transfer card used for deposit, withdrawal, or transfer of funds, issued to or registered in an "insured's" name;

    c.  Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument: and

    d.  Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

    We do not cover use of a credit card or electronic fund transfer card:

    a.  By a resident of your household;

    b.  By a person who has been entrusted with either type of card;

    if that resident or person has not complied with all terms and conditions under which the cards are issued.

    All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss. We do not cover loss arising out of "business" pursuits or dishonesty of any "insured." This coverage is additional insurance. No deductible applies to this coverage.

    Defense:

    a.  We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

    b.  If a suit is brought against an "insured" for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

    c.  We have the option to defend at our expense an "insured" or an "insured's" bank against any suit to the enforcement of payment under the Forgery coverage.

    This is excess insurance over any other valid or collectible insurance available. No deductible applies to this coverage.

13. Special Perils Coverage on "Farm Machinery". We will cover direct physical loss of or damage to "farm machinery" covered under Coverages E and F when shown in the Declarations of this policy:

    We will not cover any damage or loss;

    a.  Caused by the intake of rock(s) or other foreign object(s) into harvesting or forage equipment if the loss or damage is reported more than 90 days following the loss or damage. We reserve the right to inspect any and all parts damaged as the result of intake of rock(s) or other foreign object(s) during the loss adjustment process. Failure to produce the parts on request will preclude coverage.

    b.  Caused by, resulting from, or contributed to any earth movement, including but not limited to earthquake, volcanic eruption, mudflow, earth sinking, rising, or shifting. We will pay for loss caused by fire or explosion which may develop from the above.

    c.  Caused by wear and tear, gradual deterioration, inherent vice, mechanical or electrical breakdown or failure, corrosion, rust, dampness, or freezing, unless such damage is the result of other loss covered by this policy.

    d.  Caused by any repairing, adjusting, servicing, or maintenance operation.

    e.  Caused by misappropriation, secretion, conversion, infidelity, or any dishonest act by an "insured", any other person who may have an interest in the property, or any employee of an "insured".

    f.  To tires, tubes or tractor tracks unless the damage:

        1)  Is the result of a basic or broad peril; or

        2)  Is coincidental with other damage to the "farm machinery" or implement.

    g.  To tarpaulins.

    h.  To irrigation equipment.

14. Private Power and Light Poles. We will pay up to $2,500 in any one occurrence as an additional amount of insurance for direct physical loss of or damage to private power and light poles, outside wiring, and attachments. Attachments include attached switchboxes, fuse boxes, and other electrical equipment mounted on poles you own at the "insured location." No deductible applies to this coverage.

15. New Construction. We will pay up to $250,000 for direct physical loss of or damage to new, permanent farm structures at the "insured location," including materials and supplies for use in their construction. This coverage extension applies only:
    a. To structures that are not otherwise covered under this or any other policy; and
    b. To loss caused by aircraft, explosion, fire or lightning, riot or civil commotion, smoke, vandalism, vehicles, windstorm or hail.

    Insurance on each farm structure covered under this coverage will end as soon as any of the following takes place:
    a. You report values to us. (We will charge you an additional premium for values reported from the date construction begins or the materials and supplies are delivered.)
    b. 60 days have elapsed since the first date of delivery of the materials and supplies.
    c. This policy expires.

16. Damage from "Collapse" of Buildings - Coverage E Blanket Farm Personal Property and Coverage F Scheduled Farm Personal Property.
    a. We will pay for direct physical loss or damage to covered "farm personal property", caused by "collapse" of a building or any part of a building that is covered under this policy and that contains "farm personal property" that is covered under this policy, if the "collapse" is caused by one or more of the following:
       1) The basic and broad perils as listed in perils insured against;
       2) Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to "collapse";
       3) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to "collapse";
       4) Weight of people or personal property;
       5) Weight of rain that collects on a roof;
       6) Use of defective material or methods in construction, remodeling or renovation if the "collapse" occurs during the course of the construction, remodeling or renovation. However, if the "collapse" occurs after construction , remodeling or renovation is complete and is caused in part by a cause of loss listed in paragraphs (1) through (5) we will pay for the loss or damage even if use of defective materials or methods, in construction, remodeling or renovation, contributes to the "collapse".

       The criteria set forth in the definition of "collapse" does not limit the coverage otherwise provided under this additional coverage for the causes of loss listed in Paragraphs a.1), a.4), and a.5).
    b. This additional coverage will not increase the limits of insurance applying to the damaged covered property.

17. "Improvements and Betterments". We cover under Coverage C the building "improvements and betterments" made or acquired at your expense, to that part of the "residence premises" used exclusively by you. The limit of liability for this coverage is 10 percent of the limit of liability that applies to Coverage C. This coverage is additional insurance and is for your use interest in the "improvement and betterments" made at your expense to a building you do not own at an "insured location" and do not include items that may be easily removed by an "insured". In the event of a loss or damage we will settle based on the provisions that apply to Coverage C subject to the limit provided by this additional coverage.

18. Grave Markers. We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "insured location" for loss caused by a peril that applies to Coverage C. In the event of a loss or damage we will settle based on the provisions that apply to Coverage C subject to the limit provided by this additional coverage.

19. Newly Acquired "Livestock". We will provide, under Coverage F, up to 25% of the total limits shown on the Declarations for all covered "livestock" for newly acquired "livestock" you acquire that are similar by class:
    a. During the policy period for 30 days after you acquire the "livestock" or until you report it to us, whichever occurs first; or
    b. During the last 30 days of the previous policy period and notice of acquisition has been given to us within 30 days after its acquisition.

    You must report newly acquired "livestock" to us and pay the additional premium within 30 days of acquisition. The premium will be charged from the date the "livestock" is acquired.

20. Property in the Custody of a Common or Contract Carrier. We will pay for loss to property covered under Coverage E or Coverage F while in the custody of a common or contract carrier. The loss must be caused by a peril applicable to Coverage E or Coverage F. The most we will pay is $1,500 per "occurrence". No deductible applies to this coverage.

21. Signs. We will pay for loss or damage to permanently installed outdoor signs related to the farming operation. Special Perils apply to this coverage. The most we will pay is $500 per "occurrence". In the event of a loss or damage we will pay the cost to repair or replace the sign, whichever is less. No deductible applies to this coverage. However, in the event that additional coverage is provided for signs under Coverage O – Farm Outbuildings and Structures the limit of liability for this additional coverage 21, will be excess over the other coverage and subject to the applicable deductible.

22. Ordinance or Law - Increased Cost. We will pay for the increase in cost which results from the enforcement of any ordinance or law regulating the construction, repair or demolition of property or its debris when loss to property covered under Coverage A, B or O is caused by a peril insured against. A limit of 25% may be applied to the amount of coverage applicable to the damaged property to cover the increase cost. This increased cost is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the increased cost is more than the limit of liability for the damaged property, an additional 5 percent of that limit of liability is available for ordinance or law expense. This coverage does not include costs to extract "pollutants" from land or water; or remove, restore, or replace polluted land or water.

23. Loss Assessment.
   a. We will pay up to $5,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a peril insured against under Coverage A, other than;
      1) Earthquake; or
      2) Land shock waves or tremors before, during or after a volcanic eruption. The limit of $5,000 is the most we will pay with respect to any one loss regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.
   b. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.
   c. Item 1. Policy Period under GENERAL CONDITIONS does not apply to this coverage.
   This coverage is additional insurance.

24. Pollutant Clean-Up and Removal. We will pay your expense to extract "pollutants" from land or water at an "insured location" if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by, or resulting from, any SECTION I – PERILS INSURED AGAINST that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days from the date the peril insured against occurs.
   This additional coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.
   The most we will pay under this additional coverage, for each location listed in the Declarations as an "insured location", is $10,000 for the sum of all such expenses arising out of the peril insured against occurring during each separate 12-month period of this policy. No deductible applies to this coverage.

25. Lock Replacement Coverage. We will pay up to $500 for replacing the door lock(s) of the "residence premises" when the keys are stolen. You must notify us in writing within 72 hours of the discovery of the loss. No deductible applies to this coverage.

26. "Business" Property On the "Insured Location". We will pay up to $2,500 for damage to or loss of "business" property on the "insured location". Special perils coverage applies. No deductible applies to this coverage. However, in the event that additional coverage is provided elsewhere for "business" property on the "insured location" the limit of liability for this additional coverage 26, will be excess over the other coverage and subject to the applicable deductible.

27. "Business" Property Off the "Insured Location". We will pay up to $2,500 for damage to or loss of "business" property off the "insured location". Special perils coverage applies. No deductible applies to this coverage. However, in the event that additional coverage is provided elsewhere for "business" property off the "insured location" the limit of liability for this additional coverage 27, will be excess over the other coverage and subject to the applicable deductible.

28. Arson Conviction Reward. We will pay $1,000 as a reward for information which leads to an arson conviction in connection with a fire loss covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this additional coverage shall not be increased. Any "insured" under this policy is not eligible for this payment. No deductible applies to this coverage.

29. Fire Extinguisher Coverage. We will pay the lesser of the cost of recharging or replacing your fire extinguishers or fire extinguishing systems (including hydrostatic testing if needed), up to $250 per occurrence for expenses incurred to recharge or replace a portable fire extinguisher expended to control or contain a fire at the "insured location" or "farm machinery" on or off an "insured location". This includes fire loss due to mechanical breakdown. No deductible applies to this coverage.

30. Land Restoration. In the event of a covered loss to a dwelling, private structure or farm outbuilding or structure we will pay up to $5,000 for the required excavation, replacement or stabilization of land under or around the property to facilitate the reconstruction. This coverage is in addition to the applicable limit of liability and is not subject to a deductible.

31. Livestock Collision Coverage. We cover "livestock" an "insured" owns for loss by death from collision with a vehicle during the policy period but, not a vehicle owned or operated by the "insured" or an employee. Such collision must occur while the animal is crossing over, moving along or standing in a public highway or railroad right of way but, not while being transported. Our limit of liability for each animal is $1,000 or its market value, whichever is less. The most we will pay in any one "occurrence" is $5,000. No deductible applies to this coverage. However, in the event livestock is insured elsewhere in this policy the limit of liability for this additional coverage 31, will be excess over the other coverage and subject to the applicable deductible.

32. "Farm Machinery" Towing and Labor Costs Coverage. We will pay up to $250 for towing and labor cost incurred each time "farm machinery" insured under Coverage E - Blanket Farm Personal Property or Coverage F - Scheduled Farm Personal Property is disabled either on an "insured location" or public road. Towing and labor must be performed by a farm equipment dealer or other organization in the "business" of towing farm equipment and the labor must be performed at the place of disablement. No deductible applies to this coverage.

33. Birds, Rodents, Insects. We will pay up to $5,000 for damage to Coverage A – Dwelling, Coverage B – Private Structures, Coverage C – Personal Property due to birds, rodents, or insects. The loss must result from sudden infiltration where no nesting or infestation has occurred.

34. Vault Coverage. A $25,000 combined single limit applies to Coverage C – Personal Property, Special Limits of Liability items 2., 5.a., and 5.b. if at the time of loss, these items are in a safe deposit box located in a bank.

---

## SECTION I - EXCLUSIONS

We do not insure for loss caused directly or indirectly by any of the following. These exclusions apply whether basic, broad or special perils are indicated on the Declarations. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

1. Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a building or other structure, including the cost of debris removal, unless specifically provided under this policy.

2. Earth Movement, whether from natural or artificial causes. Earth movement includes but is not limited to earthquake including land shock waves or tremors before, during, or after a volcanic eruption or explosion; landslide; mine subsidence; erosion, mudflow; earth sinking, rising, shifting, expanding or contracting. This exclusion does not apply to the peril of Sinkhole collapse.
   We will pay for any ensuing loss from fire or explosion (other than volcanic eruption or explosion). We will also pay for the breakage of glass or safety glazing material which is part of a building or structure.

3. Water Damage, meaning:
   a. Flood, surface water, waves (including tidal waves and tsunami), tides, tidal water, overflow of a body of water, or spray from any of these, all whether or not driven by wind (including storm surge).
   b. Water which backs up or overflows or is otherwise discharged from a sewer or drain; sump, sump pump or related equipment.
   c. Water below the surface of the ground, including water which exerts pressure on or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool, or other structure.
   d. Mudslide or mudflow.
   e. Waterborne material carried or otherwise moved by any of the water referred to in 3.a. through 3.c., or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above items 3.a. through 3.e. is caused artificially or by an act of nature. This exclusion also applies to, but is not limited to, escape, overflow or discharge for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

Direct loss by fire, explosion (other than volcanic eruption or explosion), or theft resulting from any of the above is covered. Item 3.a. of this exclusion does not apply to death of "livestock" (except swine under 30 days old) by drowning or to "farm machinery" covered by item 13. under SECTION I – ADDITIONAL COVERAGES.

4. Power Failure, meaning the failure of power or other utility service if the failure takes place off the "insured location". But if a Peril Insured Against ensues on the "insured location", we will pay only for that ensuing loss. This exclusion does not apply to SECTION I – ADDITIONAL COVERAGE, Refrigerated Products.

5. Neglect, meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6. War, including the following and any consequence of any of the following:
   a. Undeclared war, civil war, insurrection, rebellion, or revolution;
   b. Warlike act by a military force or military personnel; or
   c. Destruction, seizure, or use for a military purpose.
   d. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

7. "Nuclear Hazard", to the extent set forth in the Nuclear Hazard Clause of SECTION I - CONDITIONS.

8. Intentional Loss, meaning any loss arising out of any act committed:
   a. By or at the direction of an "Insured";
   b. With the intent to cause a loss.

9. Suffocation of "Livestock," meaning death to "livestock" resulting from suffocation caused by the failure of power or other utility service which occurs on or off an "insured location".

10. Fire Loss Due to Tobacco Firing, meaning fire loss of or damage to buildings, or contents usual to a tobacco barn, if the loss or damage:
   a. Results from the use of open fire for curing or drying tobacco in the barn; and
   b. Occurs during or within the five-day period following open-fire curing or drying.

11. Governmental Action, meaning loss which results from order of governmental authority, except as provided under Coverage D - Loss of Use. We will pay for loss or damage caused by or resulting from acts of governmental authority to prevent the spread of fire that is covered under this coverage form.

12. Weather Conditions, Acts or Decisions and Faulty Actions. We will not pay for loss or damage which results from one or more of the following. However any ensuing loss not excluded is covered:
   a. Weather conditions. But this exclusion applies only if weather conditions contribute in any way with a cause or event excluded in items 1. through 11. above.
   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.
   c. Faulty, inadequate or defective:
      1) Planning, zoning, development, surveying, siting;
      2) Design, specification, workmanship, repair, construction, renovation, remodeling, grading, compaction;
      3) Materials used in repair, construction, renovation or remodeling; or
      4) Maintenance:
      of part or all of any property on or off the "insured location".

13. Dishonesty
   Dishonest or criminal acts by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:
   a. Acting alone or in collusion with others; or
   b. Whether or not occurring during the conducting of "farming" activities.
   This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

---

## SECTION I - CONDITIONS

1. Insurable Interest and Limit of Liability. Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:
   a. To the "insured "for more than the amount of the "insured's" interest at the time of loss; or
   b. For more than the applicable limit of liability.

2. **Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done. If failure to comply with the following duties is detrimental to us, we will have no duty to provide coverage under this policy:
   a. Give prompt notice to us or our agent;
   b. Notify the police in case of loss that is also a crime;
   c. Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund transfer Card coverage;
   d. As soon as possible, give us a description of how, when and where the loss or damage occurred;
   e. Protect the property from further damage. If repairs to the property are required, you must:
      1) Make reasonable and necessary repairs to protect the property; and
      2) Keep an accurate record of repair expenses;
   f. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value, and amount of loss. Attach all bills, receipts, and related documents that justify the figures in the inventory;
   g. As often as we reasonably require:
      1) Show the damaged property to us and allow us to take samples of damaged property for inspection, testing, and analysis;
      2) Provide us with records and documents we request, and permit us to make copies; and
      3) Submit to examination under oath while not in the presence of any other "insured" and sign the same;
   h. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:
      1) The time and cause of loss;
      2) The interest of the "insured" and all others in the property involved and all liens on the property;
      3) Other insurance which may cover the loss;
      4) Changes in title or occupancy of the property during the term of the policy;
      5) Specifications of damaged buildings and detailed repair estimates;
      6) The inventory of damaged personal property described in 2.f. above;
      7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and
      8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery, and Counterfeit Money coverage, stating the amount and cause of loss.
   i. Cooperate with us in the investigation or settlement of the claim and assist us to enforce any right of recovery which the "insured" may have against a party causing the loss.
3. **Loss Settlement.** Covered property losses are settled as follows:
   a. Property of the following types:
      1) Personal property;
      2) "Farm personal property";
      3) Building and structures under Coverage O;
      4) Awnings, household appliances, outdoor antennas, and outdoor equipment, whether or not attached to a dwelling.
      at actual cash value at the time of loss but not more than the amount required to repair or replace.
      A special loss settlement provision is applicable to Farm Outbuildings and Structures under Coverage O which have metal roofs or metal siding. The most we will pay in any one occurrence for loss or damage to aluminum, steel, tin or other metal roofing or siding (including related roofing or siding components) caused directly or indirectly by hail or wind driven hail is 25% of the total cost to repair or replace the damaged part(s) of the building or structure less any applicable deductible. However, upon completion of the repair or replacement of the damaged part of the building or structure caused by hail or wind driven hail, this special provision no longer applies.
   b. Dwellings under Coverage A and Private Structures under Coverage B at Replacement cost without deduction for depreciation, subject to the following:
      1) If, at the time of loss, the amount of insurance in this policy on the damaged dwelling is 80 percent or more of the full replacement cost of the dwelling immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:
         a) The limit of liability under this policy that applies to the dwelling;
         b) The replacement cost of that part of the dwelling damaged for like construction and use on the same premises; or
         c) The necessary amount actually spent to repair or replace the damaged dwelling.

2) If, at the time of loss, the amount of insurance in this policy on the damaged dwelling is less than 80 percent of the full replacement cost of the dwelling immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the dwelling:

    a) The actual cash value of that part of the dwelling damaged; or

    b) That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the dwelling damaged, which the total amount of insurance in this policy on the damaged dwelling bears to 80 percent of the replacement cost of the dwelling.

3) To determine the amount of insurance required to equal 80 percent of the full replacement cost of the dwelling immediately before the loss, do not include the value of:

    a) Excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

    b) Those supports in a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

    c) Underground flues, pipes, wiring, and drains.

4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of b.1) or b.2) above. However, if the cost to repair or replace the damage is both:

    a) Less than 5 percent of the amount of insurance in this policy on the dwelling; and

    b) Less than $2,500;

    We will settle the loss according to the provisions of b.1) and b.2) above whether or not actual repair or replacement is complete.

5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to dwellings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provisions of this Condition 3. Loss Settlement.

  c. For purposes of this condition 3, depreciation for the calculation of actual cash value may include depreciation applicable to the cost of goods, materials, labor and services necessary to replace, repair or rebuild damaged property.

4. **Deductible.** We will not pay for loss or damage in any one "occurrence" until the amount of loss or damage exceeds the applicable deductible shown in the Declarations. We will then pay only the amount of loss or damage in excess of that deductible up to the limit of liability. In the event the amount of the loss exceeds the limit of liability the applicable deductible will be deducted from the limit of liability instead of the amount of the loss unless prohibited by law or statute. The deductible shown in the Declarations does not apply to specified coverages in the policy that have a separate deductible. When an "occurrence" affects two or more items with different deductible amounts, the highest deductible amount applies.

5. **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

  a. Repair or replace any part to restore the pair or set to its value before the loss; or

  b. Pay the difference between actual cash value of the property before and after the loss.

6. **Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

7. **Appraisal.** If, after a claim has been made, a dispute has arisen because we and you disagree on the value of the property or the amount of loss, either may make a written request for an appraisal of the loss. However, an appraisal will be made only if both we and you agree, voluntarily, to have the loss appraised. If so agreed, each party will select a competent and impartial appraiser within 20 days from the agreement to appraise. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that the selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property or the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the value of the property or the amount of loss. The outcome of the appraisal will not be binding on either party.

Each party will:

  a. Pay its chosen appraiser; and

  b. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

8. **Other Insurance and Service Agreement.** If a loss covered by this policy is also covered by:

  a. Other insurance, collectible or not, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

    b. A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

9. Legal Action Against Us. No action can be brought unless the policy provisions have been complied with and the action is started within two years after the date of loss.

10. Our Option. If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may take all or any part of the damaged property at an agreed value or replace any part of the damaged property with like property.

11. Loss Payment. We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:
    a. Reach an agreement with you;
    b. There is an entry of a final judgment; or
    c. There is a filing of an appraisal award with us.

12. Abandonment of Property. We need not accept any property abandoned by an "insured."

13. Mortgage and Lender's Loss Payable Clause. The word mortgagee under this policy includes trustee. If a mortgagee is named in this policy, any loss payable for covered buildings will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

If a lender is named in this policy, any loss payable on property on which the lender has an insurable interest will be paid to the lender and you, as interests appear.

If we deny your claim that denial will not apply to a valid claim of the mortgagee or lender, if the mortgagee or lender:
    a. Notifies us of any change in ownership, occupancy, or substantial change in risk of which the mortgagee or lender is aware;
    b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and
    c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

    Policy conditions relating to Appraisal, Suit Against Us, and Loss Payment apply to the mortgagee and lender. If we decide to cancel or not to renew this policy, the mortgagee or lender will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

Payment to Mortgagee - If we pay the mortgagee for any loss and deny payment to you:
    a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim; or
    b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Payment to the Lender - If we pay the lender for any loss and deny payment to you:
    a. We are subrogated to all the rights of the lender to collect the debt from you. Subrogation will not impair the right of the lender to collect the rest of the debt from you; or
    b. At our option we may pay the lender the remaining amount due plus the accrued interest. In this event we will receive a full assignment of the lender's interest and any instruments given as security for the debt.

All terms of this policy apply to the mortgagee or lender unless changed by this clause.

14. No Benefit to Bailee. We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing, or moving property for a fee regardless of any other provision of this policy.

15. "Nuclear Hazard" Clause.

Loss caused by the "nuclear hazard" will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the SECTION I – PERILS INSURED AGAINST. This policy does not apply under Section I to loss caused directly or indirectly by "nuclear hazard", except that direct loss by fire resulting from the "nuclear hazard" is covered.

16. Recovered Property. If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you but you must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property subject to the limit of insurance.

17. Volcanic Eruption Period. One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

18. "Unoccupancy" and "Vacancy".

If a Coverage A – Dwelling is "vacant" or "unoccupied" beyond a period of 60 consecutive days, the limits of insurance applicable to this dwelling and its contents will be automatically reduced by 50%, unless we extend the period of "vacancy" or "unoccupancy" by endorsement made a part of the applicable Coverage Form.

19. Loss to Parts. In case of loss or damage to a part of an item that consists of several parts when complete, we will only pay for the value of the lost or damaged part or the cost to repair or replace it.
20. Insurance Under Two or More Coverages. If two or more coverages provided under this policy apply to the same loss or damage, we will pay no more than the actual amount of the loss or damage.
21. Loss Payable Clause. Loss under Section I of this policy will be adjusted with you and payable to you and the loss payee named as their interest may appear subject to all terms and conditions of the policy.
22. Value Guard. We may increase or decrease your amount of insurance for Coverage A, B, C, D or O at the beginning of each renewal policy period. If an increase or decrease is taken the amount of change will be based on inflation factors received from recognized appraisal agencies, which reflect changes in the cost of construction. Payment of the renewal premium by you will constitute your acceptance of the revised limits on the renewal Declarations.
23. Death of Livestock or Other Insured Animals. If required to determine cause of death you agree to have a postmortem exam conducted, at our expense, by a qualified veterinarian immediately upon the event of the animal's death.

---

## SECTION II - COMPREHENSIVE FARM LIABILITY

### Coverage G - Farm Personal Liability

If a claim is made or suit is brought against an "insured" for damages because of "bodily injury", "property damage", "personal injury", or "advertising injury" caused by an "occurrence" to which this coverage applies, we will:
1.  Pay up to our limit of liability for the damage for which the "insured" is legally liable. Damages include prejudgment interest awarded against the "insured".
2.  Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate any "occurrence" and settle any resulting claim or suit at our discretion. Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

### Coverage H - Medical Payments to Others

We will pay necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury." We will make these payments regardless of fault.
Medical expenses means reasonable charges for medical including first aid at the time of injury, surgical, X-ray, dental, ambulance, hospital, professional nursing, chiropractic, prosthetic device, hearing aids, prescription drugs, and funeral services.
This coverage applies only:
1.  To a person on the "insured location" with the permission of an "insured";
2.  To a person off the "insured location" if the "bodily injury":
    a.  Arises out of a condition on the "insured location" or the ways immediately adjoining;
    b.  Is caused by the activities of an "insured";
    c.  Is caused by a "residence employee" or a "farm employee" in the course of such employee's employment by an "insured"; or
    d.  Is caused by an animal owned by or in the care of an "insured".

### Coverage I - Farm Employers Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" to a "farm employee" which arises in the course of the employee's employment by an "insured", caused by an "occurrence" to which this coverage applies, we will:
1.  Pay up to our limit of liability for the damages for which the "insured" is legally liable. Damages include prejudgment interest awarded against an "insured".
2.  Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

### Coverage J - Farm Employees' Medical Payments

We will pay the necessary medical expenses resulting from "bodily injury" to "farm employees":
    a.  Caused by an accident;
    b.  That are incurred or medically ascertained within three years from the date of an accident;
    c.  Which arises out of farming activities conducted for an "insured"; and
    d.  While in the course of the "farm employee's" employment by an "insured".

We will pay these medical expenses regardless of fault. Medical expenses means reasonable charges for medical including first aid at the time of injury, surgical, X-ray, dental, ambulance, hospital, professional nursing, chiropractic, prosthetic device, hearing aids, prescription drugs, and funeral services.

## SECTION II - ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:
1. Claim Expenses and Defense Cost. If we defend a suit, or investigate or settle a claim, we pay:
   a. Expenses we incur; and costs taxed against an "insured" in any suit we defend.
   b. Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage G. We are not obligated to apply for or furnish any bond;
   c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day for assisting us in the investigation or defense of any claim or suit;
   d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.
   e. Up to $500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Coverage G applies. We are not obligated to furnish these bonds.
   f. Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we make an offer to pay the applicable limit of liability that applies, we will not pay any prejudgment interest based on that period of time after the offer.
   These expenses will not reduce the limit of liability.
2. First Aid Expenses. We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to you or any other "insured".
3. Damage to Property of Others. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured." We will not pay for "property damage":
   a. Caused intentionally by an "insured" who is 13 years of age or older;
   b. To property owned by or rented to an "insured", a tenant of an "insured," or resident of your household;
   c. Arising out of:
      1) "Business" activities engaged in by an "insured", except incidental "business" type exposures covered under this policy whether or not associated with "farming";
      2) Any act or omission in connection with a premises owned, rented, or controlled by an "insured", other than an "insured location"; or
      3) The ownership, maintenance, or use of:
         a) A "Motor vehicle";
         b) "Farm machinery";
         c) Aircraft; or
         d) Watercraft.
4. Fire Legal Liability. We will pay all sums you become legally obligated to pay for "property damage" to buildings, including permanent fixtures attached thereto, or parts of buildings while rented to you or temporarily occupied by you with permission of the owner. Such "property damage" must be due to fire, explosion, or smoke or smudge. Our limit of liability for this coverage for any one "occurrence" will be the amount shown on the Declarations. This does not cover "property damage" to premises you own. Section II - Exclusions 1.d. and 3.a. do not apply to this additional coverage.
5. Loss Assessment.
   a. We will pay up to $5,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:
      1) "Bodily injury" or "property damage" not excluded from coverage under SECTION II - EXCLUSIONS; or
      2) Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:
         a) Is elected by the members of a corporation or association of property owners; and
         b) Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.
   b. Item 1. Policy Period under GENERAL CONDITIONS does not apply to this Loss Assessment Coverage.
   c. Regardless of the number of assessments, the limit of $5,000 is the most we will pay for loss arising out of:
      1) One "occurrence", including continuous or repeated exposure to substantially the same general harmful condition; or

    2) A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.
  d. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

---

SECTION II - EXCLUSIONS

---

1. Coverage G - Farm Personal Liability and Coverage H - Medical Payments to Others, do not apply to "bodily injury" or "property damage":
   a. Expected or Intended Injury
      Which is expected, directed or intended by an "insured", but this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property;
   b. Business Pursuits
      Arising out of or in connection with a "business" engaged in by an "insured" or the rental or holding for rental of any part of any additional "residence premises" by an "insured". This exclusion does not apply to:
      1) The occasional or part-time "business" activities of any self-employed "insured" under 21 years of age; or
      2) The mutual exchange of home day-care services done without monetary compensation or the rendering of home day-care services by an "insured" for a relative of an "insured"; or
      3) The rental or holding for rental of a "residence premises":
         a) On an occasional basis if used only as a residence; and
         b) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders.
      4) Incidental "business" type exposures covered under this policy whether or not associated with "farming";
   c. Professional Services
      Arising out of the rendering of or failure to render professional services;
   d. Rental, Ownership or Control of Premises
      Arising out of any premises owned, rented, or controlled by an "insured" which is not an "insured location" except as provided in SECTION II – ADDITIONAL COVERAGES item 4. Fire Legal Liability. This exclusion does not apply to "bodily injury" sustained by a "residence employee" in the course of employment by the "insured";
   e. Motor Vehicle
      Arising out of:
      1) The ownership, maintenance, use, operation or loading or unloading of "motor vehicles" or all other motorized land conveyances, including trailers owned or operated by or rented or loaned to an "insured";
      2) The entrustment by an "insured" of a "motor vehicle" or any other motorized land conveyance to any person; or
      3) Statutorily imposed vicarious parental liability for the actions of a child or minor using a conveyance excluded in paragraphs 1) and 2) above.
      This exclusion does not apply to:
      1) The following except while being towed by or carried on a motorized land conveyance designed for use on public roads:
         a) Boats; and
         b) The following types of trailers - utility, boat, camping, mobile home or travel;
      2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and
         a) Not owned by an "insured";
         b) Owned by an "insured" and on an "insured location"; or
         c) Off an "insured location" but only if the motorized land conveyance:
            i) Was built as child's toy powered by one or more batteries;
            ii) Was not built or modified after manufacture to exceed a speed of 15 miles per hour on level ground; or
            iii) Is not a motorized bicycle, moped or motorized golf cart, regardless of the speed capability;
      3) Parking a "motor vehicle" on, or on the ways next to, premises you own or rent, provided the "motor vehicle" is not owned by, or rented or loaned to you or the "insured";
      4) A motorized golf cart when stored at or used to play on a golf course or when legally allowed to travel on public roads to access or use the golf course. The golf cart should:
         a) Carry no more than four persons; and

b) Not be built or modified after manufacture to exceed a speed of 25 miles per hour on level ground;
5) A vehicle or conveyance not subject to "motor vehicle" registration:
  a) Which is used to service a "residence premises"; or
  b) By reason of its exclusive use for assisting a physically or mentally disabled person; or
  c) Which is in dead storage on or is used exclusively on the "insured location".
6) "Bodily injury" or "property damage" arising out of:
  a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other "motor vehicle" insurance law where it is licensed or principally garaged; or
  b) The operation of any of the machinery or equipment that is listed in Paragraph f.2. and 3. of the definition of "mobile equipment";

f. Watercraft
Arising out of:
1) The ownership, maintenance, use, operation or loading or unloading, by an "insured", of a watercraft described below;
2) The entrustment by an "insured" of a watercraft described below to any person; or
3) Vicarious parental liability, whether or not imposed by law, for the actions of a child or minor using a watercraft described below.
Watercraft:
1) With an inboard or inboard-outdrive motor of more than 50 horsepower owned by or rented to an "insured";
3) That is a sailing vessel, with or without auxiliary power, 26 feet or more in length owned by an "insured";
4) Which is powered by an outboard motor or motors owned by an "insured" which total more than 75 horsepower; or
5) Non-powered houseboat.
This exclusion does not apply:
1) While the watercraft is stored;
2) To an "occurrence" that takes place on an "insured location" resulting in "bodily injury" or "property damage"; or
3) To "bodily injury" sustained by a "residence employee" in the course of employment by an "insured";
4) To watercraft powered by an outboard motor or motors which total more than 75 horsepower owned by an "insured" who acquired it during the policy period,
5) To watercraft powered by an outboard motor or motors which total more than 75 horsepower owned by an "insured" who acquired it before the policy period, but only if:
  a) You declare them at policy inception; or
  b) Your intent to insure them is reported to us in writing within 45 days after you acquire them.
The coverage provided in 4) and 5) above apply for the policy period.
Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer;

g. Aircraft
Arising out of:
1) The ownership, maintenance, use, operation or loading or unloading of an aircraft;
2) The entrustment by an "insured" of an aircraft to any person; or
3) Statutorily imposed vicarious parental liability for the actions of a child or minor using an aircraft. An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.
This exclusion does not apply to "bodily injury" sustained by a "residence employee" in the course of employment by the "insured" but not the result of operating or maintaining the aircraft;

h. War
Caused directly or indirectly by war, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

i. Motorized Vehicle, Mobile Equipment and Watercraft Activity or Contest
Arising out of a motorized vehicle, "mobile equipment" or watercraft while:
1) Being operated in any racing, speed, pulling or pushing, demolition or stunting activity or contest or in the practice or preparation for such activity or contest;
2) Being transported by a "motor vehicle" owned or operated by, or rented or loaned to, any "insured"; or
3) Used for hire or charter, except as provided for under "custom farming" coverage;

j. Use of Livestock or Other Animals
Arising from "livestock" or other animals being ridden in or being prepared for a prearranged race, barrel racing excepted. This exclusion only applies to an "occurrence" that takes place at the location of the race;

k. Communicable Disease
Arising out of the transmission of a communicable disease by an "insured";

l. Child Care Services
Arising out of child-care services subject to licensing;

m. Sexual Molestation, Corporal Punishment or Physical or Mental Abuse
Arising directly or indirectly from the active participation of any person in an actual, alleged, or threatened act of sexual molestation, corporal punishment, or physical or mental abuse;

n. Pollution
1) Arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of "pollutants" into or upon land, the air, or any body of water. This exclusion n.1) does not apply if the above is sudden and accidental. Our total limit of liability for any one "occurrence" determined to be sudden and accidental will be $25,000. Our total limit of liability for all occurrences in a policy period is $50,000;
2) To any loss, cost or expense arising out of any:
   a) Request, demand, or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "pollutants"; or
   b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants";

o. Custom Farming
Arising out of the performance of or failure to perform "custom farming" operations. But, this exclusion will apply only when your receipts from "custom farming" operations exceed $5,000 for the 12 months immediately preceding the date of the "occurrence";

p. Migrant and Seasonal Agricultural Worker Protection Act
For damages awarded under:
1) The Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 18/01 et seq.), hereinafter the MSAWPA;
2) Any law, due to violation of the MSAWPA, or
3) Any regulation promulgated pursuant to the MSAWPA;

q. Employees' Retirement Income Security Act
For any obligation of the "insured" under the Employees' Retirement Income Security Act and any amendments to it, or any similar federal, state, or local statute;

r. Employment Related Practices
1) To a person arising out of any:
   a) Refusal to employ that person;
   b) Termination of that person's employment;
   c) Employment-related practices, acts, or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or
2) To the spouse, child, parent, brother or sister of a person, as a consequence of "bodily injury" or "personal injury" to that person at whom any of the employment-related practices described in r.1) above is directed.
This exclusion (r.) applies whether the "insured" may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury;

s. Controlled Substances
Arising out of the use, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled substances include but are not limited to cocaine, LSD, marijuana, and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician;

t. Loss Assessment
For any loss assessment charged against you as a member of an association, corporation, or community of property owners except as provided under Section II - Additional Coverages;

u.  Nuclear Energy Liability
    1)  With respect to which an "insured" under the policy is also an "insured" under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Energy Association of Canada or any of their successors, or would be an "insured" under any such policy but for its termination upon exhaustion of its limit of liability; or
    2)  Resulting from the "hazardous properties" in "nuclear materials" and with respect to which:
        a)  Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or
        b)  The "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.
    3)  Resulting from "hazardous properties" of "nuclear material", if:
        a)  The "nuclear material" is at any "nuclear facility" owned by, or operated by or on behalf of, any "insured" or has been discharged or dispersed there from;
        b)  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported, or disposed of, by or on behalf of an "insured"; or
        c)  The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of an "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion u.3)c) applies only to "property damage" to such "nuclear facility" and any property thereat;
v.  Distribution of Material in Violation of Statutes
    Arising directly or indirectly out of any action or omission that violates or is alleged to violate:
    1)  The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or
    2)  The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or
    3)  Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 that prohibits or limits the sending, transmitting, communicating or distribution of material or information;
w.  Contractual Liability
    1)  Assumed by an "insured" under any contract or agreement not in writing or in connection with an "insured's" "business."
    2)  Which the "insured" is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:
        a)  That the "insured" would have in the absence of the contract or agreement; or
        b)  Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.
    This exclusion does not apply to a warranty of farm goods and produce grown or raised by an "insured";
x.  Alcoholic Beverages
    For which any "insured" may be held liable by reason of:
    1)  Causing or contributing to the intoxication of a person;
    2)  The furnishing of alcoholic beverages to a person under the influence of alcohol or under the legal drinking age; or
    3)  A law or regulation relating to the sale, gift, distribution, or use of alcoholic beverages.
    This exclusion applies if you are in the "business" of manufacturing, distributing, selling, or serving alcoholic beverages.
y.  Release or Discharge from Aircraft
    Arising out of the release or discharge of any substance, material, or "pollutants" from any aircraft;
z.  Dishonesty
    Dishonest or criminal acts by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:
    a.  Acting alone or in collusion with others; or
    b.  Whether or not occurring during the conducting of "farming" activities.
    This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

aa. Raw Milk

Arising out of direct sale or distribution to the public of raw or unpasteurized milk from cows, goats, sheep or other animals that may be found on a farm. Direct sale or distribution can be on or off an "insured location" and includes but is not limited to other methods such as cow/share, herd/share or co-op arrangements. Also excluded are products such as cream, butter, cheese, yogurt and other related milk products sold or distributed that are made from raw or unpasteurized milk.

2. Coverage G - Farm Personal Liability and Coverage H - Medical Payments to Others, do not apply to "bodily injury":

a. Employers Liability

Sustained by

1) Any employee (other than a "residence employee") as a result of his or her employment by the "insured";

2) Any "residence employee", unless the employee makes a written claim or brings suit no later than 36 months after the end of the policy period; or

3) The spouse, child, parent, brother or sister of any employee as a consequence of "bodily injury" to that employee.

This exclusion applies whether the "insured" may be held liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

The only exception to this exclusion is an "occurrence" of "bodily injury" for which the "insured" has assumed liability under an "insured contract";

b. Workers' Compensation or Similar Law

To any person eligible to receive any benefits that an "insured" voluntarily provides or is required to provide under a workers' compensation, non occupational disability or occupational disease law, unemployment compensation or similar law;

c. Bodily Injury to an Insured

To any "insured" under part a.1) of the definition of "insured".

This exclusion also applies to any claim made or suit brought against you or an "insured":

1) To repay; or

2) Share damages with;

Another person who may be obligated to pay damages because of "bodily injury" to an "insured";

d. Personal Injury

Arising out of "personal injury".

3. Coverage G - Farm Personal Liability and Coverage H - Medical Payments to Others, do not apply to "property damage":

a. Care, Custody or Control

To property owned, used, or rented by an "insured" or in the care, custody, or control of an "insured" except as provided in Section II - Additional Coverages item 4. Fire Legal Liability.

b. Recall of Products, Work or Impaired Property

For damages claimed for any loss, cost, or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1) "Your product",

2) "Your work", or

3) "Impaired property";

If such product, work or property is withdrawn or recalled from the market or from use, by any person or organization, because of a known or suspected defect, deficiency, inadequacy, or dangerous condition.

c. Damage to Your Product

For damages to "your product", arising out of it or any part of it.

d. Damage to Your Work

To:

1) "Your work", arising out of it or any part of it; or

2) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

However, this exclusion does not apply to "custom farming" operations covered in this policy.

e. Damage to Impaired Property or Property Not Physically Injured

To "impaired property" or property that has not been physically injured, arising out of:

1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

However, this exclusion does not apply to:
1) "Custom farming" operations covered in this policy; or
2) The loss of use of other property arising out of sudden and accidental physical injury to "your product" after it has been put to its intended use.

f.  Misdelivery or Germination Failure
Arising out of:
1) Failure of seed to germinate;
2) Erroneous delivery of seed; or
3) Error in mechanical mixture of seed.

g.  Abandoned Premises
To premises you sell, give away, or abandon, if the "property damage" arises out of any part of those premises.

4.  Coverage G - Farm Personal Liability does not apply to:
a.  "Personal Injury" or "Advertising Injury":
1) Contractual Liability
Resulting from liability assumed by the "insured" under any contract or agreement. This exclusion does not apply to liability that an "insured" would have in the absence of the contract or agreement;
2) Criminal Acts
Resulting from injury caused by a violation of a penal law or ordinance committed by, at the direction of or with the knowledge or consent of an "insured";
3) Employment Practices
Causing an injury sustained by any person as a result of an offense directly or indirectly related to the employment of this person by the "insured";
4) Knowing Violation of Rights of Another
Caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury";
5) Material Published with Knowledge of Falsity
Arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity;
6) Material Published Prior to Policy Period
Arising out of oral or written publication of material whose first publication of material took place before the beginning of the policy period;
7) Distribution of Material in Violation of Statutes
Arising directly or indirectly out of any action or omission that violates or is alleged to violate:
a) The Telephone Consumer Protection Act (TCPA) including any amendment of or addition to such law; or
b) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or
c) Any statute, ordinance or regulation other than TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.
8) Professional Services
Arising out of the rendering or the failure to render a professional service;
9) Pollution
a) Arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of "pollutants" at any time into or upon land, the air, or any body of water; or
b) For any loss, cost or expense arising out of any:
i) Request, demand, or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of "pollutants"; or
ii) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants";
10) Raw Milk
Arising out of direct sale or distribution to the public of raw or unpasteurized milk from cows, goats, sheep or other animals that may be found on a farm. Direct sale or distribution can be on or off and "insured location" and includes but is not limited to other methods such as cow/share, herd/share or co-op arrangements. Also excluded are products such as cream, butter, cheese, yogurt and other related milk products sold or distributed that are made from raw or unpasteurized milk.

b.  "Personal Injury":
1) Business Pursuits

Arising out of or in connection with a "business" engaged in by an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business";

    2) Civic or Public Activities for Pay
        Arising out of civic or public activities performed for pay by an "insured";

    3) Personal Injury to An Insured
        Arising out of injury to you or to any "insured" within the meaning of "insured" as defined in Definitions. This exclusion also applies to any claim made or suit brought against you or any "insured" to:
        a) Repay; or
        b) Share damages with:
        another person who may be obligated to pay damages because of such "personal injury".

  c. "Advertising Injury":
    1) Breach of Contract
        A breach of contract, other than misappropriation of advertising ideas under an implied contract;
    2) Quality or Performance of Goods - Failure to Conform to Statements
        The failure of goods, products or services to conform to any statement of quality or performance made in your advertisement;
    3) Wrong Quotation or Description of Prices
        The wrong quotation or description of the price of goods, products or services stated in your advertisement; or
    4) Business of Advertising, Broadcasting, Publishing or Telecasting
        An offense committed by an "insured" whose "business" is advertising, broadcasting, publishing or telecasting.

5. Coverage H - Medical Payments to Others, does not apply to "bodily injury":

  a. Worker's Compensation or Similar Law
    To any person eligible to receive any benefits that an "insured" voluntarily provides or is required to provide under a workers' compensation, non occupational disability or occupational disease law, unemployment compensation or similar law;

  b. Insured
    To any "insured";

  c. Injury to Resident
    To any person, other than a "residence employee", regularly residing on any insured location;

  d. Professional Services and Business Pursuits
    To any person, except a "residence employee," while on an "insured location" because of:
    1) Professional services being rendered there; or
    2) "business" activities engaged in there except incidental "business" type exposures covered under this policy whether or not associated with "farming";

  e. Farm Employees or Others Maintaining the Farm
    To any "farm employee" or other person engaged in work usual or incidental to "farming" activities, but not any person while on an "insured location" in a neighborly exchange of labor for which the "insured" is not obligated to pay any money;

  f. Nuclear Energy
    From any nuclear reaction, radiation or radioactive contamination, however caused, or any consequence of any of these;

  g. Coverage G Exclusion
    To any person, if the "bodily injury" is excluded under Coverage G;

  h. Residence Employee Away from Insured Location
    To a "residence employee" if the "bodily injury":
    1) Occurs off the "insured location"; and
    2) Does not arise out of or in the course of the employment by an "insured".

6. Coverage I - Farm Employers Liability and Coverage J - Farm Employees Medical Payments, do not apply to:

  a. Workers Compensation or Similar Law
    "Bodily injury" to any "farm employee" if benefits are either payable or required to be provided under workers' compensation, non occupational disability, or occupational disease law, unemployment compensation or similar law;

  b. Aircraft
    "Bodily injury" sustained by any "farm employee" while engaged in the operation or maintenance of aircraft;

  c. Custom Farming

"Bodily injury" to any "farm employee" arising out of "custom farming" operations except as provided in this policy;

d. Contractual Liability
Liability assumed by an "insured" under any contract or agreement;

e. Sickness, Disease or Death
Any "farm employee" from sickness, disease, or death unless written claim is made or suit filed against an insured within 36 months after the end of the policy period;

f. Violation of Law
"Bodily injury" to any employee employed in violation of law with the knowledge or consent of the "insured";

g. Punitive or Exemplary Damages
Punitive or exemplary damages for "bodily injury" to any employee employed in violation of law.

---

## SECTION II - CONDITIONS

1. Limit of Liability. Regardless of the number of "insureds", claims made, suits brought, or persons or organizations injured, our total liability under Coverage G for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage G stated in the Declarations. Our total liability under Coverage H for all medical expenses payable for "bodily injury" to one person as the result of one accident will not exceed the limit of liability for Coverage H as stated in the Declarations.
The most we will pay for all "occurrences" in a policy period for Coverage G – Farm Personal Liability, Coverage H – Medical Payments to Others, Coverage I – Farm Employers Liability and Coverage J – Farm Employees' Medical Payments is the annual aggregate limit shown on the Declarations page.

2. Severability of Insurance. This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence."

3. Duties in the Event of Occurrence, Claim or Suit. In case of an accident or "occurrence", the "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:
   a. Give written notice to us or our agent as soon as practicable, which sets forth:
      1) The identity of the policy and "insured";
      2) Reasonably available information on the time, place, and circumstances of the accident or "occurrence"; and
      3) Names and addresses of any claimants and witnesses.
   b. Promptly forward to us every notice, demand, summons, or other process relating to the accident or "occurrence".
   c. Cooperate with us in the investigation, settlement or defense of any claim or suit; and assist us to enforce any right of recovery which the "insured" may have against a party causing the loss.
   d. Notify law enforcement if a law may have been violated.
   e. At our request, help us:
      1) To make settlement;
      2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";
      3) With the conduct of suits and attend hearings and trials;
      4) To secure and give evidence and obtain the attendance of witnesses.
   f. Under the coverage Damage to Property of Others: Submit to us within 60 days after the loss, a sworn proof of loss and exhibit the damaged property, if in the "insured's" control.
   g. The "insured" will not, except at the "insured's" own cost, voluntarily make any payment, assume any obligation, or incur any expense other than for first aid to others at the time of the "bodily injury".

4. Duties of an Injured Person - Coverage H - Medical Payments to Others. The injured person or someone acting for the injured person will:
   a. Give us written proof of claim, under oath if required, as soon as practicable;
   b. Authorize us to obtain copies of medical reports and records; and
   The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5. Payment of Claim - Coverage H - Medical Payments to Others. Payment under this coverage is not an admission of liability by an "insured" or us.

6. Legal Action Against Us.
   a. No action can be brought against us unless there has been full compliance with all the policy provisions;
   b. No one will have the right to join us as a party to any action against an "insured";
   c. Also, no action with respect to Coverage G can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.
7. Bankruptcy of an Insured. Bankruptcy or insolvency of an "insured" will not relieve us of any of our obligations under this policy.
8. Other Insurance - Coverage G. This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.
9. Policy Territory. Except for "bodily injury", "property damage", "personal injury" or "advertising injury" which arises out of "your product", this policy applies to "bodily injury", "property damage", "personal injury" or "advertising injury" which occurs anywhere in the world. For "bodily injury", "property damage", "personal injury" or "advertising injury" which arises out of "your product", this policy applies anywhere in the world only if:
   a. The product is sold for use or consumption in the United States, its territories or possessions, Puerto Rico, or Canada; and
   b. The original suit is brought in any of these places.
10. Insurance Under Two or More Coverages. If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

---

## GENERAL CONDITIONS

---

1. Policy Period. This policy applies only to loss which occurs during the policy period.
2. Concealment or Fraud. The entire policy will be void if, whether before or after a loss, an "insured" has:
   a. Intentionally concealed or misrepresented any material fact or circumstance;
   b. Engaged in fraudulent conduct; or
   c. Made false statements;
   relating to this insurance.
3. Liberalization Clause. If we make any change which broadens the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.
4. Waiver or Change of Policy Provisions. A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.
5. Conformity with Statute. Any terms of this policy which are in conflict with the statutes of any state this policy is written in will be amended to conform to those statutes.
6. Nonrenewal. We may elect not to renew this policy. We may do so by delivery to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.
7. Cancellation.
   a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.
   b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. Cancellation notice will be mailed to you at your mailing address shown in the declarations.
   Proof of mailing will be sufficient proof of notice.
      1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
      2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date of cancellation.
      3) When this policy has been in effect for 60 days or more or at any time if it is a renewal with us, we may cancel for the following reasons, by letting you know 30 days before the date of cancellation.
         a) If the risk has changed substantially during the policy period resulting in a material increase in hazard;
         b) If reinsurance on the risk has been cancelled;
         c) If you fail to comply with safety recommendations requested by us; or
         d) If there has been a material misrepresentation of fact which if known would have caused us not to issue the policy, or if any act of fraud occurs during the policy period;

    c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

    d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date of cancellation.

8. Assignment. Assignment of this policy will not be valid unless we give our written consent.

9. Subrogation. With our permission an "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us. If an assignment is sought, an "insured" must:

    a. Transfer those rights to us;

    b. Sign and deliver all related papers and cooperate with us;

    c. Do nothing after loss to impair our rights;

    d. At our request, bring suit; and

    e. Pay us for any recovery you receive from another party for a property loss we pay to you or for you.

    Subrogation does not apply to Coverage H – Medical Payments or Damage to Property of Others.

10. Death. This only applies if the "insured" is an individual. If any person named in the Declarations or the spouse, if a resident of the same household, dies:

    a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death.

    b. "Insured" includes:

        1) Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and

        2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

11. Premium.

    a. All premiums for this policy will be computed in accordance with our rules, rates, and minimum premiums in effect at policy issuance.

    b. A premium shown as advance premium is only a deposit premium. It will be applied to the amount of the earned premium due at the end of the policy period.

    c. At the end of each audit period the earned premium will be computed and, upon notice to you, will become due and payable.

    d. If the earned premium for the policy period is less than the premium previously paid, we will return to you the unearned portion of the premium.

    e. You must keep records of information necessary for the premium computation. You must also send copies of these records to us at the end of the policy period and at any time during the policy period that we request.

12. Inspections and Surveys.

    a. We have the right to:

        1) Make inspections and surveys at any time;

        2) Give you reports on the conditions we find; and

        3) Recommend changes.

    b. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to the insurability and the premiums to be charged. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And, we do not warrant the conditions:

        1) Are safe or healthful; or

        2) Comply with laws, regulations, codes or standards.

    c. Paragraphs a. and b. of this condition apply not only to us, but also to any organization which is acting at our request on our behalf.

    d. Paragraph b. of this condition does not apply to any inspections, reports, or recommendations we may make relative to certification, under state or municipal statues, ordinances or regulations, of boilers, pressure vessels or elevators.

13. Examination of Your Books and Records,

    We may examine and audit your books and records at any time during the policy period or within three years after the termination of this policy. However, our right to examine and audit is restricted to the subject matter of this insurance.

14. Effective Time. The time of inception and the time of expiration of this policy and any attached schedules or endorsements will be 12:01 am standard time. To the extent that coverage in this policy replaces coverage in other policies terminating at noon standard time on the inception date of this policy, coverage under this policy will not become effective until such other coverage has terminated.

15. Continuous Renewal. Subject to our consent and subject to all the terms of the policy, this policy may be continued in force by your payment of the required continuation premium for each successive policy period. The continuation premium, computed in accordance with the manuals we are using at the time, must be received by us or our authorized representative prior to the expiration of the then current policy period. If the premium is not so received, the policy shall terminate. This insurance will continue in force as to only the interest of a mortgagee (or trustee) declared under this policy for ten (10) days after mailing written notice of termination to the mortgagee (or trustee) and shall then terminate.

If during any policy period we adopt a revision of the policy, we shall at the beginning of the new policy period either endorse the policy to include such changes or replace that policy with the policy then in current use.

## DEFINITIONS

1. "Advertising Injury" means an injury arising out of one or more of the following offenses:
   a. Oral or written publications of material:
      1) That slanders or libels a person or organization;
      2) That disparages a person's or organization's goods, products or services; or
      3) That violates a person's right of privacy;
   b. Misappropriation of another's advertising ideas or style of doing business; or
   c. Infringing upon another's copyright, trade dress, title, slogan, trademark or trade name.
2. "Bodily injury" means bodily harm, sickness, or disease sustained by a person including required care, loss of services, and death that results.
3. "Business" means property, enterprise or activities pertaining to any trade, profession, or occupation for the purpose of monetary or other compensation. Business does not mean:
   a. "Farming";
   b. "Custom farming";
   c. Incidental activities that are usually performed by minors; or
   d. Roadside stands on the "insured location" used solely for the sale of the "insured's" produce.
4. "Collapse" means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.
   a. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of "collapse";
   b. A part of a building that is standing is not considered to be in a state of "collapse" even if it has separated from another part of the building;
   c. A building that is standing or any part of a building that is standing is not considered to be in a state of "collapse" even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.
5. "Custom farming" means the conducting of "farming" operations for hire at a location controlled or managed by the location owner. "Custom farming" does not mean those farming operations performed:
   a. On an "insured location";
   b. For others for which no compensation is received; or
   c. As a neighborly exchange of services.
6. "Farm employee" means an employee of an "insured" whose duties are principally in connection with your "farming" operations. But this does not include:
   a. You and your spouse if a resident of your household;
   b. Any other person under the age of 21 residing in your household;
   c. A "residence employee";
   d. A person performing exchange labor;
   e. An employee while engaged in any "business" other than "farming".
7. "Farm machinery" means equipment propelled by its own motor or designed to be pulled by equipment propelled by its own motor and includes but is not limited to crawlers, tractors, harvesting equipment and other implements of husbandry designed for use:
   a. Principally off public roads: and
   b. As implements for planting or cultivating the soil, producing or harvesting of crops, servicing livestock and including all necessary or related operations.
8. "Farm personal property" means equipment, supplies, and products of "farming" or ranching operations, including but not limited to feed, seed, fertilizer, "livestock", poultry, grain, hay, straw, silage, "farm machinery" and tools.

9. "Farming" means:
   a. The ownership, maintenance, or use of the "insured location" for the cultivation of the soil, production of crops and the raising or care of animals, primarily "livestock", including all necessary or related operations.
   b. The operation of roadside stands, on your "insured location", maintained solely for the sale of farm products produced principally by you but does not include other retail or "business" activities unless described in the Declarations.
   c. Ranching which is generally "farming" in the Western United States but primarily refers to the raising of "livestock" under range conditions.
   "Farming" does not mean:
   a. Butchering or processing of meat for sale;
   b. Processing or altering of the crops from their natural or harvested state;
   c. Services rendered for a charge, except for "custom farming";
   d. The use of the "insured location" for non-farm activities, including agricultural entertainment, for a charge or "business" unless described in the Declarations; and
   e. The sale of manufactured goods.
10. "Hazardous properties" includes radioactive, toxic, or explosive properties.
11. "Impaired property" mean tangible property, other than "your product" or "your work", that cannot be used or is less useful because:
    a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or
    b. You have failed to fulfill the terms of a contract or agreement;
    If such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.
12. "Improvements and Betterments" means additions, alterations, fixtures or installations made part of the described building, but do not include items that may be legally removed by an "insured".
13. "Insured"
    a. "Insured" means you, and if you are:
       1) An individual, "insured" also means the following members of your household:
          a) Your relatives;
          b) Any other person under the age of 21 who is in the care of any person specified above;
          c) A student enrolled in school full time, as defined by the school, who was a member of your household before moving out to attend school, provided the student is under the age of:
             i) 24 and your relative; or
             ii) 21 and in your care or the care of a person specified in 1)a).
       2) A partnership or joint venture, "insured" also means your members and your partners and their spouses, but only with respect to the conduct of your "farming" operations.
       3) A limited liability company, "insured" also means:
          a) Your members, but only with respect to the conduct of your "farming" operations; and
          b) Your managers, but only with respect to their duties as your managers.
       4) An organization other than a partnership, joint venture, or limited liability company, "insured" also means:
          a) Your executive officers and directors, but only with respect to their duties as your officers and directors; and
          b) Your stockholders, but only with respect to their liability as stockholders.
       5) A trust, "insured" also means the trustee for the trust, but only with respect to their duties as trustee.
       No person or organization is an "insured" with respect to the conduct of any current or past partnership, joint venture, limited liability company or trust that is not shown as a Named Insured in the Declarations.
    b. "Insured" also means any of your employees other than either your executive officers (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts that:
       1) Cause "bodily injury", "property damage", "personal injury", or "advertising injury" to someone other than you, your partners or members (if you are a partnership or joint venture), your members (if you are a limited liability company) or a co-employee; and
       2) Are within the scope of the employee's employment by you. The providing of professional health care services or the failure to provide them will not be considered to be within the scope of any employee's employment by you.

c. "Insured" also means any person (other than your employee), or any organization while acting as your real estate manager.

d. "Insured" also means any person or organization legally responsible for animals or watercraft owned by an "insured" as defined in Paragraph a. above, but only insofar as:

1) The insurance under this policy applies to "occurrences" involving animals or watercraft;

2) That person's or organization's custody or use of the animals or watercraft does not involve "business"; and

3) That person or organization has the custody or use of the animals or watercraft with the owner's permission.

e. "Insured" also means any person using a vehicle on the "insured location" with your consent, provided this insurance applies to the vehicle.

14. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. That part of any other contract or agreement pertaining to your "farming" operations (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

This item (e.) does not include that part of any contract or agreement that indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

15. "Insured location" means:

a. The farm premises (including grounds and private approaches) and "residence premises" shown in the Declarations of this policy.

b. Any other premises, other structures, and grounds used by you as a residence and:

1) Which is shown in the Declarations; or

2) Which is acquired by you during the policy period for your use as a residence.

c. Any part of a premises;

1) Not owned by an "insured"; and

2) Where an "insured" is temporarily residing;

d. Vacant land, other than farmland, owned by or rented to an "insured";

e. Land owned by or rented to an "insured" on which:

1) A one- or two-family dwelling is being built as a residence for an "insured"; or

2) A building or structure is being built for use of an "insured" in "farming" operations.

f. Individual or family cemetery plots or burial vaults of an "insured"; or

g. Any part of a premises occasionally rented to an "insured" for other than "business" use;

h. Any farm premises (including its grounds and private approaches) that you or your spouse acquire during the policy period;

i. Any other premises that you own, rent or occupy provided the location:

1) Is used exclusively for "farming" operations;

2) Does not contain any other non-farm use buildings or structures including but not limited to dwellings, mobile homes, garages, or commercial use buildings; or

3) Is not used or will not be used for residential or commercial development.

16. "Livestock" means cattle, sheep, swine, goats, horses, mules, donkeys, llamas, alpacas, bison and hybrids thereof.

17. "Mobile equipment" means the following, including any attached machinery or equipment.

a. Bulldozers, forklifts and tractors, crawlers, harvesting equipment and other "farm machinery" designed for use:

1) Principally off public roads; and

2) As implements for cultivating or harvesting;

b. Vehicles while on premises you own or rent;
c. Vehicles that travel on crawler treads, except that snowmobiles are "mobile equipment" only while on an "insured location" or any premises you own or rent;
d. Vehicles, whether self-propelled or not, on which are permanently mounted;
   1) Power cranes, shovels, loaders, diggers or drills; or
   2) Road construction or resurfacing equipment such as graders, scrapers or rollers;
e. Vehicles not described in Paragraphs a., b., c., or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:
   1) Air compressors, pumps and generators, including spraying, welding, building cleaning and geophysical exploration, lighting and well servicing equipment; or
   2) Cherry pickers and similar devices used to raise or lower workers;
f. Vehicles not described in a., b., c., or d. above that are maintained primarily for purposes other than the transportation of persons or cargo.
However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "motor vehicles":
   1) Equipment designed primarily for:
     a) Road maintenance, but not construction or resurfacing; or
     b) Street cleaning;
   2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
   3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.
However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other "motor vehicle" insurance law are considered a "motor vehicle".

18. "Motor vehicle" means a motorized land vehicle, trailer, or semi-trailer (including any attached machinery or apparatus):
a. Designed principally for travel on public roads; or
b. Required to be licensed for use on public roads; or
c. Subject to compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.
The following are not considered "motor vehicles", unless they are being towed by or carried on a "motor vehicle":
a. Boats;
b. The following types of trailers - utility, boat, camping, mobile home or travel; and
c. "Recreational motor vehicles"; and
d. Any equipment which is designed for use principally off public roads and is not licensed for road use; and
e. "Mobile Equipment".

19. "Nuclear facility" means:
a. Any "nuclear reactor";
b. Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing, or packaging "waste"; and
c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235.
d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste"; And includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

20. "Nuclear hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

21. "Nuclear material" means "source material", "special nuclear material" or "by-product material".

22. "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

23. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results during the policy period.

24. "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:
    a. False arrest, detention, or imprisonment;
    b. Malicious prosecution;
    c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, by or on behalf of its owner, landlord, or lessor.
    d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services; or
    e. Oral or written publication of material that violates a person's right of privacy.
25. "Pollutants" means:
    a. Any solid, liquid, gaseous, thermal or radioactive irritant or contaminant, including acids, alkalis, smoke, vapor, soot, fumes, chemicals, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of: and
    b. Electronic or magnetic emissions, whether visible or invisible, and sound emissions.
26. "Property damage" means:
    a. Physical damage to, destruction of, or loss of use of tangible property; Loss of use is deemed to occur at the time of the "occurrence" that caused it; or
    b. All forms of radioactive contamination of property.
27. "Recreational motor vehicle" means a golf cart, snowmobile, all-terrain vehicle, and if not subject to "motor vehicle" registration, any other land motorized vehicle, including its equipment, designed for recreational use.
28. "Residence employee" means:
    a. An employee of an "insured" whose duties are principally related to the maintenance or use of the "residence premises," including household or domestic services; or
    b. One who performs similar duties elsewhere not related to the "business" or "farming" operations of an insured.
29. "Residence premises" means:
    a. The dwelling, shown in the Declarations, where you primarily reside and including structures and grounds next to it;
    b. That part of any other building where you reside which is used as a private residence and shown in the Declarations of this policy; but excluding any part of the premises used for "business".
30. "Source material", "special nuclear material" and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.
31. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".
32. "Unoccupancy" or "unoccupied" means the condition of:
    a. A dwelling (except while being constructed) not being lived in; or
    b. Any other building or structure (except while being constructed) not being used;
    even if it contains furnishings or other property customary to its intended use or occupancy.
33. "Vacancy" or "vacant" means the condition of a building or structure (except while being constructed) not containing sufficient furnishings or other property customary to its intended use or occupancy.
34. "Waste" means any waste material:
    a. Containing "by-product material" other than the tailing or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and
    b. Resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".
35. "Your product"
    a. Means:
       Any goods or products manufactured, sold, handled, distributed, or disposed of by:
       1) You; and
       2) Others trading under your name; or
       3) A person or organization whose "business" or assets you have acquired.
    b. Includes:
       1) Warranties or representations made at any time with respect to the fitness, quality, durability or performance or use of "your product"; and
       2) Containers (other than vehicles), materials, parts, or equipment furnished in connection with "your product"; and
       3) The providing of or failure to provide warnings or instructions.
    c. Does not include property, including real property that is rented to or placed for the use of others but not sold.

36. "Your work"
   a. Means:
      1) Work or operations performed by you or on your behalf; and
      2) Materials, parts or equipment furnished in connection with such work or operations.
   b. Includes:
      1) Warranties or representations made at any time with respect to the fitness, quality, durability or performance or use of "your work"; and
      2) The providing of or failure to provide warnings or instructions

# EXCLUSION – PFC/PFAS

This endorsement modifies insurance provided under the Farm and Ranch Policy:

A. SECTION II – EXCLUSIONS, 1. Coverage G- Farm Personal Liability and Coverage H – Medical Payment to Others, do not apply to "bodily injury" or "property damage", the following exclusion is added:

Perfluorinated Compounds Or Per- And Polyfluoroalkyl Substances

This insurance does not apply to:

(1) "Bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, discharge, dispersal, seepage, migration, release, escape or presence of "PFC/PFAS"; or

(2) Any loss, cost, or expense arising out of any:

(a) Request, demand, order, or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way responding to or assessing the effects of "PFC/PFAS" by any "insured" or on behalf of any person, entity, or governmental authority.

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, remediating, disposing of, or in any way assessing the effects of "PFC/PFAS".

This exclusion applies whether the substances listed above are alone or combined with any other substances or factors, whether included as a component part of a product or otherwise.

This exclusion applies regardless whether such exposure occurs within or outside a building.

B. SECTION II – EXCLUSIONS, Coverage G- Farm Personal Liability, the following exclusion is added to paragraph 4.a:

Perfluorinated Compounds Or Per- And Polyfluoroalkyl Substances

This insurance does not apply to:

(1) "Personal injury" or "advertising injury" arising out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of "PFC/PFAS"; or

(2) Any loss, cost, or expense arising out of any:

(a) Request, demand, order, or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way responding to or assessing the effects of "PFC/PFAS" by any "insured" or on behalf of any person, entity, or governmental authority.

     (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, remediating, disposing of, or in any way assessing the effects of "PFC/PFAS".

This exclusion applies whether the substances listed above are alone or combined with any other substances or factors, whether included as a component part of a product or otherwise.

This exclusion applies regardless whether such exposure occurs within or outside a building.

**C.** For the purpose of this endorsement, the following definition is added:

"PFC/PFAS" means perfluorinated compounds (PFC) or per- and polyfluoroalkyl substances (PFAS) including, but not limited to, perfluorooctanoic acid (PFOA), perfluorooctane sulfonic acid (PFOS), perfluorononanoic acid (PFNA), perfluorobutyric acid (PFBA), perfluorobutane sulfonic acid (PFBS), perfluoropentanoic acid (PFPeA), perfluorohexane sulfonic acid (PFHxS), GenX, C8 (perfluorinated carboxylic acid), ADONA, perfluorohexanoic acid (PFHxA),perfluoroheptanoic acid (PFHpA), perfluorooctane sulfonamide (PFSOA), perfluorodecanoic acid, (PFDA), perfluorodecane sulfonate (PFDS), perfluoroundecanoic acid (PFUnA), perfluorododecanoic acid (PFDoA), perfluorotridecanoic acid (PFTrDA), perfluorotetradecanoic acid (PFTeDA), or 6:2 fluorotelomer sulfonate (6:2 FTS) or any associated salts, acids, alcohols, precursor chemicals or related higher homologue chemicals.

The addition of this endorsement does not imply that other policy provisions, including but not limited to any pollution exclusion, do not exclude coverage for PFC-related or PFAS-related damages, expense, loss, demand, claim, liability or legal obligation.

All other terms and conditions of the policy remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL RESIDENCE RENTED TO OTHERS

For an additional charge, under Coverage G-Farm Personal Liability and Coverage H-Medical Payments to Others, the additional residences designated on the Declarations are included in the definition of "insured location."

With respect to these residences, Exclusion 1.b.3) under Section II Exclusions - Coverage G-Farm Personal Liability and Coverage H-Medical Payments to Others, does not apply.

All other provisions of this policy apply.

This endorsement is a part of the policy when the form number is shown on the Declarations.

FR374 (01/18) Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BACK UP OF SEWERS AND DRAINS

For an additional premium, this policy includes coverage for direct physical loss to property covered under Coverages A or C caused by water, or waterborne material, which:
1. Is not caused by the negligence of any "insured";
2. Originates from within the dwelling where you reside and backs up through sewers or drains; or
2. Overflows or is discharged from a:
    a. Sump, sump pump; or
    b. Related equipment;
    even if such overflow or discharge results from mechanical breakdown or power failure. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown or power failure.

This endorsement does not increase the amount of insurance that applies to the covered property. This endorsement applies only to Coverages A, C, or D for each dwelling designated in the Declarations as having this coverage. This extension of coverage does not apply to Coverages E, F, or O of this policy.

The amount of coverage is shown in the Declarations for the designated dwelling.

Special Deductible
We will pay only that part of the loss which exceeds $1,000. No other deductible provision in this policy applies to this coverage. This deductible does not apply with respect to Coverage D - Loss of Use.

SECTION I - PERILS INSURED AGAINST
With respect to loss covered under Special Perils, exclusion 7. is deleted.

SECTION I - EXCLUSIONS
With respect to loss covered under this endorsement the following exclusions are deleted:
1. Item 3.b.
2. Item 4.

SECTION I - CONDITIONS:
The following condition is added and applies to coverage provided under this endorsement.

Waiting Period: Coverage added during the policy period does not apply until 15 days after the effective date of this endorsement for which a premium is indicated in the Declarations.


All other provisions of this policy apply.


This endorsement is a part of the policy when the form number is shown on the Declarations.


FR588 (01/18) Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COSMETIC LOSS OR DAMAGE TO METAL ROOF EXCLUSION

The following exclusion applies when the form number is shown on the Declarations page:

We do not cover cosmetic loss or damage to metal roof coverings caused by the perils of windstorm or hail.

Cosmetic loss or damage means only that damage that alters the physical appearance of the roof covering but does not allow the elements to penetrate through the roof covering. Cosmetic loss or damage also means that the loss or damage does not result in the failure of the roof covering to perform its intended function of keeping out the elements.

Roof covering means that roofing material exposed to the weather, and includes, but is not limited to, metal, tin and steel, required in the replacement of a roof covering.

We do cover windstorm or hail damage to roof coverings that result in damage that will allow the elements to penetrate through the roof covering and/or results in the failure of the roof covering to perform its intended function of keeping out the elements.

All other provisions of this policy apply.

FR4590 (01/18) Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM

A. The following DEFINITION is added:

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:
   a. The unlawful use or threat of force or violence; or
   b. Commission or threat of an unlawful dangerous act; or
   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:
   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or
   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

B. SECTION I – PROPERTY COVERAGES is amended as follows:

1. The following exclusion is added:

   EXCLUSION OF TERRORISM

   We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":
   a. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or
   b. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or
   c. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
   d. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.
   e. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any "terrorism" exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

   With respect to this item 1.e., the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this policy.

2. Exception Covering Certain Fire Losses (Applicable in the states of Georgia, Illinois, Iowa, Massachusetts, Missouri, North Carolina, West Virginia and Wisconsin only):

   If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to covered property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

3. Application Of Other Exclusions
   a. When the Exclusion Of Terrorism applies in accordance with the terms of 1.a. or 1.b., such exclusion applies without regard to the Nuclear Hazard Exclusion in this policy.

      b. The terms and limitations of any "terrorism" exclusion, or the inapplicability or omission of a "terrorism" exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this policy as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

C. SECTION II – COMPREHENSIVE FARM LIABILITY is amended as follows:

    1. The following DEFINITION is added and applies under this endorsement whenever the phrase any injury or damage, is enclosed in quotation marks:

       "Any injury or damage" means any injury or damage covered under this policy or any applicable endorsement, and includes but is not limited to "bodily injury", "property damage", "personal injury" or "advertising injury", as may be defined under this policy or any applicable endorsement.

    2. The following SECTION II – EXCLUSION is added:

       EXCLUSION OF TERRORISM

       We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

      a. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

      b. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

      c. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

      d. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

      e. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any "terrorism" exclusions; or

      f. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

        1. Physical injury that involves a substantial risk of death; or

        2. Protracted and obvious physical disfigurement; or

        3. Protracted loss of or impairment of the function of a bodily member or organ.

       Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs 2.e. and 2.f. are exceeded.

    With respect to this exclusion, Paragraphs 2.e. and 2.f. describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this policy or any applicable endorsement.

    In the event of any incident of "terrorism" that is not subject to this exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this policy or any applicable endorsement.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FARM EQUIPMENT BREAKDOWN COVERAGE
### (Including Electronic Circuitry Impairment)

This endorsement modifies insurance provided under the FR1:

We will provide the insurance described in this endorsement in compliance with all applicable provisions (including but not limited to SECTION I - CONDITIONS, SECTION I - EXCLUSIONS and the DEFINITIONS) of your policy.

1.  The following are added to DEFINITIONS:
    a.  "Cloud computing services" means professional, on-demand, self-service "data" storage or "data" processing services provided through the Internet or over telecommunication lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.
    b.  "Computer equipment" means Covered Property that is electronic data processing hardware and related peripheral equipment. This includes, but is not limited to, laptops, monitors and display screens, "media", keyboards, printers, modems and permanently installed wiring associated with such equipment.
    c.  "Covered farm equipment"
        1)  "Covered farm equipment" means, Covered Property under Coverage E – Blanket Farm Personal Property, Coverage F – Scheduled Farm Personal Property or Coverage O – Farm Outbuildings And Structures:
            a)  That generates, transmits or utilizes energy; or
            b)  Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.
            "Covered farm equipment" may utilize conventional design and technology or new or newly commercialized design and technology.
        2)  None of the following is "covered farm equipment":
            a)  Structure, foundation, cabinet or compartment;
            b)  Insulating or refractory material;
            c)  Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;
            d)  Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;
            e)  Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;
            f)  Dragline, excavation or construction equipment;
            g)  Equipment manufactured by you for sale;
            h)  Equipment used to service the dwelling, its grounds or structures appurtenant to it, unless the equipment also services property covered under Coverage O;
            i)  "Vehicle" or any equipment mounted on a "vehicle".
                However, equipment that is:
                i)   Mounted on wheels or a trailer in order to make it transportable, not used to drive or steer such wheels or trailer and is stationary and in use at the "insured location" at the time of the "farm equipment breakdown"; or
                ii)  Stationary, permanently installed at the "insured location" and that receives electrical power from an external power source; or
                iii) A "vehicle-mounted global positioning system (GPS)" used in your farming operation; will not be considered to be a "vehicle" or equipment mounted on a "vehicle"; or

**FR41 (01/18) Page 1 of 8**

© 2015, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

      j)  Irrigation systems except as follows:

          i)  As respects pivot irrigation systems, "covered farm equipment" does include the tower control box, the wheels, and the drive mechanisms for the swing arm and corner attachments, including but not limited to motors and gears; and

          ii)  As respects all irrigation systems, "covered farm equipment" does include sensors, controls, and pumps and drive motors and drive engines used with such pumps.

d.  "Data" means information or instructions stored in digital code capable of being processed by machinery.

e.  "Electronic circuitry" means microelectronic components, including, but not limited to circuit boards, integrated circuits, computer chips and disk drives.

f.  "Electronic circuitry impairment"

   1)  "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered farm equipment" that causes the "covered farm equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in 2), 3) and 4) below.

   2)  We shall determine that the reasonable and appropriate remedy to restore such "covered farm equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered farm equipment".

   3)  The "covered farm equipment" must be owned or leased by you, or operated under your control.

   4)  None of the following is an "electronic circuitry impairment":

      a)  Any condition that can be reasonably remedied by:

          i)  Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

          ii)  Rebooting, reloading or updating software or firmware; or

          iii)  Providing necessary power or supply.

      b)  Any condition caused by or related to:

          i)  Incompatibility of the "covered farm equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

          ii)  Insufficient size, capability or capacity of the "covered farm equipment".

      c)  Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty shall not be considered an observable loss of functionality.

g.  "Electrical generating equipment"

   1)  "Electrical generating equipment" means equipment which converts any other form of energy into electricity. This includes, but is not limited to, the following:

      a)  Boilers used primarily to provide steam for one or more turbine-generator units;

      b)  Turbine-generators (including steam, gas, water or wind turbines);

      c)  Engine-generators;

      d)  Fuel cells or other alternative "electrical generating equipment";

      e)  Electrical transformers, switchgear and power lines used to convey the generated electricity; and

      f)  Associated equipment necessary for the operation of any of the equipment listed in a) through e) above.

   2)  "Electrical generating equipment" does not mean:

      a)  Elevator or hoist motors that generate electricity when releasing cable; or

      b)  Equipment intended to generate electricity solely on an emergency back-up basis.

h.  "Farm accident"

   1)  "Farm accident" means a fortuitous event that causes direct physical damage to "covered farm equipment". The event must be one of the following:

      a)  Mechanical breakdown, including rupture or bursting caused by centrifugal force;

      b)  Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

      c)  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

© 2015, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

      d) Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

      e) Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

   2) None of the following is a "farm accident":

      a) Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

      b) Misalignment, miscalibration, tripping off-line or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

     However, if a "farm accident" results, we will pay for the resulting loss, damage or expense caused by that "farm accident".

i. "Farm equipment breakdown" means a "farm accident" or "electronic circuitry impairment".

j. "Farm-related dwelling equipment" means:

   1) Your "computer equipment" located in your dwelling and used for farming purposes;

   2) Your "electrical generating equipment" located on or at your dwelling; and

   3) Your refrigerated unit located in your dwelling.

k. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

l. "Media" means material on which "data" is recorded, such as solid state drives, hard disks, optical disks, flash drives, magnetic tapes or floppy disks.

m. "One farm equipment breakdown" means: If an initial "farm equipment breakdown" causes other "farm equipment breakdowns", all will be considered "one farm equipment breakdown". All "farm equipment breakdowns" that are the result of the same initial "farm equipment breakdown" will be considered "one farm equipment breakdown".

n. "Perishable goods" means personal property, other than live animals, maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

o. "Service agreement" means a service plan, property restoration plan, product or equipment warranty or other similar service or warranty agreement, even if it is characterized as insurance.

p. "Vehicle" means, with respect to Farm Equipment Breakdown Coverage only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, all-terrain vehicle, tractor, harvester, combine, motor home, recreational vehicle, bus, train, aircraft, unmanned aerial vehicle, watercraft, forklift or bulldozer.

q. "Vehicle-mounted global positioning system (GPS)" means a device or system that receives signals from a GPS satellite and direct current input power from a "vehicle's" electrical system.

2. The following is added to SECTION I – ADDITIONAL COVERAGES:

The term Perils Insured Against includes the Additional Coverage Farm Equipment Breakdown Coverage as defined and limited in this endorsement. Without a "farm equipment breakdown", there is no Farm Equipment Breakdown Coverage. This Additional Coverage applies only to property covered as indicated in the Declarations under Coverage E – Blanket Farm Personal Property, Coverage F – Scheduled Farm Personal Property and Coverage O – Farm Outbuildings and Structures, as well as loss resulting from a "farm equipment breakdown" to "farm-related dwelling equipment", described in 2.b. below.

We will pay for:

a. Direct physical damage to Covered Property that is the direct result of a "farm equipment breakdown". We will consider "electronic circuitry impairment" to be physical damage to "covered farm equipment"; and

b. As specifically described in:

   1) 3.b., 3.c., 3.f. and 3.g. below, direct physical damage and loss of farm income and farm expense you sustain if shown as covered; and

   2) 3.h. below, extra expense, loss of utility credits and loss of government renewable energy incentives;

   that is the direct result of a "farm equipment breakdown" to "farm-related dwelling equipment".

© 2015, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

3. The following coverages also apply to the direct result of a "farm equipment breakdown". However, with respect to coverage 3.i. Service Interruption, coverage will apply only to the direct result of a "farm accident" and will not apply to the direct result of an "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

   a. Animals

   Any insurance provided under Coverages E and F of this policy for covered "livestock", poultry, bees, worms, fish and other animals is extended to the coverage provided by this endorsement. This coverage does not apply to "livestock", poultry, fish or other animals housed in environmentally controlled confinement buildings or systems.

   b. Computers in the Dwelling

   1) Unless coverage is provided elsewhere within your policy, we will pay for loss, damage or expense caused by or resulting from a "farm equipment breakdown" to your "computer equipment" located in your dwelling and used for farming purposes.

   2) The most we will pay for loss, damage or expense under this coverage is $25,000.

   c. Data Restoration

   1) We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

   2) Coverage is also extended to loss of any farm "data" stored on your "computer equipment" located in your dwelling.

   3) The most we will pay for loss or expense under this coverage, including actual loss of farm income and farm extra expense you sustain if shown as covered, is $25,000.

   d. Expediting Expenses

   1) With respect to your damaged Covered Property, we will pay the reasonable extra cost to:
      a) Make temporary repairs; and
      b) Expedite permanent repairs or permanent replacement.

   2) The most we will pay for loss or expense under this coverage is $25,000.

   e. Hazardous Substances

   1) We will pay for your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

   2) This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in 3.j.1)b) below.

   3) As used in this coverage, additional costs mean those beyond what would have been payable under this Farm Equipment Breakdown Coverage had no "hazardous substance" been involved.

   4) The most we will pay for loss, damage or expense under this coverage, including actual loss of farm income and farm expense you sustain, if shown as covered, is $25,000.

   f. Loss of Farm Income and Farm Extra Expense

   1) Any insurance provided under this policy for loss of farm income and farm expense is extended to the coverage provided by this Farm Equipment Breakdown Coverage.

   2) For purposes of this Loss of Farm Income and Farm Extra Expense coverage only:
      a) Coverage is also extended for loss of farm income and farm extra expense resulting from a "farm equipment breakdown" to your "computer equipment" located within your dwelling and used for farming purposes; and
      b) We will pay for loss of contract farm income caused by a "farm equipment breakdown" resulting in the death or necessary destruction of "livestock" or poultry for which you have a legal contract to raise, but which are not owned by you. No coverage other than loss of contract farm income is provided for non-owned "livestock" and poultry.

   3) The most we will pay for loss of farm income and farm expense you sustain is the lesser of the limit of insurance shown in the Declarations or $25,000.

   g. Off Premises Equipment Breakdown

   1) We will pay for physical damage to transportable "covered farm equipment" that, at the time of the "farm equipment breakdown", is within the coverage territory, but is not:
      a) At a premises described in the Declarations; or
      b) At any other location owned or leased by you.

FR41 (01/18) Page 4 of 8

© 2015. The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2) Any insurance provided for Loss of Farm Income and Farm Extra Expense is extended to apply to your loss of farm income and farm expense resulting from a "farm equipment breakdown" to transportable "covered farm equipment" as described in 1) above. This amount may not exceed the limit indicated in Loss of Farm Income and Farm Extra Expense, f.3) above.

3) We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within "covered farm equipment" or "farm-related dwelling equipment", as described under 1) above. This amount may not exceed the limit applicable to Data Restoration Coverage.

4) The most we will pay for all loss, damage or expense under this coverage, including actual loss of farm income and farm expense you sustain, if shown as covered, and Data Restoration as described in 3) above, is the applicable limit in your policy that applies to Covered Property while away from the "insured location".

h.  Renewable Energy

1) We will pay your extra expense to purchase replacement energy made necessary by a "farm equipment breakdown" to your "electrical generating equipment" located on or at your "insured location" or dwelling. Coverage is limited to expenses that exceed the normal expenses you would have incurred if no "farm equipment breakdown" had occurred.

2) We will pay for your loss of utility credits resulting from a "farm equipment breakdown" to your "electrical generating equipment" located on or at your "insured location" or dwelling.

3) We will also pay for your loss of any government renewable energy incentives as a result of a "farm equipment breakdown" to your "electrical generating equipment".

4) The most we will pay under this coverage for extra expense, loss of utility credits and loss of government renewable energy incentives is $25,000 .

i.  Service Interruption

1) Any insurance provided for loss of farm income and farm expense, Data Restoration or Spoilage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must result from a "farm accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered farm equipment" except that it is not Covered Property.

2) "Cloud computing services" must be provided by a professional provider with whom you have a contract.

3) With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

4) Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "farm accident". If the interruption exceeds 24 hours, coverage will begin at the time of the interruption, and the applicable deductible will apply.

5) The most we will pay in any "one farm equipment breakdown" for loss, damage or expense under this coverage is the applicable limit for loss of farm income and farm expense, Data Restoration or Spoilage.

j.  Spoilage

1) We will pay for:
   a) Physical damage to "perishable goods" due to spoilage;
   b) Physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;
   c) Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "farm equipment breakdown", less discounts and expenses you otherwise

FR41 (01/18) Page 5 of 8

© 2015, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

would have had. Otherwise our payment will be determined in accordance with the Loss Settlement condition.

3) Coverage is also extended for spoilage of "farm personal property" in a refrigerated unit located in your dwelling. Damage to the refrigerated unit is not covered under this Farm Equipment Breakdown Coverage.

4) The most we will pay for loss, damage or expense under this coverage is $25,000.

4. All SECTION I - EXCLUSIONS in the FARM AND RANCH POLICY apply except as modified below and to the extent that coverage is specifically provided by this Farm Equipment Breakdown Coverage.

a. We will not pay under this endorsement for loss, damage or expense caused by or resulting from depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if a "farm equipment breakdown" results, we will pay for the resulting loss, damage or expense caused by that "farm equipment breakdown".

b. The following exclusions are added:

1) We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from a "farm equipment breakdown":

a) Fire, including smoke from a fire;

b) Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

c) Any other explosion, except as specifically covered under this endorsement;

d) Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action;

e) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that backs up or overflows from a sewer, drain or sump;

f) Vandalism; or

g) Your failure to use all reasonable means to protect Covered Property from damage following a "farm equipment breakdown".

2) Coverage under this endorsement does not apply to a "farm equipment breakdown" caused by or resulting from:

a) Lightning;

b) Windstorm or hail. However, this exclusion does not apply when:

i) "Covered farm equipment" located within a building or structure suffers a "farm equipment breakdown" that results from wind-blown rain, snow, sand or dust; and

ii) The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

c) Smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

d) Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;

e) A hydrostatic, pneumatic, or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment;

f) Water or other means used to extinguish a fire;

g) Electrocution of any "livestock", poultry or other animal; or

h) Collision or upset.

3) With respect to Loss of Farm Income and Farm Extra Expense and Service Interruption coverages, we will also not pay for:

a) Loss caused by your failure to use due diligence and dispatch and all reasonable means to resume farming operations;

b) Except as specifically provided for "livestock" and poultry contract growers, as described in 3.f.2)b) Loss of Farm Income and Farm Extra Expense, any increase in loss resulting from an agreement between you and your customer or supplier; or

c) Any contractual penalty resulting from an agreement between you and your customer or supplier.

4) Loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from a "farm equipment breakdown":

FR41 (01/18) Page 6 of 8

© 2015. The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that spoilage is covered under Spoilage coverage.

5) Loss or damage to:
   a) Animals, except as provided in 3.a. Animals;
   b) Alcohol stills;
   c) Growing crops. However, if growing crops are trampled by our effort to reach, remove or repair "covered farm equipment" damaged by a "farm equipment breakdown" in a growing crops field, we will pay for the crop damage caused by such efforts. The most we will pay for loss under this coverage is $25,000.

6) Loss or damage to Covered Property caused by or resulting from a "farm equipment breakdown" to a "vehicle-mounted global positioning system (GPS)" except for the loss or damage to:
   a) The "vehicle-mounted global positioning system (GPS)" itself;
   b) The steering assemblies; servo-motors; or mixing, metering or hydraulic assemblies directly controlled by the "vehicle-mounted global positioning system (GPS)"; and
   c) The controller computer of the "vehicle-mounted global positioning system (GPS)" when:
      i) The controller computer is dedicated solely to this "vehicle-mounted global positioning system (GPS)"; or
      ii) The controller computer is part of a "vehicle's" electronic system, and all other electronically controlled functions of the "vehicle" are operational at the time of the loss.

7) With respect to Data Restoration coverage, we do not pay to reproduce:
   a) Software programs or operating systems that are not commercially available; or
   b) "Data" that is obsolete, unnecessary, or useless to you.

c. Exclusions b.2)a), b.2)b), b.2)c) and b.2)d) above shall not apply if:
   1) The excluded peril occurs off the "insured location" and causes an electrical surge or other electrical disturbance;
   2) Such surge or disturbance is transmitted through utility service transmission lines to the "insured location" and results in a "farm equipment breakdown"; and
   3) The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under your policy.

d. Any peril set forth in exclusion b.2)d) above that is not a covered peril in your policy shall be excluded only as respects Service Interruption.

5. In addition to the SECTION I - CONDITIONS, and the GENERAL CONDITIONS in the FARM and RANCH POLICY the following apply:

   a. Suspension
   Whenever "covered farm equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from a farm equipment breakdown" to that "covered farm equipment". This can be done by mailing or delivering a written notice of suspension to:
   1) Your last known address; or
   2) The address where the "covered farm equipment" is located.
   Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered farm equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered farm equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

   b. With respect to Loss of Farm Income and Farm Extra Expense and Service Interruption coverage for non-owned "livestock" and poultry, the following conditions apply:
   1) You must maintain an alarm system consisting of a permanent connection to an automatic digital alarm phone system or a permanent connection to an automatic pager system. The system must be functioning 24 hours per day and be capable of alerting you or your farm manager in the event of a power interruption or mechanical breakdown.
   2) Each "insured location" must have one or more fully-functioning auxiliary generator(s) with sufficient capacity to properly operate the ventilating system(s) of all environmentally controlled confinement buildings at that "insured location".

FR41 (01/18) Page 7 of 8

© 2015, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

3) The functionality and effectiveness of the alarm system and the auxiliary generator(s) must be tested each month.

c.  As respects this Farm Equipment Breakdown Coverage only, and with the exception of the Loss Settlement condition found in a Loss of Farm Income and Farm Extra Expense endorsement, if part of this policy, the Loss Settlement Condition in the FR1 is deleted and replaced with the following:

Loss Settlement

We will determine the value of Covered Property as follows:

1) Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:
   a) The cost to repair the damaged property;
   b) The cost to replace the damaged property on the same site;
   c) The amount you actually spend that is necessary to repair or replace the damaged property; or
   d) The applicable Limit of Insurance.

2) The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used or reconditioned parts, equipment or property.

3) Except as described in 4) below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

4) Environmental, Safety and Efficiency Improvements
   If "covered farm equipment" requires replacement due to a "farm equipment breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer for people, or more energy or water efficient than the equipment being replaced.
   However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to the replacement of component parts or to any property to which actual cash value applies and does not increase any of the applicable limits.

5) The following property will be valued on an actual cash value basis:
   a) Any property that does not currently serve a useful or necessary function for you; and
   b) Any Covered Property that you do not repair or replace within 24 months after the date of the "farm equipment breakdown";
   Actual cash value includes deductions for depreciation.

6) If loss or damage to "covered farm equipment" is also covered by a "service agreement", any amount payable for such loss or damage under this endorsement will be excess over any amount payable under such "service agreement".

7) If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:
   a) The property was manufactured by you;
   b) The sales price of the property is less than the replacement cost of the property; or
   c) You are unable to replace the property before its anticipated sale.

8) Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:
   a) For mass-produced and commercially available software, at the replacement cost;
   b) For all other "data" and "media", at the cost of blank media for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

6.  LIMIT OF INSURANCE
The most we will pay for loss, damage or expense under this Farm Equipment Breakdown Coverage arising from any "one farm equipment breakdown" is the applicable Limit of Insurance shown on the Declarations. Coverage provided under this Farm Equipment Breakdown Coverage does not provide an additional amount of insurance.

All other provisions of this policy apply.

This endorsement is a part of the policy when the form number is shown on the Declarations.

© 2015, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# IDENTITY FRAUD EXPENSE COVERAGE

**DEFINITIONS**
With respect to the provisions of this endorsement only, the following definitions are added:

1. "Identity fraud" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "insured" with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.
2. "Expenses" means:
   a. Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.
   b. Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.
   c. Lost income resulting from the time taken off work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum payment of $200 per day. Total payment for lost income is not to exceed $5,000.
   d. Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information.
   e. Reasonable attorney fees incurred as a result of "identity fraud" to:
      1) Defend lawsuits brought against an "insured" by merchants, financial institutions or their collection agencies;
      2) Remove any criminal or civil judgments wrongly entered against an "insured"; and
      3) Challenge the accuracy or completeness of any information in a consumer credit report.
   f. Charges incurred for long distance telephone calls to merchants, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity fraud".

The following Additional Coverage is added under Section I:

**IDENTITY FRAUD EXPENSE**
We will pay up to $15,000 for "expenses" incurred by an "insured" as the direct result of any one "identity fraud" first discovered or learned of during the policy period.
Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an "insured", is considered to be one "identity fraud", even if a series of acts continues into a subsequent policy period.
This coverage is additional insurance.

**EXCLUSIONS**
The following additional exclusions apply to this coverage:
We do not cover:
1. Loss arising out of or in connection with a "business", except a "business" insured under this Farm and Ranch Policy.
2. "Expenses" incurred due to any fraudulent, dishonest or criminal act by an "insured" or any person aiding or abetting an "insured", or by any authorized representative of an "insured", whether acting alone or in collusion with others.
3. Loss other than "expenses".

**SPECIAL DEDUCTIBLE**
We will pay only that part of the loss that exceeds $500. No other deductible applies to "identity fraud" expenses coverage.

**SECTION I - CONDITION**
2. Your Duties After Loss
The following is added:
Send to us, within 60 days after our request, receipts, bills or other records that support your claim for "expenses" under "identity fraud" coverage.

All other provisions of this policy apply.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OIL OR GAS OPERATIONS EXCLUSION

Coverage for "bodily injury", "property damage", "personal injury" or "advertising injury" provided under SECTION II – COMPREHENSIVE FARM LIABILITY does not apply to any loss or damage arising out of liability, imposed upon the "insured" by law or assumed by the "insured" under contract, from oil or gas operations whether conducted on or away from an "insured location". This oil or gas operations exclusion applies to but is not limited to loss or damage arising in whole or in part from the following:

1. Any type of oil or gas drilling operation including horizontal, extended reach, multilateral or complex path;
2. Hydraulic fracturing, sometimes referred to as fracking or hydrofracking, and gas fracturing;
3. Flowback, meaning any substance containing hydraulic fracturing fluid, brought to the surface with water which includes but is not limited to proppant, hydraulic fracturing fluid additives, hydrocarbon compounds, salts, conventional pollutants, organics, metals and naturally occurring radioactive material;
4. Fire, explosion, or smoke damage as the result of the drilling of a well, production from a well, closing down a well, or use of a well for wastewater injection.
5. Handling, transporting, storage or release of oil or gas produced including the burning off of gas at the well site;
6. Handling, transporting, storage, release or disposal of flowback or other fluids or compounds used in the drilling process;
7. Movement in any direction of earth or land arising in whole or in part out of any operations involving substances under pressure being pumped underground with the objective of creating fractures in geological formations to facilitate the release and extraction of hydrocarbons, including but not limited to, oil or natural gas;
8. Movement in any direction of earth or land arising in whole or in part out of any operations involving wastewater injection where waste fluids from oil or gas production are pumped underground for the purpose of disposal;
9. Actual, alleged, or threatened pollution from any activity related to oil or gas operations whether from exploration, production or closing down a well, either above or below ground or into a body of water, including the emission, discharge, release, disposal, seepage, migration or escape of flowback, drilling fluid, oil, gas or other fluid or contaminants from any oil or gas well, storage tank, sludge pit, or other similar containment methods;
10. Any claim, suit, loss, cost or expense arising in whole or in part from a request, demand, judgment or order that any "insured" or others abate, test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of "pollutants" from oil or gas operations, including but not limited to, hydraulic fracturing, gas fracturing or flowback;
11. For any claim or suit by or on behalf of a government authority or any private party for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants" from an oil or gas operations, including but not limited to, hydraulic fracturing, gas fracturing or flowback;
12. Loss of hole or in-hole equipment (including fishing expenses), or any expenses incurred to regain control of any oil or gas well;
13. Loss of or damage to any of the following:
    a. Oil, gas, water or other mineral substances which have not been reduced to physical possession above the surface of the earth; or
    b. Any well, hole, formation, strata, or area in or through which exploration for or production of any substance is carried on;
14. Arising out of the destruction from a blowout of or cratering of any oil or gas well;
15. Loss of use of drilling tools, pipes, collars, supplies, machinery, and equipment leased by or rented to, or in the care, custody and control of any "insured";
16. Resulting from subsidence including sinkholes;
17. Resulting from damages, destruction or loss of use of drilling rigs, and/or equipment used in drilling operations by or on behalf of any "insured", independent contractors, or any subcontractors.

The provisions of this exclusion do not apply to loss or damage rising from oil, gasoline, diesel fuel, natural gas, propane, methane from animal waste (whether used to generate electricity or not), or other similar fuels or lubricants used in or stored for use in the "insureds" "farming" operation and which are not used for any oil or gas operation described herein.

All other provisions of this policy apply. This endorsement is a part of the policy when the form number is shown on the Declarations.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PRIVATE POWER AND LIGHT POLES
## INCREASED LIMITS

For an added charge the amount of coverage provided under SECTION I – ADDITIONAL COVERAGES for Private Power and Light Poles is increased to the amount shown on the Declarations.

All other provisions of this policy apply.

This endorsement is part of the policy when the form number is shown on the Declarations.

FR32 (01/18) Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# REPLACEMENT COST
## COVERAGE C - PERSONAL PROPERTY

For an added charge, coverage under Coverage C - Personal Property is extended to include the full cost of repair or replacement after application of the deductible and without deduction for depreciation.

We will not cover the following property on a replacement cost basis;
1.  Antiques, fine arts, paintings and similar articles of rarity or antiquity;
2.  Memorabilia, souvenirs, collectors' items and similar articles whose age or history contribute to its value;
3.  Articles that are outdated or obsolete;

We will pay no more than the smallest of the following amounts;
1.  Replacement cost at time of loss without deduction for depreciation;
2.  The full cost of repair at time of loss;
3.  The applicable limit of Coverage C or
4.  Any special limits of liability stated in this policy.

We will not pay more than actual cash value for any loss or damage until actual repair or replacement is completed.

You may make claim for loss on an actual cash value basis and then make claim within 180 days after the loss for any additional coverage in accordance with this endorsement.

All other provisions of this policy apply.

This endorsement is a part of the policy when the form number is shown on the Declarations.

FR380 (01/18) Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# REPLACEMENT COST
### Farm Outbuildings and Structures

For an additional premium, we will pay for the full cost of repair or replacement after application of the deductible and without deduction for depreciation to damaged Coverage O – Farm Outbuildings and Structures designated on the Declarations, if the insurance in this policy on the damaged building is 80% or more of the replacement cost immediately before the loss.

We will not pay more for any loss or damage than the smallest of the following amounts:
1.  The limit of liability under this policy that applies to the building;
2.  The replacement cost of that part of the building damage for like construction and use on the same location; or
3.  The necessary amount actually spent to repair or replace the damaged building.


LOSS SETTLEMENT:

When the cost to repair or replace exceeds the lesser of $2500 or 5% of the applicable limit on the damaged building, we are not liable for more than the actual cash value of the loss until actual repair or replacement is completed.

You may make a claim for the actual cash value amount of the loss before repairs are made. A claim for any additional amount payable under the provision must be made within 180 days after the loss.

If, at the time of loss, the applicable limit on the damaged building is less than 80% of the full replacement cost, we will pay the greater of the following amounts, but not more than the insurance under this policy that applies to the damaged building:
1.  The actual cash value of that part of the building damaged; or
2.  That proportion of the cost to repair or replace, after the application of deductible and without deduction for depreciation, that part of the building damaged, which the total insurance in this policy on the damaged policy on the damaged building bears to 80% of the replacement cost of the building.

SPECIAL PROVISION FOR HAIL LOSSES TO METAL ROOFS OR METAL SIDING

A special loss settlement provision is applicable to Farm Outbuildings and Structures under Coverage O which have metal roofs or metal siding. The most we will pay in any one occurrence for loss or damage to aluminum, steel, tin or other metal roofing or siding (including related roofing or siding components) caused directly or indirectly by hail or wind driven hail is 25% of the total cost to repair or replace the damaged part(s) of the building or structure less any applicable deductible. However, upon completion of the repair or replacement of the damaged part of the building or structure caused by hail or wind driven hail, this special provision no longer applies.


All other provisions of this policy apply.

This endorsement is a part of the policy when the form number is shown on the Declarations.


FR381 (01/24) Page 1 of 1

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

## PERCENTAGE WINDSTORM/HAIL DEDUCTIBLE

If shown on the Declarations a percentage windstorm/hail deductible applies to loss or damage to Coverage A - Dwelling, Coverage B - Private Structures, and Coverage O – Farm Outbuildings and Structures caused directly or indirectly by windstorm or hail, regardless of any other cause of loss or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than windstorm or hail occurs, and that loss or damage would not have occurred but for windstorm or hail, such loss or damage shall be considered to be caused by windstorm or hail and therefore part of the windstorm or hail "occurrence".

A windstorm/hail deductible is calculated separately for, and applies separately to each building. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage of the limit of coverage at the time of loss for any given structure covered under Coverage A - Dwelling, Coverage B - Private Structures, and Coverage O – Farm Outbuildings and Structures caused by windstorm or hail.

We will not pay for loss or damage caused by windstorm or hail in any one "occurrence" until the amount of loss or damage exceeds the applicable deductible. We will then pay only the amount of the loss or damage in excess of the deductible up to the limit of coverage. When an "occurrence" affects two or more structures, each calculated percentage windstorm/hail deductible will be applied separately to each building.

When an "occurrence" affects both structures that are not subject to the windstorm or hail deductible and structures that are subject to the windstorm or hail deductible, the applicable deductible will be the greater of:
1) The sum of all calculated windstorm or hail deductibles for structures that are subject to the windstorm or hail deductible; or
2) The highest all peril deductible of all of the damaged structures which are not subject to the windstorm or hail deductible; or
3) If 1) and 2) above are equal then only apply the sum of the percentage windstorm/hail deductibles.

All other provisions of this policy apply.

This endorsement is a part of the policy when the form number is shown on the Declarations.

**Examples – Application of Deductible**

| Dwelling/Outbuilding Number | Amount of Insurance | All-Peril Deductible | Wind/Hail Deductible |
|---|---|---|---|
| 1 | $700,000 | $1,000 | 1% |
| 2 | $300,000 | $1,000 | 2% |
| 3 | $150,000 | $1,000 | None |
| 4 | $80,000 | $500 | None |
| 5 | $1,000,000 | $2,500 | 2% |
| 6 | $60,000 | $500 | 1% |
| 7 | $100,000 | $500 | 1% |

**Example 1:** Dwelling 1 & 2 damaged due to a single wind event.
Damages: Dwelling 1 = $20,000; Dwelling 2 = $3,000

Deductible Calculation
Dwelling 1: $700,000 x 1% = $7,000
Dwelling 2: $300,000 x 2% = $6,000

Loss Payment:
Dwelling 1: $20,000 - $7,000 = $13,000
Dwelling 2: $0 (loss not above calculated deductible of $6,000)

**Example 2:** Dwelling 1 & 3 damaged due to a single wind event.

FR140 01/23 Page 1 of 2

Damages:  Dwelling 1 = $20,000; Dwelling 3 = $3,000

Deductible Calculation
Dwelling 1: $700,000 x 1% = $7,000
Dwelling 3: $1,000

Loss Payment
Dwelling 1: $20,000 - $7,000 = $13,000
Dwelling 3: $3,000 - $0 = $3,000

**Example 3:**  Dwelling 1, 2, 3, 4 & 5 damaged due to a single wind event .
Damages:
Dwelling 1 = $4,000; Dwelling 2 = $15,000; Dwelling 3 = $8,000; Dwelling 4 = $4,000; Dwelling 5 = $400,000

Deductible Calculation
Dwelling 1: $700,000 x 1% = $7,000
Dwelling 2: $300,000 x 2% = $6,000
Dwelling 3: $1,000
Dwelling 4: $500
Dwelling 5: $1,000,000 x 2% = $20,000
The calculated Dwelling 1, Dwelling 2 and Dwelling 5 windstorm/hail deductibles are greater than the all peril deductibles for Dwelling 3 and Dwelling 4, therefore the all peril deductibles for Dwelling 3 and Dwelling 4 are not applicable.

Loss Payment
Dwelling 1:  $0 (loss not greater than $7,000 deductible)
Dwelling 2:  $15,000 - $6,000 = $9,000
Dwelling 3 & Dwelling 4: $8,000 + $4,000 - $0 = $12,000
Dwelling 5:  $400,000 - $20,000 = $380,000

**Example 4:** Dwelling 3 & 6 damaged due to a single wind event.
Damages:
Dwelling 3 = $3,000; Dwelling 6 = $8,000

Deductible Calculation
Dwelling 3: $1,000
Dwelling 6: $60,000 x 1% = $600
The all peril deductible for Dwelling 3 of $1,000 is greater than the calculated Dwelling 6 windstorm/hail deductible, therefore, the all peril deductible applies.

Loss Payment
Dwelling 3: $3,000 - $1,000 = $2,000
Dwelling 6: $8,000 - $0 = $8,000

**Example 5:** Dwelling 3 & 7 damaged due to a single wind event.
Damages:
Dwelling 3 = $10,000; Dwelling 7 = $12,000

Deductible Calculation
Dwelling 3: $1,000
Dwelling 7 $100,000 x 1% = $1,000
Since the calculated $1000 windstorm/hail deductible is equal to the $1000 all peril deductible only the $1000 windstorm / hail deductible applies.

Loss Payment
Dwelling 3: $10,000 - $0 = $10,000
Dwelling 7: $12,000 - $1,000 = $11,000

FR140 01/23 Page 2 of 2

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES

**A.**   In accordance with AR. Code ANN. § 23-88-106, we are providing notice of the following:

Unless otherwise provided by this policy, we may deduct expense depreciation. Expense depreciation is defined as depreciation, including but not limited to the cost of goods, materials, labor and services necessary to replace, repair or rebuild damaged property.

If expense depreciation is applied to a loss for damaged property, the insurer shall provide a written explanation as to how the expense depreciation was calculated.

**B.**   Section I Conditions 13. Mortgage and Lender's Loss Payable Clause c., paragraph 2 is replaced with the following:
If we decide to cancel this policy the mortgagee or lender will be notified:
a)   At least 10  days before the date cancellation takes effect if we cancel for nonpayment of premium; or
b)   At least 20 days before the date cancellation takes effect in all other cases.
If we decide not to renew this policy, the mortgagee or lender will be notified at least 60 days before the nonrenewal takes effect.

**C.**   General Conditions 6. Nonrenewal is replaced with the following:
6. Nonrenewal. We may elect not to renew this policy.  We may do so by delivery to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 60 days before the expiration date of this policy.  Proof of mailing will be sufficient roof of notice.

**D.**   General Conditions 7. Cancellation. b. 2) and b.3) is replaced with the following:
2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason.
3) When this policy has been in effect 60 days or more or is a renewal policy, we may cancel only for one or more of the following reasons:
a)   Nonpayment of premium;
b)   Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy or in presenting a claim under the policy;
c)   The occurrence of a material change in the risk which substantially increases any hazard insured against after policy issuance;
d)   Violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property or its occupancy which substantially increases any hazard insured against under the policy.
e)   Nonpayment of membership dues in those cases where our by-laws, agreements or other legal instruments require payment as a condition of the issuance and maintenance of the policy; or
f)   A material violation of a material provision of the policy.
Subject to paragraph 2) and 3). If we cancel for:
1) Nonpayment of premium, we will mail or deliver written notice of cancellation, stating the reason for cancellation, to the first Named Insured and any lienholder or loss payee named in the policy at least 10 days before the effective date of cancellation.
2) Any other reason, we will mail or deliver notice of cancellation to the first named insured and any lienholder or loss payee named in the policy at least 20 days before the effective date of the cancellation.

**E.**   The following is added to the General Conditions 9. Subrogation:
We will be entitled to recovery only after the insured has been fully compensated for the loss or damage sustained

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES – TERRORISM

This endorsement modifies insurance provided under the following:

    Farm and Ranch Policy

With respect to coverage provided under this Coverage Part or Coverage Form, any exclusion or limitation relating to terrorism, or any amendment to or replacement of such exclusion or limitation, does not apply to any dwelling ("dwelling"), other private structures appurtenant to the dwelling ("dwelling"), household personal property or to an insured's ("insured's") personal or non-business (non-"business") activities covered under that Coverage Part or Coverage Form.

Includes copyrighted material of Insurance Services, Inc., with its permission. ☐

This page is intentionally left blank



**STATE AUTO**
Insurance Companies

# Application for Insurance
### Farm and Ranch Policy

#### New Business

*Kavan Maybee Insurance Agency Inc*
*107 Younes Dr*
*Harrison, AR 72601-2228*
*(870) 741-1823*

## Total Policy Premium
## $12,497.33

**Named Insured and Mailing Address:**

ERIC PERKEY
576 Puckett Rd
CAVE CITY, AR 72521

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 10147389FR | 09/09/22 - 09/09/23 | State Automobile Mutual Insurance Company |



**StateAuto.com**

**Questions?**

Visit us at **StateAuto.com**
or call **(800) 288-4425 for
customer service.**

**Contact your independent
agent at (870) 741-1823.**

## Farm and Ranch Information

| Primary Farm Type | Entity Type |
|---|---|
| Confinement | Sole Proprietorship / Individual |

In return for the payment of the premium when due, and subject to all the terms of the policy, we agree with you to provide the insurance as stated by this policy. This premium may be subject to adjustment.

Issue Date: 09/07/2022
APP-FR (01/18)

Agency 0111707

 **STATE AUTO** Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $12,497.33**

## Location Details

| Location # | Address | County |
|---|---|---|
| 1 | 576 Puckett Rd, Cave City, AR 72521 | SHARP |
| 2 | 987 Grange Rd, Cave City, AR 72521 | SHARP |
| 3 | 195 Flat Rock Rd, Cave City, AR 72521 | SHARP |

# Property Coverages

*Coverages provided by your Farm and Ranch Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.*

### Location 1: 576 PUCKETT RD
### CAVE CITY, AR 72521-9389

*County: SHARP*

| Dwelling 1: | Residence Type: Single Family Dwelling | Year Built: 1994 | Occupancy: Owner Occupied |
|---|---|---|---|
| All Peril Deductible: $1,000 | | | Windstorm/Hail Deductible: N/A |

| Coverage | Loss Settlement | Perils | Limit | Premium |
|---|---|---|---|---|
| A. Dwelling | Replacement Cost | Special | 100% of Replacement Cost - $214,178 | $2,551.64 |
| B. Private Structures | Replacement Cost | Special | $21,418 | Included |
| C. Personal Property | Replacement Cost | Broad | $149,925 | $224.12 |
| D. Loss of Use | | | $64,253 | Included |

### Additional Options

| Coverage | General Information | Limit | Premium |
|---|---|---|---|
| Backup of Sewers and Drains | | $10,000 | $39.30 |
| **Location 1 - Total Dwelling Premium** | | | **$2,815.06** |

### Farm Structures

| Bldg | Structure Type | Year | Limit | Perils | All Peril Deductible | Windstorm/Hail Deductible | Premium |
|---|---|---|---|---|---|---|---|
| 1 | One-Story Layer | 2004 | $300,000 | Broad | $5,000 | N/A | $2,071.90 |
| 2 | One-Story Layer | 2004 | $300,000 | Broad | $5,000 | N/A | $2,071.90 |
| 3 | Bulk Fertilizer Storage - LITTER SHED | 2004 | $40,000 | Broad | $2,500 | N/A | $386.05 |
| 4 | Barn Special Purpose - COMPOST BUILDING | 2004 | $25,000 | Broad | $2,500 | N/A | $268.35 |

 **STATE AUTO**
Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $12,497.33**

| Bldg | Structure Type | Year | Limit | Perils | All Peril Deductible | Windstorm/Hail Deductible | Premium |
|---|---|---|---|---|---|---|---|
| 5 | Well Pump - WELL HOUSE AND WELL PUMP | | $22,000 | Broad | $1,000 | N/A | $315.08 |
| 6 | Farm Implement Shed - SHOP BUILDING | 2004 | $40,000 | Broad | $2,500 | N/A | $376.22 |
| 7 | Barn Special Purpose - BARN | 2004 | $30,000 | Broad | $5,000 | N/A | $243.26 |
| 8 | Not Otherwise Classified - GENERATOR AND GENERATOR SHED | 2004 | $39,000 | Broad | $1,000 | N/A | $749.80 |

## Additional Options

| Coverage | General Information | Applies to building | Premium |
|---|---|---|---|
| Replacement Cost | | 1, 2, 5, 8 | |
| Cosmetic Loss or Damage to Metal Roof Exclusion | | 1, 2, 3, 4, 6, 7, 8 | |

| Discounts/Surcharges | | Applies to building |
|---|---|---|
| Smart / Connected Structure | 1, 2, 8 | |
| Protective Devices Credit | 1, 2, 8 | |

| Location 1 Total Farm Structure Premium | | | $6,482.56 |
|---|---|---|---|

## Location 2: 987 GRANGE RD
## CAVE CITY, AR 72521-9386

**County: SHARP**

### Farm Structures

| Bldg | Structure Type | Year | Limit | Perils | All Peril Deductible | Windstorm/Hail Deductible | Premium |
|---|---|---|---|---|---|---|---|
| 1 | One-Story Layer | 2015 | $378,000 | Broad | $5,000 | N/A | $1,816.33 |
| 2 | Bulk Fertilizer Storage - LITTER SHED | 2015 | $40,000 | Broad | $2,500 | N/A | $359.12 |
| 3 | Well Pump - WELL PUMP AND WELL HOUSE | | $22,000 | Broad | $1,000 | N/A | $315.08 |

## Additional Options

| Coverage | General Information | Applies to building | Premium |
|---|---|---|---|
| Replacement Cost | | 1, 2, 3 | |
| Cosmetic Loss or Damage to Metal Roof Exclusion | | 1, 2 | |

| Discounts/Surcharges | | Applies to building |
|---|---|---|
| Smart / Connected Structure | 1 | |

 **STATE AUTO** Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $12,497.33**

| Discounts/Surcharges | | Applies to building |
|---|---|---|
| Protective Devices Credit | 1 | |
| **Location 2 Total Farm Structure Premium** | | **$2,490.53** |

### Scheduled Farm Personal Property

| Class | Description | Replacement Cost | Deductible | Limit | Premium |
|---|---|---|---|---|---|
| Miscellaneous Equipment | MISCELLANEOUS TOOLS AND EQUIP | | $1,000 | $10,000 | $144.45 |
| **Total Farm Personal Property Premium** | | | | | **$144.45** |

## Liability Coverages

*Coverages provided by your Farm and Ranch Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.*

**Total Acreage: 119**

| Coverage | General Information | Premium |
|---|---|---|
| G.  Farm Personal Liability | $1,000,000 / $2,000,000 per Occurrence/ Aggregate Limit | Included |
| H.  Medical Payments to Others | $5,000 each person | Included |
| I.  Farm Employers Liability<br>J.  Farm Employees' Medical Payments | # of Full-Time (working 181-365 days): 1<br># of Part-Time (working 41-180 days): 1<br># of Short-Time (working 1-40 days): 1 | $405.27 |
| **Total Liability Premium** | | **$405.27** |

## Policy Options - Property

| Coverage | General Information | Deductible | Limit | Premium |
|---|---|---|---|---|
| Farm Equipment Breakdown | | | | $159.46 |
| Identity Fraud Expense | | | | N/A |
| Private Power and Light Poles Increased Limits | | | $2,500 | $0.00 |
| Exclusion of Terrorism | | | | N/A |
| **Total Policy Options Property Premium** | | | | **$159.46** |



**Policy Number: 10147389FR**
**Total Policy Premium $12,497.33**

## Policy Options - Liability

*Coverages shown below are provided at a limit of $1,000,000  per occurrence /  $2,000,000 aggregate unless otherwise noted*

| Coverage | General Information | Limit | Premium |
|---|---|---|---|
| Exclusion of Terrorism | | | NA |

| Total Policy Options Liability Premium | |
|---|---|


**STATE AUTO**
Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $12,497.33**

# Insured Statements

Applicant attests that all of the following statements are true:

- During the prior five (5) years, for any premises or operations, has any Policy or Coverage been declined, cancelled or non-renewed for reasons other than, 'agency no longer represents carrier'? -No
- How many claims has the applicant had in the last five (5) years? (excluding earthquake, sinkhole, and flood losses) -0
- Prior Carrier? -nu
- Do any of these situations apply? -No
  - During the last five (5) years, has any applicant had a foreclosure, repossession, bankruptcy or filed for bankruptcy?
  - During the last five (5) years, has any applicant had a judgment or lien?
  - During the last five (5) years, has any applicant been indicted or convicted of any degree of crime of fraud, bribery, arson or any arson related crime?
- Do you operate a farm which includes any of the following? -No
  - Animal rehabilitation/ Rescue operations
  - Auction/Sale Barn
  - Commercial grain elevators, public grain warehouses and feed mills
  - Freezing or dehydrating plant
  - Furbearing or exotic animals
  - Lodges, resorts, dude ranches, outfitters
  - Premises used for recreational purposes such as camping, hunting clubs and events
  - Ownership of a dog with a previous bite history or aggressiveness
- Livestock or Confinement or Dairy - Do you operate a farm which includes any of the following? -No
  - Any animal by-products fed to livestock
  - Diseased animals kept with the rest of the herd
  - Applicant slaughters, butchers or otherwise prepares a product for any "end consumer"
  - Applicant is a cattle dealer
  - Applicant sells raw milk to the public
  - During the last five (5) years has the applicant had any environmental violations assessed?
- Horses  - Do you operate a farm which includes any of the following? -N/A
  - Racing activities (except barrel racing)
  - Repair riding equipment for others
  - High jump training
  - Therapeutic riding (e.g. for the rehabilitation of disadvantaged youth and/or the mentally or physically disabled)
  - Incarcerated individuals involved in the care and training
  - Outside activities such as polo matches, rodeos, pulling contests, parades and eventing (dressage not performed by insured on his/her own horse, cross-country and show-jumping)
- Fruits/Vegetables/Nuts - Do you operate a farm which includes any of the following? -N/A
  - Customers use ladders or other equipment for off ground picking
- Christmas Tree - Do you operate a farm which includes any of the following? -N/A
  - Customers allowed to use an ax, hatchet or power saw
- Equipment Breakdown Coverage - In regards to Equipment Breakdown does the applicant have any of the following?:testuv -No
- # of Public Events On Premisestest -N/A
- # of Public Events Off Premisestest -N/A
- Total # of Participants at Public Eventstest -N/A
- Total # of Spectators at Public Eventstest -N/A



**STATE AUTO**
Insurance Companies

*Policy Number: 10147389FR*
*Total Policy Premium $12,497.33*

- Equipment Breakdown Coverage - In regards to Equipment Breakdown does the applicant have any of the following?:test     -No
  - Is there more than $25,000,000 in property coverage at any one location (excluding dwellings)
  - Locations outside of the United States
  - Facilities producing methane used to generate electrical power for public use
  - An equipment breakdown loss greater than $25K
  - Two or more equipment breakdown losses in a 24 month period
  - Any type of activity (regardless of class or value) that is engaged in the generation of power unless providing emergency or stand-by power
- Does the insured participate in a community supported agriculture program?test     -No
- Animal Suffocation Coverage - Do all buildings to which animal suffocation applies have a manual standby generating system? (Answering 'No' to this question will remove Animal Suffocation Coverage.)test     -N/A
- Are there any activities other than general farming activities performed by the insured?     -No
- Is there an airstrip on the premises?     -No
- 576 PUCKETT RD, CAVE CITY, AR, 72521-9389, Does the dwelling have a hot tub or spa?     -N/A
- 576 PUCKETT RD, CAVE CITY, AR, 72521-9389, Is this home rented to others on short term basis?     -N/A
- Location 1, Dwelling 1, Does the dwelling have a Federal Pacific Stab-Lok circuit breaker?     -No
- 2, 1, One-Story Layer - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 1, 1, One-Story Layer - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 2, 2, Bulk Fertilizer Storage, LITTER SHED - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 1, 2, One-Story Layer - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 1, 3, Bulk Fertilizer Storage, LITTER SHED - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 2, 3, Well Pump, WELL PUMP AND WELL HOUSE - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 1, 4, Barn Special Purpose, COMPOST BUILDING - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 1, 5, Well Pump, WELL HOUSE AND WELL PUMP - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 1, 6, Farm Implement Shed, SHOP BUILDING - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 1, 7, Barn Special Purpose, BARN - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 1, 8, Not Otherwise Classified, GENERATOR AND GENERATOR SHED - Is there any exposed foam insulation in the confinement buildings?     -N/A
- 2, 1, One-Story Layer, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 1, 1, One-Story Layer, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 2, 2, Bulk Fertilizer Storage, LITTER SHED, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 1, 2, One-Story Layer, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 1, 3, Bulk Fertilizer Storage, LITTER SHED, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 2, 3, Well Pump, WELL PUMP AND WELL HOUSE, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 1, 4, Barn Special Purpose, COMPOST BUILDING, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 1, 5, Well Pump, WELL HOUSE AND WELL PUMP, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 1, 6, Farm Implement Shed, SHOP BUILDING, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 1, 7, Barn Special Purpose, BARN, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 1, 8, Not Otherwise Classified, GENERATOR AND GENERATOR SHED, Is there open firing inside the structure? (Tobacco curing)     -N/A
- 2, 1, One-Story Layer, Does the farm structure have a solid fuel heating device?     -N/A
- 1, 1, One-Story Layer, Does the farm structure have a solid fuel heating device?     -N/A
- 2, 2, Bulk Fertilizer Storage, LITTER SHED, Does the farm structure have a solid fuel heating device?     -N/A
- 1, 2, One-Story Layer, Does the farm structure have a solid fuel heating device?     -N/A
- 1, 3, Bulk Fertilizer Storage, LITTER SHED, Does the farm structure have a solid fuel heating device?     -N/A
- 2, 3, Well Pump, WELL PUMP AND WELL HOUSE, Does the farm structure have a solid fuel heating device?     -N/A
- 1, 4, Barn Special Purpose, COMPOST BUILDING, Does the farm structure have a solid fuel heating device?     -N/A
- 1, 5, Well Pump, WELL HOUSE AND WELL PUMP, Does the farm structure have a solid fuel heating device?     -N/A
- 1, 6, Farm Implement Shed, SHOP BUILDING, Does the farm structure have a solid fuel heating device?     -N/A
- 1, 7, Barn Special Purpose, BARN, Does the farm structure have a solid fuel heating device?     -N/A



**Policy Number: 10147389FR**
**Total Policy Premium $12,497.33**

| | |
|---|---|
| • 1, 8, Not Otherwise Classified, GENERATOR AND GENERATOR SHED, Does the farm structure have a solid fuel heating device? | -N/A |
| • 2, 1, One-Story Layer, Is all wiring within the confinement area in PVC conduit or UF cable? | -Yes |
| • 1, 1, One-Story Layer, Is all wiring within the confinement area in PVC conduit or UF cable? | -Yes |
| • 2, 2, Bulk Fertilizer Storage, LITTER SHED, Is all wiring within the confinement area in PVC conduit or UF cable? | -N/A |
| • 1, 2, One-Story Layer, Is all wiring within the confinement area in PVC conduit or UF cable? | -Yes |
| • 1, 3, Bulk Fertilizer Storage, LITTER SHED, Is all wiring within the confinement area in PVC conduit or UF cable? | -N/A |
| • 2, 3, Well Pump, WELL PUMP AND WELL HOUSE, Is all wiring within the confinement area in PVC conduit or UF cable? | -N/A |
| • 1, 4, Barn Special Purpose, COMPOST BUILDING, Is all wiring within the confinement area in PVC conduit or UF cable? | -N/A |
| • 1, 5, Well Pump, WELL HOUSE AND WELL PUMP, Is all wiring within the confinement area in PVC conduit or UF cable? | -N/A |
| • 1, 6, Farm Implement Shed, SHOP BUILDING, Is all wiring within the confinement area in PVC conduit or UF cable? | -N/A |
| • 1, 7, Barn Special Purpose, BARN, Is all wiring within the confinement area in PVC conduit or UF cable? | -N/A |
| • 1, 8, Not Otherwise Classified, GENERATOR AND GENERATOR SHED, Is all wiring within the confinement area in PVC conduit or UF cable? | -N/A |
| • 2, 1, One-Story Layer, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -Yes |
| • 1, 1, One-Story Layer, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -Yes |
| • 2, 2, Bulk Fertilizer Storage, LITTER SHED, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -N/A |
| • 1, 2, One-Story Layer, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -Yes |
| • 1, 3, Bulk Fertilizer Storage, LITTER SHED, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -N/A |
| • 2, 3, Well Pump, WELL PUMP AND WELL HOUSE, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -N/A |
| • 1, 4, Barn Special Purpose, COMPOST BUILDING, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -N/A |
| • 1, 5, Well Pump, WELL HOUSE AND WELL PUMP, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -N/A |
| • 1, 6, Farm Implement Shed, SHOP BUILDING, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -N/A |
| • 1, 7, Barn Special Purpose, BARN, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -N/A |
| • 1, 8, Not Otherwise Classified, GENERATOR AND GENERATOR SHED, Are all junction boxes, switch boxes, outlets, panels and lighting fixtures non-metallic, dust-free and moisture proof? | -N/A |
| • 2, 1, One-Story Layer, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • 1, 1, One-Story Layer, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • 2, 2, Bulk Fertilizer Storage, LITTER SHED, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • 1, 2, One-Story Layer, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • 1, 3, Bulk Fertilizer Storage, LITTER SHED, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • 2, 3, Well Pump, WELL PUMP AND WELL HOUSE, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • 1, 4, Barn Special Purpose, COMPOST BUILDING, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • 1, 5, Well Pump, WELL HOUSE AND WELL PUMP, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • 1, 6, Farm Implement Shed, SHOP BUILDING, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • 1, 7, Barn Special Purpose, BARN, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • 1, 8, Not Otherwise Classified, GENERATOR AND GENERATOR SHED, Has farm structure had any prior solid fuel heating related losses? | -N/A |
| • Location 2, Structure 1, Does the structure have a Federal Pacific Stab-Lok circuit breaker? | -No |
| • Location 1, Structure 1, Does the structure have a Federal Pacific Stab-Lok circuit breaker? | -No |
| • Location 2, Structure 2, Does the structure have a Federal Pacific Stab-Lok circuit breaker? | -No |
| • Location 1, Structure 2, Does the structure have a Federal Pacific Stab-Lok circuit breaker? | -No |

 STATE AUTO
Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $12,497.33**

- Location 1, Structure 3, Does the structure have a Federal Pacific Stab-Lok circuit breaker?          -No
- Location 1, Structure 4, Does the structure have a Federal Pacific Stab-Lok circuit breaker?          -No
- Location 1, Structure 6, Does the structure have a Federal Pacific Stab-Lok circuit breaker?          -No
- Location 1, Structure 7, Does the structure have a Federal Pacific Stab-Lok circuit breaker?          -No
- Location 1, Structure 8, Does the structure have a Federal Pacific Stab-Lok circuit breaker?          -No



**Policy Number: 10147389FR**
**Total Policy Premium $12,497.33**

## NOTICE OF INSURANCE INFORMATION PRACTICES (PRIVACY)

Personal Information about you, including information from a credit or other investigative report, may be collected from persons other than you in connection with this application for insurance and subsequent amendments and renewals.
Such information as well as other personal and privileged information collected by us or our agents may in certain circumstances be disclosed to third parties without your authorization.
Credit scoring information may be used to help determine either your eligibility for insurance or the premium you will be charged. We may use a third party in connection with the development of your score.
You may have the right to review your personal information in our files and request correction of any inaccuracies.

You may also have the right to request in writing that we consider extraordinary life circumstances in connection with the development of your credit score. These rights may be limited in some states.

Please contact your agent or broker to learn how these rights may apply in your state or for instructions on how to submit a request to us for a more detailed description of your rights and our practices regarding personal information.

**APPLICABLE IN ARIZONA:**
As described in ARIZONA revised statute 20-2104(D), a credit report or other investigative report about you may be requested in connection with this application for insurance. Any information which we have or may obtain about you or other individuals listed as policyholders on our policy will be treated confidentially. However, this information, as well as other personal or privileged information subsequently collected, may under certain circumstances, be disclosed without prior authorization to non-affiliated third parties. We may also share such information with affiliated companies for such purposes as claims handling, servicing, underwriting and insurance marketing.

You have the right to see personal information collected about you, and you have the right to correct any information which may be wrong.

Also, pursuant to ARIZONA revised statute 20-2104(C), if you are interested in obtaining a complete description of our information practices, and your rights regarding information we collect, please write us at the address provided with your policy.

**APPLICABLE IN MASSACHUSETTS:**
Credit Scoring Information may be used to determine your eligibility for insurance but not for rating purposes.


**STATE AUTO**
Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $12,497.33**

## FRAUD STATEMENTS

**Applicable in AL, AR, MD and WV**
Any person who knowingly (or willfully)* presents a false or fraudulent claim for payment of a loss or benefit or knowingly (or willfully)* presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. *Applies in MD Only.

**Applicable in CO**
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Applicable in OK**
Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony.

**Applicable in KS:** Any person who commits a fraudulent insurance act is guilty of a crime and may be subject to restitution, fines and confinement in prison. A fraudulent insurance act means an act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer or insurance agent or broker, any written, electronic, electronic impulse, facsimile, magnetic, oral, or telephonic communication or statement as part of, or in support of, an application for insurance, or the rating of an insurance policy, or a claim for payment or other benefit under an insurance policy, which such person knows to contain materially false information concerning any material fact thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto.

**Applicable in KY, OH and PA:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading,information concerning any fact material there to commits a fraudulent insurance act,which is a crime and subjects such person to criminal and civil penalties.

**Applicable in TN and VA:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Applicable in UT:** Any person who knowingly presents false or fraudulent underwriting information, files or causes to be filed a false or fraudulent claim for disability compensation or medical benefits, or submits a false or fraudulent report or billing for health care fees or other professional services is guilty of a crime and may be subject to fines and confinement in state prison.



**STATE AUTO**
Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $12,497.33**

**NOTICE**

Please note that your initial premium payment for your first policy period is a pre-condition to your policy becoming effective and represents your acceptance of the policy.  If your premium payment is not received or does not clear for any reason, you will not have a policy or coverage.  For any premium payment to be valid and effective, your payment method must be received and cleared by the due date.

**APPLICANT'S STATEMENT**

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND REPRESENTS THAT REASONABLE INQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION.  THE UNDERSIGNED REPRESENTS HE/SHE HAS READ THE ABOVE APPLICATION AND ANY ATTACHMENTS.  HE/SHE DECLARES THAT THE INFORMATION PROVIDED IN THEM IS TRUE, COMPLETE AND CORRECT TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF. THIS INFORMATION IS BEING OFFERED TO THE COMPANY AS AN INDUCEMENT TO ISSUE THE POLICY FOR WHICH THE APPLICANT IS APPLYING.

THE UNDERSIGNED UNDERSTANDS THAT THE COVERAGES AND LIMITS SELECTED WILL APPLY TO ALL FUTURE POLICY RENEWALS, CONTINUATIONS AND CHANGES UNLESS HE/SHE NOTIFIES THE COMPANY OTHERWISE IN WRITING.

THE UNDERSIGNED EXPRESSLY REPRESENTS AND WARRANTS THAT HE/SHE IS DULY AUTHORIZED TO SIGN THIS APPLICATION ON BEHALF OF THE NAMED INSURED AND ALL INSUREDS.

*ERIC PERKEY signed on 2022-09-09T10:05: -0400*                                   *2022-09-09T10:05: -0400*
_____                          _____

**Applicant Signature**                                                            **Date**

*Includes copyright material of ACORD Corporation with its permission.*

# *ACORD*™ ARKANSAS PROPERTY SUPPLEMENT

| | |
|---|---|
| PRODUCER Kavan Maybee Insurance Agency Inc<br>107 Younes Dr<br>Harrison, AR 72601-2228<br>CODE: 0111707    SUB CODE: | APPLICANT/NAMED INSURED  ERIC PERKEY |
| | COMPANY: State Automobile Mutual Insurance Company    EFFECTIVE DATE<br>POLICY #:  10147389FR    09/09/2022 |

## DECLINATION OF RESIDENTIAL EARTHQUAKE COVERAGE

I HAVE BEEN ADVISED ABOUT THE AVAILABILITY OF RESIDENTIAL EARTHQUAKE INSURANCE THROUGH THE MARKET ASSISTANCE PROGRAM (MAP) AND/OR THE ARKANSAS EARTHQUAKE AUTHORITY AND/OR THE INSURANCE COMPANY TO WHICH I AM APPLYING.

I HEREBY CHOOSE **NOT** TO PURCHASE EARTHQUAKE COVERAGE IN ANY FORM, FROM ANY OF THE ABOVE SOURCES.

APPLICANT'S SIGNATURE    *ERIC PERKEY signed on 2022-09-09T10:05: -0400*    DATE    *2022-09-09T10:05: -0400*

ACORD 67 AR (2000/02)    © ACORD CORPORATION 2000

This page is intentionally left blank

# FCRA – POLICYHOLDER DISCLOSURE NOTICE

## STATE AUTO INSURANCE COMPANIES
## CORPORATE HEADQUARTERS
## 518 EAST BROAD STREET
## COLUMBUS, OHIO 43215

Date: 08/02/2024

Named Insured: ERIC PERKEY
576 Puckett Rd
CAVE CITY, AR 72521

Agent: Kavan Maybee Insurance Agency
Inc
107 Younes Dr
Harrison, AR 72601-2228

Policy: 10147389FR

Telephone: (870) 741-1823

Thank you for your business! Of all the options available to you, we appreciate the fact that you chose State Auto to provide your insurance protection.

We strive to provide quality coverage and service at a fair price. It is important to note that many factors are used to develop insurance premiums. Among those items is an insurance score based on credit information. The Fair Credit Reporting Act requires us to notify you that your policy premium may be adversely impacted as a result of information contained in your credit report.

If there are items that are adversely impacting the insurance score currently being applied to your policy, we will list the top four factors impacting your score below.

You have the right to know what is in your credit file and request a free copy of your report by contacting the organization that provided it within 60 days at the following address:

## LexisNexis Consumer Center
## P.O. Box 105108
## Atlanta, GA 30348-5108
## 1-800-456-6004

Or request the report through the Internet at: www.consumerdisclosure.com.

You will need to provide your report reference number with all correspondence.

Report Ref # 22230211717876

It is important to note that, while the above organization provided the information, it did not make the decision regarding its use and, therefore, cannot answer any questions regarding your insurance premium. However, you have the right to dispute incomplete or inaccurate information in your credit file. If you identify information that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See http://www.consumerfinance.gov/learnmore for an explanation for dispute procedures.

Sincerely,

Farm Underwriting

F-FCRA1 (0419) Page 1 of 1



**STATE AUTO**
Insurance Companies

# Common Policy Declaration
Farm and Ranch Policy
Amended Declaration

*Kavan Maybee Insurance Agency Inc*
*107 Younes Dr*
*Harrison, AR 72601-2228*
*(870) 741-1823*

## Total Policy Premium
## $16,640.82

**Named Insured and Mailing Address:**

*ERIC PERKEY*
*576 Puckett Rd*
*CAVE CITY, AR 72521*

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 10147389FR | 09/09/24 - 09/09/25 | State Automobile Mutual Insurance Company |

*The coverage and these declarations are effective at 12:01 a.m. standard time on 09/09/2024 at the above mailing address.*



**StateAuto.com**

**Questions?**

*Visit us at StateAuto.com or call (800) 288-4425 for customer service.*

**Contact your independent agent at (870) 741-1823.**

## *Reason(s) for Amendment Effective 09/09/2024*

*Premium Change: This change decreases the premium by $1,976.27 for the remainder of the policy period.*

- Changed Farm Type Confinement
- Changed Farm Type Livestock
- Changed 1 : Farm Dwelling DWELLING - Farm Location 1: 576 PUCKETT RD, CAVE CITY, AR, 72521-9389
- Changed 1 : Farm Structure One-Story Layer 2004 LAYER HOUSE - Farm Location 1: 576 PUCKETT RD, CAVE CITY, AR, 72521-9389
- Changed 2 : Farm Structure One-Story Layer 2004 LAYER HOUSE - Farm Location 1: 576 PUCKETT RD, CAVE CITY, AR, 72521-9389
- Changed 3 : Farm Structure Bulk Fertilizer Storage LITTER SHED 2004 LITTER SHED - Farm Location 1: 576 PUCKETT RD, CAVE CITY, AR, 72521-9389
- Changed 4 : Farm Structure Barn Special Purpose COMPOST BUILDING 2004 COMPOST SHED - Farm Location 1: 576 PUCKETT RD, CAVE CITY, AR, 72521-9389
- Changed 5 : Farm Structure Well Pump WELL HOUSE AND WELL PUMP WELL HOUSE AND WELL PUMP - Farm Location 1: 576 PUCKETT RD, CAVE CITY, AR, 72521-9389
- Changed 6 : Farm Structure Farm Implement Shed SHOP BUILDING 2004 SHOP BUILDING - Farm Location 1: 576 PUCKETT RD, CAVE CITY, AR, 72521-9389
- Changed 7 : Farm Structure Barn Special Purpose BARN 2004 BARN - Farm Location 1: 576 PUCKETT RD, CAVE CITY, AR, 72521-9389

*In return for the payment of the premium when due, and subject to all the terms of the policy, we agree with you to provide the insurance as stated by this policy. This premium may be subject to adjustment.*



**Policy Number: 10147389FR**
**Total Policy Premium $16,640.82**

- Changed 8 : Farm Structure Not Otherwise Classified GENERATOR AND GENERATOR SHED GENERATOR AND GENERATOR SHED - Farm Location 1: 576 PUCKETT RD, CAVE CITY, AR, 72521-9389
- Changed 2 : Farm Structure Bulk Fertilizer Storage LITTER SHED 2015 LITTER SHED - Farm Location 2: 987 GRANGE RD, CAVE CITY, AR, 72521-9386
- Changed 3 : Farm Structure Well Pump WELL PUMP AND WELL HOUSE WELL PUMP AND WELL HOUSE - Farm Location 2: 987 GRANGE RD, CAVE CITY, AR, 72521-9386

## *Farm and Ranch Information*

| Primary Farm Type | Entity Type |
|---|---|
| *Confinement* | *Sole Proprietorship / Individual* |

 **STATE AUTO**
Insurance Companies


**Policy Number: 10147389FR**
**Total Policy Premium $16,640.82**

## Location Details

| Location # | Address | County |
|---|---|---|
| 1 | 576 Puckett Rd, Cave City, AR 72521-9389 | SHARP |
| 2 | 987 Grange Rd, Cave City, AR 72521-9386 | SHARP |
| 3 | 195 Flat Rock Rd, Cave City, AR 72521-9565 | SHARP |

# Property Coverages

Coverages provided by your Farm and Ranch Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.

## Location 1: 576 PUCKETT RD
CAVE CITY, AR 72521-9389                                    *County: SHARP*

| Dwelling 1: | Residence Type: Single Family Dwelling | Year Built: 1994 | Occupancy: Owner Occupied |
|---|---|---|---|

All Peril Deductible: $2,500                                    Windstorm/Hail Deductible: N/A

| Coverage | Loss Settlement | Perils | Limit | Premium |
|---|---|---|---|---|
| A. Dwelling | Replacement Cost | Special | 100% of Replacement Cost - $247,580 | $3,015.96 |
| B. Private Structures | Replacement Cost | Special | $24,758 | Included |
| C. Personal Property | Replacement Cost | Broad | $173,306 | $252.30 |
| D. Loss of Use | | | $74,274 | Included |

### Additional Options

| Coverage | General Information | Limit | Premium |
|---|---|---|---|
| Backup of Sewers and Drains | | $10,000 | $39.30 |
| **Location 1 - Total Dwelling Premium** | | | **$3,307.56** |

### Farm Structures

| Bldg | Structure Type | Year | Limit | Perils | All Peril Deductible | Windstorm/Hail Deductible | Premium |
|---|---|---|---|---|---|---|---|
| 1 | One-Story Layer | 2004 | $332,282 | Broad | $5,000 | 2% of the Limit: $6,645 | $3,109.75 |
| 2 | One-Story Layer | 2004 | $332,282 | Broad | $5,000 | 2% of the Limit: $6,645 | $3,109.75 |
| 3 | Bulk Fertilizer Storage - LITTER SHED | 2004 | $42,292 | Broad | $5,000 | 5% of the Limit: $2,114 | $445.26 |
| 4 | Barn Special Purpose - COMPOST BUILDING | 2004 | $26,433 | Broad | $5,000 | 5% of the Limit: $1,321 | $306.45 |



**Policy Number: 10147389FR**
**Total Policy Premium $16,640.82**

| Bldg | Structure Type | Year | Limit | Perils | All Peril Deductible | Windstorm/Hail Deductible | Premium |
|------|---------------|------|-------|--------|---------------------|---------------------------|---------|
| 5 | Well Pump - WELL HOUSE AND WELL PUMP | | $24,513 | Broad | $2,500 | 5% of the Limit: $1,225 | $333.84 |
| 6 | Farm Implement Shed - SHOP BUILDING | 2004 | $42,292 | Broad | $5,000 | 5% of the Limit: $2,114 | $432.78 |
| 7 | Barn Special Purpose - BARN | 2004 | $31,719 | Broad | $5,000 | 5% of the Limit: $1,585 | $356.82 |
| 8 | Not Otherwise Classified - GENERATOR AND GENERATOR SHED | 2004 | $43,454 | Broad | $2,500 | 5% of the Limit: $2,172 | $807.36 |

**Additional Options**

| Coverage | General Information | Applies to building | Premium |
|----------|---------------------|---------------------|---------|
| Replacement Cost | | 5, 8 | |
| Cosmetic Loss or Damage to Metal Roof Exclusion | | 1, 2, 3, 4, 6, 7, 8 | |

| Discounts/Surcharges | | Applies to building | |
|----------------------|--|---------------------|--|
| Smart / Connected Structure | 1, 2, 8 | | |
| Protective Devices Credit | 1, 2, 8 | | |

| **Location 1 Total Farm Structure Premium** | | | **$8,902.01** |
|--|--|--|--|

## Location 2: 987 GRANGE RD
### CAVE CITY, AR 72521-9386

*County: SHARP*

### Farm Structures

| Bldg | Structure Type | Year | Limit | Perils | All Peril Deductible | Windstorm/Hail Deductible | Premium |
|------|---------------|------|-------|--------|---------------------|---------------------------|---------|
| 1 | One-Story Layer | 2015 | $421,172 | Broad | $5,000 | 1% of the Limit: $4,211 | $2,753.81 |
| 2 | Bulk Fertilizer Storage - LITTER SHED | 2015 | $44,568 | Broad | $5,000 | 5% of the Limit: $2,228 | $430.21 |
| 3 | Well Pump - WELL PUMP AND WELL HOUSE | | $24,513 | Broad | $2,500 | 5% of the Limit: $1,225 | $333.84 |

### Additional Options

| Coverage | General Information | Applies to building | Premium |
|----------|---------------------|---------------------|---------|
| Replacement Cost | | 1, 2, 3 | |
| Cosmetic Loss or Damage to Metal Roof Exclusion | | 1, 2 | |

| Discounts/Surcharges | | Applies to building | |
|----------------------|--|---------------------|--|
| Smart / Connected Structure | 1 | | |



**Policy Number: 10147389FR**
**Total Policy Premium $16,640.82**

| Discounts/Surcharges | | Applies to building |
|---|---|---|
| Protective Devices Credit | 1 | |
| Location 2 Total Farm Structure Premium | | $3,517.86 |

# Farm Personal Property

### Scheduled Farm Personal Property

| Class | Description | Replacement Cost | Deductible | Limit | Premium |
|---|---|---|---|---|---|
| Miscellaneous Equipment | MISCELLANEOUS TOOLS AND EQUIP | | $1,000 | $10,000 | $167.63 |
| Total Farm Personal Property Premium | | | | | $167.63 |

# Liability Coverages

Coverages provided by your Farm and Ranch Policy are described in the coverage forms and endorsements attached to your policy and identified in these declarations. The most we will pay for any occurrence is the greatest of the applicable limit of insurance shown below. Higher limits shown below supersede limits for the same coverage described in the coverage forms and endorsements.

**Total Acreage: 119**

| Coverage | General Information | Premium |
|---|---|---|
| G.  Farm Personal Liability | $1,000,000 / $2,000,000 per Occurrence/ Aggregate Limit | Included |
| H.  Medical Payments to Others | $5,000 each person | Included |
| I.  Farm Employers Liability<br>J.  Farm Employees' Medical Payments | # of Full-Time (working 181-365 days): 1<br># of Part-Time (working 41-180 days): 1<br># of Short-Time (working 1-40 days): 1 | $423.69 |
| Total Liability Premium | | $423.69 |

# Policy Options - Property

| Coverage | General Information | Deductible | Limit | Premium |
|---|---|---|---|---|
| Farm Equipment Breakdown | | | | $169.31 |
| Private Power and Light Poles Increased Limits | | | $2,500 | $0.00 |
| Identity Fraud Expense | | | | N/A |
| Exclusion of Terrorism | | | | N/A |
| Total Policy Options Property Premium | | | | $169.31 |



**Policy Number: 10147389FR**
**Total Policy Premium $16,640.82**

## Policy Options - Liability

*Coverages shown below are provided at a limit of $1,000,000 per occurrence / $2,000,000 aggregate unless otherwise noted*

| Coverage | General Information | Limit | Premium |
|---|---|---|---|
| *Fire Legal Liability Coverage* | | $100,000 | $0.00 |
| *Additional Residence Rented to Others(if Residence is not insured on this policy)* | 897 GRANGE RD CAVE CITY,AR 72521 3 Family Unit(s) Rented | | $50.92 |
| *Additional Residence Rented to Others(if Residence is not insured on this policy)* | 576 B PUCKETT RD CAVE CITY,AR 72521 3 Family Unit(s) Rented | | $50.92 |
| *Additional Residence Rented to Others(if Residence is not insured on this policy)* | 576 C PUCKETT RD CAVE CITY,AR 72521 3 Family Unit(s) Rented | | $50.92 |
| *Exclusion of Terrorism* | | | NA |

| **Total Policy Options Liability Premium** | **$152.76** |
|---|---|

## Policyholder Notices

| Number | Edition Date | Name |
|---|---|---|
| SOA001 | 11/23 | Statement of Account |
| SI 90 01 | 05/22 | Common Policy Jacket |
| F-FCRA1 | 04/19 | FCRA - Policyholder Disclosure Notice |
| FI2678 | 11/12 | Important Notice To Policyholder Statement Regarding Earthquake Coverage Arkansas |
| FN66 | 01/24 | Important Notice to Policyholders |
| FN14 | 10/23 | Important Notice to Policyholders Arkansas |
| FN59 | 10/23 | Important Notice to Policyholders Exclusion - PFC/PFAS |
| AU303 | 03/24 | Notice Of The Policies And Practices Of The Disclosure Of Nonpublic Personal Information |
| FR2650 | 02/22 | Policyholder Notice State Auto's Identity Theft Protection Program |
| AU370 | 06/20 | Special Contact Information For Arkansas Policyholders |

## Forms and Endorsements

| Number | Edition Date | Name |
|---|---|---|
| FR374 | 01/18 | Additional Residence Rented To Others |
| FR35 | 07/22 | Arkansas Changes |
| FR0181 | 01/18 | Arkansas Changes- Terrorism |



**STATE AUTO**
Insurance Companies

**Policy Number: 10147389FR**
**Total Policy Premium $16,640.82**

| Number | Edition Date | Name |
|--------|--------------|------|
| ILN016 | 09/03 | Arkansas Fraud Statement |
| FR588 | 01/18 | Back Up Of Sewers And Drains |
| FR139 | 02/22 | Cannabis Exclusion with Industrial Hemp Exception |
| FR4590 | 01/18 | Cosmetic Loss Or Damage To Metal Roof Exclusion |
| FR4701 | 10/23 | Exclusion - PFC/PFAS |
| FR4010 | 01/18 | Exclusion Of Terrorism |
| FR1 | 01/24 | Farm And Ranch Policy |
| FR41 | 01/18 | Farm Equipment Breakdown Coverage (Including Electric Circuitry Impairment) |
| FR455 | 01/18 | Identity Fraud Expense Coverage |
| AU97 | 04/04 | Important Notice |
| FR17 | 01/18 | Oil Or Gas Operations Exclusion |
| FR140 | 01/23 | Percentage Windstorm/Hail Deductible |
| FR32 | 01/18 | Private Power And Light Poles Increased Limits |
| FR380 | 01/18 | Replacement Cost Coverage C - Personal Property |
| FR381 | 01/24 | Replacement Cost Farm Outbuildings And Structures |

## *Mortgagee, its successors and/or assigns:*

| Name | Address | Loan# | Interest |
|------|---------|-------|----------|
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Dwelling 1: 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 1: OneStoryLayer; 2: 987 GRANGE RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 1: OneStoryLayer; 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 2: BulkFertilizerStorage; 2: 987 GRANGE RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 2: OneStoryLayer; 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 3: BulkFertilizerStorage; 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 4: BarnSpecialPurpose; 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 6: FarmImplementShed; 1: 576 PUCKETT RD, CAVE CITY, AR |
| STONE BANK , ISAOA ATIMA | PO BOX 1513, HARRISON, AR 72602 | 0 | Structure 7: BarnSpecialPurpose; 1: 576 PUCKETT RD, CAVE CITY, AR |

# EXHIBIT B

# WEATHER  Weather- A Starks Company

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

| | | |
|---|---|---|
| Insured: | Eric Perkey | |
| Property: | 576 Puckett Road | |
| | Cave City, AR 72521 | |

| | | | |
|---|---|---|---|
| Estimator: | Tyler Barrett | Business: | (888) 441-5215 |
| Business: | 12022 Blue Valley Pkwy | | |
| | Overland Park, KS 66213 | | |

**Claim Number:**            **Policy Number:**            **Type of Loss:**

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 5/1/2025 1:03 PM |

| | |
|---|---|
| Price List: | ARBA8X_APR25 |
| | Restoration/Service/Remodel |
| Estimate: | ERIC_PERKEY |

# WEATHER    **Weather- A Starks Company**

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

### ERIC_PERKEY
### Main Level

**Main Level**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **General Conditions** | | | | | | |
| 1. Commercial Supervision / Project Management - per hour | 80.00 HR | 0.00 | 81.99 | 0.00 | 1,311.84 | 7,871.04 |
| 2. Temporary toilet (per month) | 4.00 MO | 0.00 | 195.00 | 0.00 | 156.00 | 936.00 |
| 3. Temporary hand washing station (per month) | 2.00 MO | 0.00 | 240.00 | 0.00 | 96.00 | 576.00 |
| 4. Telehandler/forklift and operator | 40.00 HR | 0.00 | 141.87 | 0.00 | 1,134.96 | 6,809.76 |
| Total: Main Level | | | | 0.00 | 2,698.80 | 16,192.80 |

### Roof 1

| 32,709.33 Surface Area | 327.09 Number of Squares |
|---|---|
| 1,485.43 Total Perimeter Length | 650.04 Total Ridge Length |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Debris Removal** | | | | | | |
| 5. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 5.00 EA | 865.00 | 0.00 | 337.36 | 865.00 | 5,527.36 |
| **ROOF** | | | | | | |
| 6. R&R Metal roofing - ribbed - 29 ga.- to 1"- Agricultural- galv | 32,709. SF 33 | 0.54 | 3.72 | 4,783.74 | 28,825.08 | 172,950.57 |
| 7. R&R Gable trim for metal roofing - 29 gauge | 110.00 LF | 0.89 | 5.10 | 17.02 | 135.18 | 811.10 |
| 8. R&R Hip / Ridge cap - metal roofing | 650.04 LF | 2.58 | 5.62 | 122.53 | 1,090.56 | 6,543.41 |
| **INSULATION** | | | | | | |
| 9. R&R Rigid foam insulation board - 2" | 32,709. SF 33 | 0.33 | 2.08 | 3,763.21 | 16,518.54 | 99,111.24 |
| Totals: Roof 1 | | | | 9,023.86 | 47,434.36 | 284,943.68 |

ERIC_PERKEY                                    5/1/2025          Page: 2

 **Weather- A Starks Company**

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

### Roof 2

| | | | |
|---|---|---|---|
| 32,709.33 Surface Area | | 327.09 Number of Squares | |
| 1,485.43 Total Perimeter Length | | 650.04 Total Ridge Length | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Debris Removal** | | | | | | |
| 10. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 5.00 EA | 865.00 | 0.00 | 337.36 | 865.00 | 5,527.36 |
| **ROOF** | | | | | | |
| 11. R&R Metal roofing - ribbed - 29 ga.- to 1"- Agricultural- galv | 32,709. SF 33 | 0.54 | 3.72 | 4,783.74 | 28,825.08 | 172,950.57 |
| 12. R&R Gable trim for metal roofing - 29 gauge | 110.00 LF | 0.89 | 5.10 | 17.02 | 135.18 | 811.10 |
| 13. R&R Hip / Ridge cap - metal roofing | 650.04 LF | 2.58 | 5.62 | 122.53 | 1,090.56 | 6,543.41 |
| **INSULATION** | | | | | | |
| 14. Remove Blown-in insulation - Machine removal | 32,709. SF 33 | 1.58 | 0.00 | 276.39 | 10,391.42 | 62,348.55 |
| 15. Blown-in insulation - 12" depth - R30 | 32,709. SF 33 | 0.00 | 1.53 | 2,530.07 | 10,515.08 | 63,090.42 |
| Totals: Roof 2 | | | | 8,067.11 | 51,822.32 | 311,271.41 |

 ### Stack Shed

| | | | |
|---|---|---|---|
| 3,816.31 Surface Area | | 38.16 Number of Squares | |
| 298.33 Total Perimeter Length | | 72.00 Total Ridge Length | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Debris Removal** | | | | | | |
| 16. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 865.00 | 0.00 | 67.48 | 173.00 | 1,105.48 |
| **ROOF** | | | | | | |
| 17. R&R Metal roofing - ribbed - 29 ga.- to 1"- Agricultural- galv | 3,816.31 SF | 0.54 | 3.72 | 558.14 | 3,363.12 | 20,178.74 |

# WEATHER   Weather- A Starks Company

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

## CONTINUED - Stack Shed

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 18. R&R Gable trim for metal roofing - 29 gauge | 90.00 LF | 0.89 | 5.10 | 13.92 | 110.60 | 663.62 |
| 19. R&R Hip / Ridge cap - metal roofing | 72.00 LF | 2.58 | 5.62 | 13.57 | 120.80 | 724.77 |
| Totals: Stack Shed | | | | 653.11 | 3,767.52 | 22,672.61 |



## Stack Shed 2

| | | |
|---|---|---|
| 6,074.32 Surface Area | | 60.74 Number of Squares |
| 421.49 Total Perimeter Length | | 100.00 Total Ridge Length |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Debris Removal** | | | | | | |
| 20. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 865.00 | 0.00 | 67.48 | 173.00 | 1,105.48 |
| **ROOF** | | | | | | |
| 21. R&R Metal roofing - ribbed - 29 ga.- to 1"- Agricultural- galv | 6,074.32 SF | 0.54 | 3.72 | 888.37 | 5,353.00 | 32,117.97 |
| 22. R&R Gable trim for metal roofing - 29 gauge | 80.00 LF | 0.89 | 5.10 | 12.38 | 98.32 | 589.90 |
| 23. R&R Hip / Ridge cap - metal roofing | 100.00 LF | 2.58 | 5.62 | 18.85 | 167.78 | 1,006.63 |
| Totals: Stack Shed 2 | | | | 987.08 | 5,792.10 | 34,819.98 |



## Equipment Shed

| | | |
|---|---|---|
| 4,925.04 Surface Area | | 49.25 Number of Squares |
| 363.13 Total Perimeter Length | | 80.00 Total Ridge Length |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Debris Removal** | | | | | | |

 **Weather- A Starks Company**

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

### CONTINUED - Equipment Shed

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 24.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 865.00 | 0.00 | 67.48 | 173.00 | 1,105.48 |
| **ROOF** | | | | | | |
| 25.  R&R Metal roofing - ribbed - 29 ga.- to 1"- Agricultural- galv | 4,925.04 SF | 0.54 | 3.72 | 720.29 | 4,340.20 | 26,041.16 |
| 26.  R&R Gable trim for metal roofing - 29 gauge | 90.00 LF | 0.89 | 5.10 | 13.92 | 110.60 | 663.62 |
| 27.  R&R Hip / Ridge cap - metal roofing | 80.00 LF | 2.58 | 5.62 | 15.08 | 134.22 | 805.30 |
| Totals:  Equipment Shed | | | | 816.77 | 4,758.02 | 28,615.56 |

 **Equipment Shed 2**

1,739.37  Surface Area      17.39  Number of Squares
206.94  Total Perimeter Length      40.00  Total Ridge Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Debris Removal** | | | | | | |
| 28.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 865.00 | 0.00 | 67.48 | 173.00 | 1,105.48 |
| **ROOF** | | | | | | |
| 29.  R&R Metal roofing - ribbed - 29 ga.- to 1"- Agricultural- galv | 1,739.37 SF | 0.54 | 3.72 | 254.38 | 1,532.84 | 9,196.94 |
| 30.  R&R Gable trim for metal roofing - 29 gauge | 56.00 LF | 0.89 | 5.10 | 8.66 | 68.82 | 412.92 |
| 31.  R&R Hip / Ridge cap - metal roofing | 40.00 LF | 2.58 | 5.62 | 7.54 | 67.10 | 402.64 |
| Totals:  Equipment Shed 2 | | | | 338.06 | 1,841.76 | 11,117.98 |



**WEATHER** — **Weather- A Starks Company**

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

## Residence Roof

| | |
|---|---|
| 2,461.65 Surface Area | 24.62 Number of Squares |
| 305.18 Total Perimeter Length | 75.00 Total Ridge Length |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 32. R&R Metal roofing - ribbed - 29 gauge - up to 1" | 2,461.65 SF | 0.54 | 5.46 | 374.42 | 3,028.86 | 18,173.18 |
| 33. Roofing felt - 15 lb. | 24.62 SQ | 0.00 | 26.02 | 11.89 | 130.50 | 783.00 |
| 34. Ice & water barrier | 381.32 SF | 0.00 | 1.34 | 12.64 | 104.72 | 628.33 |
| 35. R&R Gable trim for metal roofing - 29 gauge | 44.00 LF | 0.89 | 4.88 | 6.81 | 52.14 | 312.83 |
| 36. R&R Valley "W" flashing for metal roofing | 76.14 LF | 0.89 | 6.80 | 14.65 | 120.06 | 720.22 |
| 37. R&R Neoprene pipe jack flashing for metal roofing | 1.00 EA | 8.52 | 56.40 | 2.13 | 13.40 | 80.45 |
| 38. R&R Pitch transition flashing for metal roofing - 29 gauge | 96.00 LF | 1.01 | 6.68 | 24.40 | 152.54 | 915.18 |
| 39. Step flashing | 60.00 LF | 0.00 | 8.16 | 8.74 | 99.66 | 598.00 |
| 40. R&R Flashing - L flashing - galvanized | 30.00 LF | 0.63 | 4.43 | 4.99 | 31.36 | 188.15 |
| 41. R&R Eave trim for metal roofing - 29 gauge | 261.18 LF | 0.89 | 3.92 | 24.11 | 256.08 | 1,536.47 |
| Totals: Residence Roof | | | | 484.78 | 3,989.32 | 23,935.81 |



## Residence Garage

| | |
|---|---|
| 1,612.73 Surface Area | 16.13 Number of Squares |
| 202.52 Total Perimeter Length | 40.00 Total Ridge Length |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Debris Removal** | | | | | | |
| 42. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 865.00 | 0.00 | 67.48 | 173.00 | 1,105.48 |
| **ROOF** | | | | | | |

 **Weather- A Starks Company**

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

### CONTINUED - Residence Garage

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 43. R&R Metal roofing - ribbed - 29 ga.- to 1"- Agricultural- galv | 1,612.73 SF | 0.54 | 3.72 | 235.86 | 1,421.24 | 8,527.33 |
| 44. R&R Gable trim for metal roofing - 29 gauge | 50.00 LF | 0.89 | 5.10 | 7.74 | 61.44 | 368.68 |
| 45. R&R Hip / Ridge cap - metal roofing | 40.00 LF | 2.58 | 5.62 | 7.54 | 67.10 | 402.64 |
| Totals: Residence Garage | | | | 318.62 | 1,722.78 | 10,404.13 |
| Total: Main Level | | | | 20,689.39 | 123,826.98 | 743,973.96 |
| **Line Item Totals: ERIC_PERKEY** | | | | **20,689.39** | **123,826.98** | **743,973.96** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 15,773.60 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 86,048.10 | Surface Area | 860.48 | Number of Squares | 4,768.44 | Total Perimeter Length |
| 1,707.08 | Total Ridge Length | 0.00 | Total Hip Length | | |

**WEATHER** **Weather- A Starks Company**

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 599,457.59 |
| Material Sales Tax | 19,677.27 |
| Subtotal | 619,134.86 |
| Overhead | 61,913.49 |
| Profit | 61,913.49 |
| Service Sales Tax | 1,012.12 |
| **Replacement Cost Value** | **$743,973.96** |
| **Net Claim** | **$743,973.96** |

Tyler Barrett

ERIC_PERKEY                                    5/1/2025        Page: 8

 **Weather- A Starks Company**

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6.5%) | Cleaning Matl Tax (6.5%) | Service Sales Tax (6.5%) | Manuf. Home Tax (6.5%) | Storage Rental Tax (6.5%) | State Food Tax (1.5%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 61,913.49 | 61,913.49 | 19,677.27 | 0.00 | 1,012.12 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | 61,913.49 | 61,913.49 | 19,677.27 | 0.00 | 1,012.12 | 0.00 | 0.00 | 0.00 |

 **Weather- A Starks Company**

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

## Recap by Room

**Estimate: ERIC_PERKEY**

| Area: Main Level | | |
|---|---:|---:|
| Roof 1 | 13,494.00 | 2.25% |
| Roof 1 | 228,485.46 | 38.12% |
| Roof 2 | 251,381.98 | 41.93% |
| Stack Shed | 18,251.98 | 3.04% |
| Stack Shed 2 | 28,040.80 | 4.68% |
| Equipment Shed | 23,040.77 | 3.84% |
| Equipment Shed 2 | 8,938.16 | 1.49% |
| Residence Roof | 19,461.71 | 3.25% |
| Residence Garage | 8,362.73 | 1.40% |
| **Area Subtotal:  Main Level** | **599,457.59** | **100.00%** |
| **Subtotal of Areas** | **599,457.59** | **100.00%** |
| **Total** | **599,457.59** | **100.00%** |

 **Weather- A Starks Company**

Weather- A Starks Company
12022 Blue Valley Pkwy
Overland Park, KS 66213
(888) 441-5215
Www.weathercontracting.com

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| GENERAL DEMOLITION | 127,111.83 | 17.09% |
| HEAVY EQUIPMENT | 5,674.80 | 0.76% |
| INSULATION | 118,080.68 | 15.87% |
| LABOR ONLY | 6,559.20 | 0.88% |
| ROOFING | 340,771.08 | 45.80% |
| TEMPORARY REPAIRS | 1,260.00 | 0.17% |
| O&P Items Subtotal | 599,457.59 | 80.58% |
| Material Sales Tax | 19,677.27 | 2.64% |
| Overhead | 61,913.49 | 8.32% |
| Profit | 61,913.49 | 8.32% |
| Service Sales Tax | 1,012.12 | 0.14% |
| **Total** | **743,973.96** | **100.00%** |

Main Level



Main Level